EXHIBIT "B"

ALUMNI
CAREERS
CONTACT

Smart In your world®
**Arent Fox**

# Julius A. Rousseau, III



**Bar & Court Admissions**
New York Bar
North Carolina Bar

**Education**

University of North Carolina School of Law, JD (cum laude), 1983
University of North Carolina at Chapel Hill,

**Julius A. Rousseau, III**
*Partner*
New York, NY

T 212.484.3948
E jule.rousseau@arentfox.com

Download vCard

Jule Rousseau focuses his practice on insurance and reinsurance related matters and litigation. He advises clients in all areas of the business, including policy and treaty wording, regulatory compliance and strategy. Jule's practice includes property and casualty, life, accident, health insurance, and insurance-linked products and he represents various participants in these markets.

Jule has developed extensive knowledge in the life settlement business and with premium finance structures used in the purchase of life insurance. He represents clients in all facets of this business -- policyholders, lenders, life settlement brokers, and providers and hedge funds providing capital to the industry and he speaks frequently on subjects related to this market.

## Client Work

Jule has tried a number of insurance-related matters in court and arbitration. Among others, he recently tried and won the leading case in Florida on insurable interest, representing an insurance trust that owned a $5 million life insurance policy issued by Lincoln National Insurance Company. The matter was tried to a jury in federal court in the Southern District of Florida, and the jury award resulted in a payment of over $6 million to the owner of the policy. Jule has been involved in any number of similar cases, and has advised numerous clients on legal and regulatory issues relating to both pending and potential litigation with respect to life insurance portfolios.

In the reinsurance arena, Jule was one of the lead attorneys in the Fortress Re dispute that involved, primarily, losses from the 2001 terrorist attack and, focused on the use and reporting of financial reinsurance contracts. He has tried reinsurance cases before juries and arbitration panels and also advises clients on alternative risk transfers, including the use of captives and derivatives. Jule has also been involved in several recent disputes concerning the operation of derivatives, both longevity and interest rates swaps, and works with the financial products group at Arent to advise clients in these areas as well.

In the direct insurance market, Jule has litigated cases both for policyholders and insurance companies, and has defended and sued insurance brokers regarding their liability for insurance and reinsurance placements. Jule has been involved in insurance disputes arising from natural catastrophes, including hurricane Katrina and hurricane Sandy and has assisted clients in rewriting insurance policies as a result of various legal decisions stemming from recent catastrophes.

In the financial world, Jule works with non-insurance financial entities that participate in the insurance market through investments, through structured finance and through insurance linked securities, such as derivatives. He advises these client in insurance regulatory matters and handles related litigation.

Jule has worked closely with insurance departments in Texas, Georgia, and Florida on behalf of an insurer that has been victimized by fraudulent insurance brokers. He has also been involved in projects concerning licensing issues in all 50 states and advising European and Asian companies with respect to regulatory issues that affect those

**Practices**

Complex Litigation
   Trust & Estate Dispute Resolution & Litigation
Corporate & Securities
Insurance & Reinsurance
   Litigation, Coverage & Insurance Commercial Disputes
   Regulatory & Transactional Work
   Reinsurance
   International Arbitration & Dispute Resolution

**Industries**

Automotive

**Recent News**

July 15, 2015
Arent Fox partner Jule Rousseau quoted by The Deal in article concerning AIG's breach of contract claim against Coventry First LLC

April 30, 2015
Arent Fox Partner Jule Rousseau Speaks in 'Unrealized Value' Webinar

### Previous Work

companies when they operate in the United States. He provides representation to the National Conference of Insurance Legislators on nationally-related compliance and business matters on regulations produced for the years he served on the North Carolina Insurance Department in reviews and hearings. Most of his cases involve state and federal court matters and mandatory arbitrations overall including accident cases to be tried in the state, medical malpractice cases for the defense, and complex product liability cases. In addition to trial work, Jule was involved in lobbying with the North Carolina legislature and in handling regulatory matters before the Public Utilities Commission, primarily for the electric industry.

Jule's litigation experience also involves insurance coverage disputes, serving as lead counsel for one of the large aviation markets in a coverage dispute with TWA. That dispute resulted in the leading ruling on the interpretation of the term "sudden and accidental" in Missouri. He has also litigated environmental coverage cases in California, New York, and Florida. He has tried cases before juries in state and federal courts in New York, North Carolina, and Virginia and has handled cases in California, Texas, Florida, and many other jurisdictions.

### Publications, Presentations and Recognitions

Jule's recent speaking engagements and publications include:

"Best Practice, Regulation and Investor Protection in the European Financial Services Industry" ELSA Investor Summit, September 2012

"Enforcement: Actions from Around the Globe," The International Life Settlements Conference, May 2012

"Assessing Rescission/Litigation Risks within Portfolios for Investors," 18th Annual Spring Life Settlement Conference, May 2012

"Limits Of Liability In Excess Liability Programs," *Law 360*, September 2011

"Long Term Impact of Recent Court Rulings," Arent Fox Seminar, May 18, 2011

"Captives/RRGs 101 – the Basics of Alternative Risk Transfer," Captive Insurance Companies Association International Conference, March 2011

"Life Settlements," Annual Life Insurance Executive Conference, November 2010

"Litigation Update," LISA 2010 – Life Settlement Compliance Conference, August 2010

Your browser is obsolete.
This site does not work on Internet Explorer version 7 or lower.
Please download a current browser. We recommend Google Chrome, Mozilla Firefox, Internet Explorer 9 or higher, or Apple Safari
x