EXHIBIT "E"

# Arent Fox LLP Continues Expansion in New York as Nine New Attorneys Join Firm

Firm Announces New Insurance and Reinsurance Practice; Expansion of Intellectual Property Practice







Arent Fox New York Welcomes Its New Partners and Counsel -- From left to right: Paul M. Fakler, Alan R. Lyons, Ross J. Charap, Julius A. Rousseau, Elliott M. Kroll. (PRNewsFoto/Arent Fox LLP, Diane Bondareff)

NEW YORK, June 17 /PRNewswire/ -- Arent Fox LLP today announced a major expansion of its New York City office as nine attorneys have joined the firm. **Elliott M. Kroll, Julius A. Rousseau, III, Ross J. Charap** and **Paul M. Fakler** join Arent Fox as partners. **Alan R. Lyons** joins as counsel. Rounding out the newly arrived attorneys are associates **Eric A. Biderman, James M. Westerlind, Eric Roman** and **Matthew L. Finkelstein**.

(Photo: http://photos.prnewswire.com/prnh/20100617/PH22807 )

(Photo: http://www.newscom.com/cgi-bin/prnh/20100617/PH22807 )

Elliott M. Kroll and Julius A. Rousseau, III, who have been practicing together for more than 18 years, will lead Arent Fox's Insurance and Reinsurance Practice in New York City. Their practice focuses on advising and

defending insurance companies, as well as representing parties suing insurance companies. They additionally represent hedge funds and other investors in portfolio acquisitions and insurance-related litigation. Specifically, their practice centers on policy holder claims against insurance companies, reinsurance disputes, disputes between brokers and insurers, regulatory advice, claims defense work, bulk sales of policies, securitization of policies, mergers and acquisitions and other transactional matters.

Joining Mr. Kroll and Mr. Rousseau in Arent Fox's Insurance and Reinsurance Practice Group will be counsel Alan Lyons and associates Eric Biderman and James Westerlind. All five attorneys come to Arent Fox from the law firm Herrick, Feinstein LLP in New York City.

Ross J. Charap and Paul M. Fakler join Arent Fox as partners in the firm's Intellectual Property Practice in New York City. The additions of Mr. Charap and Mr. Fakler bring added significant strength to the firm's intellectual property, entertainment and computer/Internet law capabilities, including extensive experience and focus in litigation, transactions and counseling. Their practice focuses on the growing areas of entertainment and copyright law, with an emphasis on the representation of composers and music publishers, theatrical producers, writers, visual artists, Internet and media companies and software developers in a variety of intellectual property matters.

Associates Matthew L. Finkelstein and Eric Roman join Mr. Charap and Mr. Fakler at Arent Fox.

"We couldn't be more pleased that these two teams of superlative attorneys have joined Arent Fox," said Michael Blass, the Managing Partner of the Firm's New York City office. "In bringing these four partners, counsel and associates to Arent Fox, we have added remarkable talent, depth and experience to two areas of strategic focus for the Firm in the New York market."

"Moreover, by launching an Insurance and Reinsurance Law Practice Group in New York and dramatically increasing our Intellectual Property Practice here, Arent Fox is undertaking a broad-based, comprehensive expansion of the Firm's capabilities in a manner that complements and builds upon our existing talent and resources in our New York, Los Angeles and Washington, DC offices," Mr. Blass said.

The nine new attorneys are the latest developments in the growth of Arent Fox's New York office. Earlier this year, David L. Glass joined the firm. With 30 years of experience in every aspect of banking regulation, Mr. Glass represents domestic banks and bank holding companies as regulatory counsel, and foreign banks in the acquisition of banks and other companies and the establishment and closure of branches, agencies and representative offices. He is a past Chair of the New York State Bar Association's Business Law Section and is editor of Banking Regulation in the United States, has taught Banking Law for 20 years and serves as Associate Director of New York Law School's Center on Financial Services Law.

In February, Arent Fox announced that Andrew D. Kaizer had joined the firm's litigation practice as a partner in its New York City office. Mr. Kaizer's litigation practice focuses on white-collar criminal defense, securities and commodities enforcement, investigations by federal, state, and private-sector regulators and law enforcement officials in the United States and abroad, internal investigations, hedge fund and broker-dealer regulatory compliance, and complex commercial civil litigation, including class action and RICO matters.

**ABOUT THE PARTNERS and COUNSEL:**

**Ross J. Charap, Partner:** Mr. Charap focuses his practice on both copyright and entertainment matters. He has helped his clients acquire more than 150 million dollars in music assets, performing due diligence and negotiating and drafting asset and stock purchase agreements. His practice also concentrates on terminations, working with creators and their heirs to recapture copyrighted works. His work is not limited to transactions; he has litigated thousands of copyright infringement suits and represents many high profile clients in various litigation contexts. He received his law degree from Cornell University Law School and his Bachelor of Arts

from Columbia University.

**Paul M. Fakler, Partner:** Mr. Fakler focuses on litigation and counseling, primarily in the fields of copyright, trademark, entertainment and computer/Internet law. He counsels clients with respect to copyright, trademark, right of publicity, entertainment, computer and Internet law issues in diverse industries, including the music, motion picture, publishing, software development and Internet industries. Paul has litigated numerous cutting-edge intellectual property issues in high-profile cases, including cases involving uses of music on the Internet. He also has significant experience in the area of copyright compulsory license rate-setting proceedings, including proceedings before the Copyright Royalty Board and the ASCAP and BMI rate courts. Paul was recently elected Chair of the New York State Bar Association Intellectual Property Law Section. He received his JD from Georgetown University Law Center and his BA from the University of Florida.

**Elliott M. Kroll, Partner:** Mr. Kroll represents clients nationally and internationally in all major areas of the insurance industry, including life, property and casualty, aviation/space, accident and health. He has extensive experience in financial and structured reinsurance transactions and regulatory representation. He received his law degree from the University of California, Hastings College of Law and his undergraduate degree from Bard College.

**Julius A. Rousseau, III, Partner:** Mr. Rousseau concentrates his practice on insurance and reinsurance matters including property and casualty, life, accident, and health insurance. He also has an expertise in both the life settlement business and with premium finance structures used in the purchase of life insurance. He received both his law and undergraduate degrees from the University of North Carolina.

**Alan R. Lyons, Counsel:** Mr. Lyons focuses his practice on insurance and reinsurance matters. He acts as the national coverage counsel for insurers, and has handled coverage litigation in federal and state courts involving Hurricane Katrina and environmental pollution. He also represents reinsurers in reinsurance arbitrations, and advises insurers and reinsurers regarding their policy and treaty provisions. Formerly a solicitor practicing in England, he received his law degree from the University of Northumbria at Newcastle, England, and a Post-Graduate Diploma in Legal Practice from the College of Law in York, England.

***About Arent Fox:*** Arent Fox LLP (www.arentfox.com), with offices in New York City, Washington, DC, and Los Angeles is a recognized leader in areas including complex litigations, intellectual property, real estate, life sciences and health care. With more than 350 lawyers nationwide - nearly 75 of whom are in the New York office - the firm represents Fortune 500 companies, financial institutions, government agencies, nonprofit corporations, trade associations, foreign governments, and other entities.

SOURCE Arent Fox LLP

RELATED LINKS
http://www.arentfox.com

- Home
- Solutions
    - Overview
    - Distribute
    - Amplify
    - Track & Manage

- o Workflow Platforms
- o IR & SEC Compliance
- o All Products
- Knowledge Center
  - o Overview
  - o Public Relations
  - o Content Marketing
  - o Demand Generation
  - o IR & Compliance
  - o Tracking & Measurement
  - o Press Release Quick Tips
- Blog
- Browse News Releases
  - o Overview
  - o News in Focus
    - English-only News
    - All News Releases
    - All Public Company News
    - All Photos
    - All Videos & Multimedia
    - Feature News
    - Latest News Topics
    - Most Popular
  - o Business
    - Auto & Transportation

      View all news by Auto & Transportation Auto & Transportation Categories

      - Auto & Transportation Overview
      - Aerospace, Defense News
      - Airlines & Aviation News
      - Air Freight News
      - Automotive News
      - Maritime & Shipbuilding News
      - Railroads and Intermodal Transportation News
      - Transportation, Trucking & Railroad News
      - Travel News
      - Trucking and Road Transportation News
    - Business Technology

      View all news by Business Technology Business Technology Categories

      - Business Technology Overview

- Broadcast Tech News
- Computer Hardware News
- Computer Software News
- Computer & Electronics News
- Electronic Commerce News
- Electronic Components News
- Electronic Design Automation News
- Electronics Performance Measurement News
- High Tech Security News
- Internet Technology News
- Nanotechnology News
- Networks News
- Peripherals News
- RFID (Radio Frequency ID) News
- Semantic Web News
- Semiconductors News
- General Business

  View all news by General Business General Business Categories

  - General Business Overview
  - Agency Roster News
  - Awards News
  - Commercial Real Estate News
  - Conference Call Announcements News
  - Corporate Expansion News
  - Earnings News
  - Human Resource & Workforce Management News
  - Licensing News
  - New Products & Services News
  - Obituaries News
  - Outsourcing Businesses News
  - Overseas Real Estate (non-US) News
  - Personnel Announcements News
  - Real Estate Transactions News
  - Residential Real Estate News
  - Small Business Services News
  - Socially Responsible Investing News
  - Surveys, Polls and Research News
  - Trade Show News
- Conference Calls & Webcasts

o Science & Tech
  - Consumer Technology

    View all news by Consumer Technology Consumer Technology Categories

- Consumer Technology Overview
- Computer Electronics News
- Computer Hardware News
- Computer Software News
- Consumer Electronics News
- Electronic Commerce News
- Electronic Gaming News
- Mobile Entertainment News
- Multimedia & Internet News
- Peripherals News
- Social Media News
- Web Site News
- Wireless Communications News

- Energy

  View all news by Energy Energy Categories

  - Energy Overview
  - Alternative Energies News
  - Chemical News
  - Electrical Utilities News
  - Gas News
  - Mining News
  - Mining & Metals News
  - Oil & Energy News
  - Oil and Gas Discoveries News
  - Utilities News
  - Water Utilities News

- Environment

  View all news by Environment Environment Categories

  - Environment Overview
  - Conservation & Recycling News
  - Environmental Issues News
  - Environmental Policy News
  - Environmental Products & Services News
  - Green Technology News

- Heavy Industry & Manufacturing

  View all news by Heavy Industry & Manufacturing Heavy Industry & Manufacturing Categories

- Heavy Industry & Manufacturing Overview
- Aerospace & Defense News
- Agriculture News
- Chemical News
- Construction & Building News
- HVAC (Heating, Ventilation and Air-Conditioning) News
- Machine Tools, Metalworking and Metallurgy News
- Machinery News
- Mining News
- Mining & Metals News
- Paper, Forest Products & Containers News
- Precious Metals News
- Textiles News
- Tobacco News
- Telecommunications

View all news by Telecommunications Telecommunications Categories

- Telecommunications Overview
- Carriers and Services News
- Mobile Entertainment News
- Networks News
- Peripherals News
- Telecommunications Equipment News
- Telecommunications Industry News
- VoIP (Voice over Internet Protocol) News
- Wireless Communications News

o Money
- Financial Services & Investing

View all news by Financial Services & Investing Financial Services & Investing Categories

- Financial Services & Investing Overview
- Accounting News & Issues News
- Acquisitions, Mergers and Takeovers News
- Banking & Financial Services News
- Bankruptcy News
- Bond & Stock Ratings News
- Conference Call Announcements News
- Contracts News

- Dividends News
- Earnings Forecasts & Projections News
- Earnings News
- Financing Agreements News
- Insurance News
- Investment Opinions News
- Joint Ventures News
- Mutual Funds News
- OTC, SmallCap News
- Real Estate News
- Restructuring & Recapitalization News
- Sales Reports News
- Shareholders' Rights Plan News
- Stock Offering News
- Stock Split News
- Venture Capital News
  - Health & Living
    - Consumer Products & Retail

      View all news by Consumer Products & Retail Consumer Products & Retail Categories

      - Consumer Products & Retail Overview
      - Animals & Pets News
      - Beers, Wines and Spirits News
      - Beverages News
      - Bridal Services News
      - Cosmetics and Personal Care News
      - Fashion News
      - Food & Beverages News
      - Furniture and Furnishings News
      - Home Improvement News
      - Household Products News
      - Household, Consumer & Cosmetics News
      - Jewelry News
      - Non-Alcoholic Beverages News
      - Office Products News
      - Organic Food News
      - Product Recalls News
      - Restaurants News
      - Retail News
      - Supermarkets News
      - Toys News
    - Entertainment & Media

      View all news by Entertainment & Media Entertainment & Media Categories

- Entertainment & Media Overview
- Advertising News
- Art News
- Books News
- Entertainment News
- Film and Motion Picture News
- Magazines News
- Music News
- Publishing & Information Services News
- Radio News
- Television News
- Health

View all news by Health Health Categories

- Health Overview
- Biometrics News
- Biotechnology News
- Dentistry News
- Clinical Trials & Medical Discoveries News
- FDA Approval News
- Health Care & Hospitals News
- Health Insurance News
- Infection Control News
- Medical Equipment News
- Medical Pharmaceuticals News
- Mental Health News
- Pharmaceuticals News
- Supplementary Medicine News
- Sports

View all news by Sports Sports Categories

- Sports Overview
- General Sports News
- Sporting Events News
- Sports Equipment & Accessories News
- Travel

View all news by Travel Travel Categories

- Travel Overview
- Amusement Parks and Tourist Attractions News
- Gambling & Casinos News
- Hotels and Resorts News
- Leisure & Tourism News
- Passenger Aviation News
- Travel Industry News
- Policy & Public Interest
  - Policy & Public Interest

    View all news by Policy & Public Interest Policy & Public Interest Categories

    - Policy & Public Interest Overview
    - Advocacy Group Opinion News
    - Animal Welfare News
    - Corporate Social Responsibility News
    - Domestic Policy News
    - Economic News, Trends, Analysis News
    - Education News
    - Environmental News
    - European Government News
    - FDA Approval News
    - Federal and State Legislation News
    - Federal Executive Branch & Agency News
    - Foreign Policy & International Affairs News
    - Homeland Security News
    - Labor & Union News
    - Legal Issues News
    - Not For Profit News
    - Political Campaigns News
    - Public Safety News
    - Trade Policy News
    - U.S. State Policy News
- Multicultural
  - Multicultural

    View all news by Multicultural Multicultural Categories

    - Multicultural Overview
    - African American News

- Asian American News
- Children News
- Handicapped, Disabled News
- Hispanic News
- Lesbian, Gay & Bisexual News
- Native American News
- Religion News
- Senior Citizens News
- Veterans News
- Women News
- Non-English Language News
  - dansk
  - Deutsch
  - español
  - Français
  - italiano
  - Nederlands
  - norsk
  - português
  - suomeksi
  - svenska
- Contact PR Newswire
  - Overview
  - About PR Newswire
  - Worldwide Offices
  - PR Newswire on Twitter
  - Become a member
  - Become a partner
  - Call us
  - 
  - 
  - Contact us online
  - Our contact info
  - PR Newswire Partners
- Send a News Release
- Send a News Release
- Log in to Services
  - Sign Up
  - Member Sign In
  - For Journalists
  - For Bloggers
  - Global Sites
    - Asia
    - Brazil
    - Canada
    - Europe
    - Finland

- France
- India
- Israel
- Malaysia
- Mexico
- Middle East
- Netherlands
- Sweden
- United Kingdom

See more news releases in
Corporate Expansion
Personnel Announcements
Legal Issues

- About PR Newswire
- Contact PR Newswire
- PR Newswire's Terms of Use Apply
- Careers
- Privacy
- Site Map
- RSS Feeds
- Blog

Copyright © 2015 PR Newswire Association LLC. All Rights Reserved.
A UBM plc company.
Powered by Clickability.

