EXHIBIT "F"

# Debbie McGuckin

**From:** MFIWSI <mfiwsi@comcast.net>
**Sent:** Wednesday, August 12, 2015 2:33 PM
**To:** Samantha Millrood
**Subject:** FW: Arent Engagement
**Attachments:** Scan_Attachment012.pdf

---

**From:** Rousseau, Jule [mailto:Rousseau.Jule@ARENTFOX.COM]
**Sent:** Thursday, April 07, 2011 3:11 PM
**To:** MFIWSI
**Cc:** Keenan, Jeffrey A.
**Subject:** Arent Engagement

Steven

I was recently reminded that I never got you to officially engage us, so here is our std ltr. I included you and Windsor both as clients, though so far we are only repping Windsor, but in the future I won't need a ltr if you need us to do work for yourself. Call if questions/comments.

Thx.

Jule Rousseau
Partner

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3948  DIRECT | 212.484.3990 FAX
rousseau.jule@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.