EXHIBIT "I"

ALAN L. FRANK*+◦
KYLE M. KULZER*+
SAMANTHA A. MILLROOD*+
ALEXANDER J. PALAMARCHUK*
EVAN L. FRANK *+♫
CHRISTOPHER R. KING*+
SUSAN B. PLINER*+
ROBERT E. BROOKMAN*+◦
DAVID M. D'ORLANDO *+
ROBERT E. GORDON *+△
SEAN A. MELUNEY ‡

PARALEGALS
DEBRA E. MCGUCKIN
DEE A. WILK
DAWN M. WELSH
LISBETH LOZADA

* MEMBER PA BAR
+ MEMBER NJ BAR
◦ MEMBER NY BAR
♫ MEMBER FL BAR
‡ MEMBER DE BAR
△ REGISTERED PATENT ATTORNEY

# ALAN L. FRANK
# LAW ASSOCIATES, P.C.
Attorneys at Law

135 OLD YORK ROAD
JENKINTOWN, PA 19046
(215) 935-1000
FAX NO. (215) 935-1110

NEW JERSEY OFFICE

1103 LAUREL OAK ROAD
SUITE 140
VOORHEES, NJ 08043
(856) 321-1120
FAX NO. (856) 321-1233

CENTER CITY PHILADELPHIA OFFICE

1600 MARKET STREET
SUITE 2500
PHILADELPHIA, PA 19103
(215) 496-9661
FAX NO. (215) 496-9664

OF COUNSEL
RICHARD H. ELLIOTT *

E-MAIL ADDRESS:
afrank@alflaw.net

September 9, 2014

**VIA E-MAIL (jule.rousseau@arentfox.com)**
Jule Rousseau, Esquire
Arent Fox, LLP
1675 Broadway
New York, NY 10019-5829

    RE: Windsor Securities, LLC and/or Related Entities v. Jule Rousseau and Arent Fox, LLP

Dear Mr. Rousseau:

  This firm has been retained by Windsor Securities, LLC and related entities to pursue claims resulting from your involvement in certain life insurance settlement transactions, including but not limited to the recently concluded arbitration involving the Bitter insurance policy.

  The claims of our clients extend to and thereby also include similar life settlement contracts and insurance contracts with which you and your firm have had significant direct involvement and with which you certainly have great familiarity.

  The claims of our clients substantially exceed $10,000,000.

  Demand is hereby made that you immediately cease and desist from any further involvement in any matter or matters affecting our clients aforementioned.

  Demand is also hereby made that you immediately take all steps to preserve and protect all of your records, your firm's records, and our client's records, and that you immediately initiate a program to ensure that no documents are deleted from your and/or your firm's computer system or any other system.

Jule Rousseau, Esquire
September 9, 2014
Page - 2 -

      We request that you immediately forward this communication to your and/or your firm's insurance carrier and also to your firm's managing partner.

      Steven Prusky has wanted to speak with you about this, but I have advised him not to do so and allow communications only through me. Please take no steps to contact our clients.

      Please contact me with any questions.

      Thank you.

                                             Very truly yours,

                                             ALAN L. FRANK

ALF/dem