EXHIBIT "L"

*John Hancock*

May 20, 2010

WINDSOR SECURITIES, LLC.
C/O STEVEN PRUSKY
25 EAST ATHENS AVENUE
ARDMORE PA 19003

Dear Windsor Securities, LLC. :

RE:     Policy No. 93 783 751   Insured(s): Joe E Acker
        **John Hancock Life Insurance Company (U.S.A.)**

We enclose your registered copy of the **Change of Ownership (Absolute Assignment)** form. This change was registered **March 25, 2010.** Please attach this form to your policy contract for future reference.

If you require additional information, please contact our Customer Service Center at 1-800-387-2747. Thank you for selecting John Hancock for your financial needs.

Sincerely,

*Shainaaz Gulamani*
Sr. Titles Associate
Customer Service Center
encl.



## John Hancock LIFE INSURANCE

# Change of Ownership (Absolute Assignment)

**Mail your request to:**

For Individual Life Products,
Customer Service Center R-02
John Hancock
1 John Hancock Way Suite 1350
Boston MA 02217-1099

For Majestic Series Products,
Specialty Products & Distribution C-6
John Hancock
PO Box 192
Boston MA 02117-0192

### Section A - Current Policy Information

1. a) Name of Owner(s): Joe E. Acker Family Insurance Trust
   b) Policy Number: 93783751
   c) Life Insured(s): Joe E. Acker
   d) Address: 725 Esco Road, Comer, GA 30629
   e) Daytime Phone No.: _____

### Section B - Change of Ownership (Absolute Assignment)

For ☒ Value received; or ☐ as a Gift for Love and Affection,

the undersigned hereby transfers and assigns absolutely, all rights, title and interest in the above policy(ies) to the Assignee(s) indicated below and **HEREBY REVOKES ANY BENEFICIARY DESIGNATION** or direction of payment previously made in respect to the proceeds payable on the death of the Life Insured under the above policy(ies) and directs that such proceeds be paid to the Assignee(s) and, if more than one, in the same proportion as their ownership rights bear to one another. The Assignor(s) WARRANT the validity of this assignment.

Name of New Owner (Assignee): Windsor Securities, LLC

Relationship to Life Insured: _____

Mailing and Billing Address of New Owner (Assignee) - Street, City, State, Zip Code
If no address is indicated, the Mailing and Billing Address will remain the same.

c/o Steven Prusky
25 East Athens Avenue
Ardmore, PA 19003

### Section C - Signature(s) of Current Owner - Person/entity making this transfer

Signed at City/State: Comer, GA

Date: March 18, 2010

Signature of Witness: [signature]

Signature of Owner (if corporation, officer(s) Name/Title must be indicated)
X [signature], Trustee

Signature of Witness: _____

Signature of Owner (if corporation, officer(s) Name/Title must be indicated)
X _____

Registered By The Company on MAR 25 2010 [signature]

PS5115US (01/2010)                                                          Page 1 of 2
Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.) (not licensed in New York), Boston, MA 02116; John Hancock Life Insurance Company of New York, Valhalla, NY 10595 and John Hancock Life & Health Insurance Company, herein collectively referred to as John Hancock.

| Section D - Request for Taxpayer Identification Number and Certification - MUST be completed by the NEW Owner |
|---|

In order to comply with IRS regulations regarding Tax Identification Numbers and Backup Withholding, individuals and sole proprietors MUST give their Social Security Number. Other entities MUST give their Employer Identification Number.

If you have no number or you have applied for a number and are waiting for one to be issued, write "APPLIED FOR" in the boxes. You then have 60 days to supply your TIN number to us. After 60 days The Company must begin Backup Withholding.

Social Security Number

Tax ID Number

Redacted

**CERTIFICATION - UNDER PENALTIES OF PERJURY, I CERTIFY THAT:**

☒ The number shown on this form is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me).

☐ For Minnesota residents only. I have received a copy of IRS Form W9.

☐ Check box ONLY if you are not a United States citizen (complete IRS Form W-8BEN).

☐ I am no longer subject to Backup Tax Withholding.

☐ I am subject to Backup Tax Withholding.

☐ I am exempt from Backup Tax Withholding.

Signed at City/State: ARDMORE, PA

Date: MARCH 23, 2010

Signature of NEW Owner/Taxpayer (if corporation, officer(s) Name/Title must be indicated)

X [signature] member Lender LLC

Registered By The Company on MAR 25 2010 [signature]