EXHIBIT "P"

```
X-CAA-SPAM: 00000
X-Authority-Analysis: v=1.1 cv=T4ed6xw20OTDTYr0H0w0eYBU0LRu2xbtFNKcKfGFcuY=
 c=1 sm=1 a=CSro6qX6FO8A:10 a=mHp45KioRlAA:10 a=Tj3wkTQpq+i+tsX1ftni+g==:17
 a=md6_xHmUgiJwMj1nnP8A:9 a=CxoDoOHZueGq9sun5oKD2bb_I5wA:4 a=CjuIK1q_8ugA:10
 a=SSmOFEACAAAA:8 a=Y2VNeNrzAAAA:8 a=yMhMjlubAAAA:8 a=TW66zc2HAAAA:8
 a=HQ31llbKAAAA:8 a=brymuF_W3hA_R3NPgllA:9 a=kVR3D2p0t9DZl-APokQA:7
 a=mHU2NQi9Ima7dcg5tMua9UnU5DUA:4 a=RqOAJGx8AAAA:8 a=X02qDDlAAAAA:20
 a=pFcll-O2W9PbIyF8LaQA:9 a=myKE4pGhIPxHtT4_nT8A:7
 a=ZfJH6Qqb7ZqSISWdh4kEw9YzE8EA:4 a=n3BslyFRqc0A:10 a=bhkaYMs-ANYA:10
 a=Tj3wkTQpq+i+tsX1ftni+g==:117
From: "Gene Houchins" <gene@bonded-life.com>
To: "'MFIWSI'" <mfiwsi@comcast.net>
Cc: "'bob coppock'" <coppock1934@earthlink.net>
Subject: Robert Coppock - Release Document Requested
Date: Tue, 30 Mar 2010 11:27:48 -0400
X-Mailer: Microsoft Office Outlook 12.0
thread-index: AcrQHY28xkWRMhfCQOGzVqXoifTFUQ==
```

Steven,

Attached you will find a VOC that confirms the Change-of-Ownership for the Robert Coppock PAC policy. Mr. Coppock is asking for a "release" to complete his file. Please send this to him at his TN address, or you can email it to me for forwarding. I have let Mr. Coppock know that you will be out-of-pocket until your return from Europe on April 7th.

I have cc'ed him on this email in case you need to contact him directly.

Thank you,
Gene

 Robert Coppock - PAC VOC 03192010.pdf


**PACIFIC LIFE**

Pacific Life Insurance Company, P.O. Box 2030, Omaha, NE 68103-2030

**Policy Summary for your Universal Life Insurance**
*Values as of 03/18/2010*

| | |
|---|---|
| Policy Number | VF51701030 |
| Status | Premium Paying |
| Policy Date | 12/02/2007 |
| Policy Type | Versa-Flex VI |
| Policy Owner | WINDSOR SECURITIES LLC |
| Insured | ROBERT S COPPOCK |
| **Sex:** M | **DOB:** 06/04/1934   **Risk:** Standard Non-Smoker |

### Questions about this Policy?
Please call your Producer

| | |
|---|---|
| EUGENE E HOUCHINS | 770-289-5971 |
| Client Services | 800-347-7787 |
| Automated Voice Response | 800-800-7681 |
| Website | www.PacificLife.com |

### Policy Values

| | |
|---|---|
| Total Face Amount | $2,000,000.00 |
| Total Death Benefit | $2,000,000.00 |
| Death Benefit Option | Level Death Benefit |
| Accumulated Value | $3,515.61 |
| Surrender Charge | ($40,164.72) |
| Net Cash Surrender Value | $0.00 |

### Premium Information

| | |
|---|---|
| Last Payment Date | 02/16/2010 |
| Billed to Date | 12/02/2010 |
| Planned Premium | $70,770.00 |
| Premiums Paid Since Issue | $82,833.41 |
| Guideline Level Premium | $182,963.83 |
| Guideline Single Premium | $1,286,156.81 |

### Additional Individuals/Entities

| Role | Name |
|---|---|
| Insured | ROBERT S COPPOCK |
| Payor | WINDSOR SECURITIES LLC |
| Other | WINDSOR SECURITIES LLC |

**Beneficiaries**
WINDSOR SECURITIES LLC

This Summary is intended for your general information only. Please refer to your policy and statements for more complete information, and contact your Pacific Life representative if you have any questions about your policy.

Date Summary was generated:   03/19/2010

Page 1 of 2



Pacific Life Insurance Company, P.O. Box 2030, Omaha, NE 68103-2030

Policy Summary for your
Universal Life Insurance
*Values as of 03/18/2010*

## Coverage Information

### What makes up your face amount

| Name of Coverage/Riders | Person Covered | Amount | End Date |
|---|---|---:|---:|
| Basic Coverage | ROBERT S COPPOCK | $ 1,000,000.00 | N/A |
| Annual Renewable Term Rider | ROBERT S COPPOCK | 1,000,000.00 | N/A |
| **Total Face Amount** | | **$ 2,000,000.00** | |

### Other Benefits
Conversion Rider
Maturity Extension Benefit Rider
No Lapse Guarantee Rider
Overloan Protection Rider

This Summary is intended for your general information only. Please refer to your policy and statements for more complete information, and contact your Pacific Life representative if you have any questions about your policy.

Date Summary was generated: 03/19/2010                                                                Page 2 of 2

**Windsor Securities, LLC**
25 East Athens Avenue
Ardmore, PA 19003

610-642-3100; 610-642-9709 (f)
mfiwsi@comcast

April 23, 2010

Robert S. Coppock
402 Ascot Court
Knoxville, TN 37923

Dear Mr. Coppock:

Please accept this letter as formal notification that pending our ownership of policy #VF51701030, we are releasing you from any future obligations of our financial agreement.

Sincerely,

Steven G. Prusky, Managing Member
Windsor Securities, LLC

FILE COPY

SGP:esh

enc.