Peter N. Wang
Douglas S. Heffer
Adam G. Pence
Foley & Lardner LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

WINDSOR SECURITIES, LLC,

       Plaintiff,

  -against-

ARENT FOX, LLP and JULIUS ROUSSEAU, III,

       Defendants.

Case No.  1:16-cv-01533 (GBD) (GWG)

---

## **NOTICE OF MOTION**

TO:   Alan L. Frank, Esquire
        Alan L. Frank Law Associates, P.C.
        135 Old York Road
        Jenkintown, PA 19046
        Phone: (215) 935-1000
        Fax: (215) 935-1110
        afrank@alflaw.net

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion to Compel, the Declaration of Douglas S. Heffer, the Declaration of Julius Rousseau, III, and all the exhibits thereto, and all prior pleadings and proceedings had herein, Defendants Arent Fox LLP ("Arent Fox") and Julius Rousseau, III ("Rousseau," and, collectively, with Arent Fox, "Defendants"), by and through their attorneys, Foley & Lardner LLP, move this Court, before the Honorable Gabriel W. Gorenstein, United States Magistrate

Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure, for an Order 1) compelling Plaintiff Windsor Securities, LLC ("Windsor") to produce certain withheld documents relating to Windsor's legal representation by counsel contemporaneous with and subsequent to Defendants, which are relevant to Windsor's legal malpractice claims and Defendants' related defenses, 2) awarding Defendants their reasonable expenses incurred in making this motion, and 3) providing any such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the schedule set by the parties, as required under Magistrate Judge Gorenstein's Individual Rule 2.B, answering papers, if any, shall be served and filed no later than June 13, 2017, and reply papers, if any, shall be served and filed no later than June 20, 2017.

Dated: New York, New York
       May 30, 2017

Respectfully submitted,

FOLEY & LARDNER LLP

By: */s/ Peter N. Wang*
    Peter N. Wang (PW 9216)
    Douglas S. Heffer (DH 6082)
    Adam G. Pence (AP 8621)
    90 Park Avenue
    New York, New York 10016
    Tel: (212) 682-7474
    Fax: (212) 687-2329
    pwang@foley.com
    dheffer@foley.com
    apence@foley.com

   *Attorneys for Defendants*
   *Arent Fox, LLP and Julius Rousseau, III*