# EXHIBIT 5

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **WINDSOR SECURITIES, LLC** | : | |
| | : | **Civil Action No. 16-cv-01533 (GBD)** |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | |
| **ARENT FOX, LLP** | : | |
| **and** | : | |
| **JULIUS ROUSSEAU, III, ESQUIRE** | : | |
| | : | |
| **Defendants** | : | **JURY TRIAL DEMANDED** |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Plaintiff Windsor Securities, LLC, by and through its undersigned counsel, Alan L. Frank Law Associates, P.C., hereby respond to the First Set of Interrogatories of Defendants Arent Fox LLP ("Arent Fox") and Julius Rousseau, III ("Rousseau", and, collectively, with Arent Fox, "Defendants"), as follows:

All responses provided herein are made without waiving and, on the contrary, with preserving:

1.      All questions as to competency, relevancy, materiality, privilege and admissibility of evidence, for any purpose, in any subsequent proceeding or the trial of this or any other actions;

2.      The right to object on any ground, at any time, to a demand for further response to this or any other request for production or discovery procedures involving or relating to the subject matter of this Request for Production;

3.      The right to further supplement and/or amend these responses based upon the discovery of additional information or documents;

4.      The right to object to the use of any documents or evidence by Defendants or any other party in any subsequent proceedings, or the trial of this or any other action, on any ground;

1

5.      The attorney-client, work-product and expert privileges and, accordingly, any subsequent response or production should not constitute a waiver of said privilege(s);

6.      Plaintiffs also incorporate herein by reference all pleadings and responses to discovery filed and served by it in this action.

## I.      GENERAL OBJECTIONS:

1.      Plaintiffs object to each of Defendant's Discovery Requests to the extent it seeks:

        a.      Attorney - Work Product;

        b.      Privileged information, including but not limited to, information or documents which are subject to the attorney-client privilege;

        c.      Trade secrets and other confidential and/or proprietary information;

        d.      Documents and tangible things prepared in anticipation of litigation by Plaintiffs, Plaintiffs' attorneys, agents, or representatives; or

        e.      Information or documents otherwise not discoverable under the Federal Rules of Civil Procedure.

2.      Plaintiffs object to each of Defendants' discovery requests to the extent that the information sought is not relevant to the subject matter involved in this litigation nor reasonably calculated to lead to discovery of admissible evidence.

3.      Plaintiffs object to each discovery request to the extent that it is overly broad, unduly burdensome, intentionally harassing and oppressive and seeks information which is within the knowledge, control and/or custody of the Defendants.

4.      Plaintiffs object generally to each discovery request to the extent that it is brought in bad faith with the intent to cause unreasonable annoyance, embarrassment, oppression, burden and expense to Plaintiffs.

2

## II.     RESERVATION OF RIGHT TO SUPPLEMENT:

Plaintiffs are providing these responses and objections to Defendants' discovery requests. These responses and objections are made while discovery is ongoing. Plaintiff specifically reserves the right to supplement its responses and objections from time to time as material additions and/or changes occur.

## III.    RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1.     State with specificity all damages You claim to have suffered based on Defendants' purported legal malpractice, as described in the Complaint, how You calculated those damages, and identify all persons with knowledge of those facts and all documents relating to those facts.

**ANSWER:**    Objection. Plaintiff objects to this request to the extent it seeks privileged information, including but not limited to, information which is subject to the attorney-client privilege and/or work-product doctrine. Without waiving these objections, and by way of further answer, Plaintiff's damages to date are as follows:

## 1.     BITTER

| | |
|---|---|
| Death Benefit under the Bitter Policy- | $2,000,000 |
| Amount Available under the policy because of interest- | $2,030,904.11 |
| Amount Paid to Insurer for Interpleader Attorneys fees - | $17,500 |
| Settlement - Windsor received | $650,000 |

Amount lost under the policy because of contest of entitlement to death benefits-  $1,380,904.11

Estimated Legal Fees/Costs Damages Associated with Bitter Action(s)        $457,928.08

(includes fees paid to Arent Fox and Welch Thompson and the Antonino Firms and costs)

3

2.     **ACKER**

| | |
|---|---|
| Death Benefit under the Acker Policy- | $1,000,000 |
| Amount Available under the policy because of interest- | $1,135,928.80 |
| Amount Paid to Insurer for Interpleader Attorneys fees - | $15,103 |
| Settlement - Windsor received | $720,648.34 |

Amount lost under the policy because of contest of entitlement to death benefits-  $415,280.46

Estimated Legal Fees/Costs Damages Associated with the Acker Action        $226,380.16

(includes fees paid to Arent Fox and Welch Thompson and the Antonino Firms and costs)

3.     **COLLINS**

| | |
|---|---|
| Death Benefit under the Collins Policy- | $2,000,000 |
| Amount Available under the policy because of interest- | $2,018,739.73 |
| Amount Paid to Insurer for Interpleader Attorneys fees - | $14,000 |
| Settlement - Windsor received | $816,334.54 |

Amount lost under the policy because of contest of entitlement to death benefits-  $1,202,405.19

Estimated Legal Fees/Costs Damages Associated with the Collins Action        $200,579.05

(includes fees paid to Arent Fox and Welch Thompson and the Antonino Firms and costs)

4.     **COPPOCK** (still alive no entitlement to death benefits until death of insured)

| | |
|---|---|
| Death Benefit under Coppock policy | $1,000,000 |
| settlement paid to Coppock - | $12,000 |

Amount lost under the policy because of contest of entitlement to death benefits    $12,000

Estimated Legal Fees/Costs Damages Associated with the Coppock Action        $151,416.44

(includes fees paid to Arent Fox and Welch Thompson and the Antonino Firms and costs)

5.    **STAMATOV** (still alive no entitlement to death benefits until death of insured)

      Death Benefit under Stamatov policy -             $2,000,000

      settlement paid to Stamatov -                  $12,000

Amount lost under the policy because of contest of entitlement to death benefits  $12,000

Estimated Legal Fees/Costs Damages Associated with the Collins Action     $36,915.59

(includes fees paid to Arent Fox and Welch Thompson and the Antonino Firms and costs)

6.    **ARENT FOX FEES PAID BY WINDSOR** relating to premium financing $112,776.85

7.    **HERRICK FEES PAID BY WINDSOR** relating to premium financing  $144,168.11

8.    **LEGAL FEES/COSTS FOR THE HATHAWAY MATTER** - to be determined

9.    **LEGAL FEES/COSTS FOR THE COHEN MATTER** - to be determined

10.   **LEGAL FEES/COSTS FOR THIS MATTER** (paid to various law firms including

      Alan L. Frank Law Associates, the Antonino Firm, and Welch Thompson)  - to be

      determined

11.   **INTEREST**- To be determined

      The statutory rate for prejudgment interest is 9% per annum. N.Y.C.P.L.R § 5004.

Therefore, Plaintiff will be seeking interest from the date each of the above trusts defaulted on

their premium finance loan.

      See attached memorandums which identify how the damages were calculated.  By way of

further answer, the above calculations are based on Windsor's allocation of attorney bills and fees

paid by firm and client matter and were done by Mr. Prusky to the best of his knowledge,

information and belief.  Windsor specifically reserves the right to supplement/amend the

calculations/allocations to the extent needed based on additional information and/or analysis. The calculations are estimates based on invoices paid to date.

Further, attorney time, fees and costs continue to be incurred in this action as well as in other premium finance matters in which Arent Fox, LLP an Jule Rousseau, Esquire represented Windsor.   For that reason, Windsor specifically reserves the right to supplement/amend the foregoing damages calculations/allocations to include these yet to be incurred fees and costs.

The persons with knowledge of Plaintiff's damages are Steven Prusky, Jule Rousseau, Darin Judd, Esquire, Lauren Antonino, Esquire, the Trustees for the Bitter Trust, the Collins Trust, the Coppock Trust, the Acker, Trust, and the Stamatov Trust, and counsel for those Trust, Joe Wood, Esquire and the Designees of Arent Fox, LLP, Herrick Feinstein LLP, Thompson Welch Soroko & Gilbert LLP, and the Antonino Firm, LLC.

Plaintiff is providing these responses and objections to Defendants' discovery requests. while discovery is ongoing and while Plaintiff continues to incur legal fees and costs which are an element of Plaintiff's damages.  Therefore Plaintiff specifically reserves the right to supplement its response to this interrogatory as material additions and/or changes occur.

2.      State with specificity what steps You took to mitigate those purported damages, and identify all persons with knowledge of those facts and all documents relating to those facts.

**ANSWER:**      Objection.  Plaintiff objects to this request to the extent  it seeks privileged information, including but not limited to, information or documents which are subject to the attorney-client privilege and/or work-product doctrine, and seeks information which in the possession of the Defendants.  Without waiving these objections, and by way of further answer,

6

and as explained more fully in Plaintiff's Complaint, Plaintiff first litigated its rights and

entitlement to the death benefits under each of the Policies (Bitter, Acker, Collins, Coppock and

Stamatov). However, following the adverse rulings in the Bitter, Acker, and Collins Actions,

described in detail in Plaintiff's Complaint, and to avoid, minimize, or reduce the damage caused

by the Defendants' acts and omissions, Windsor entered into settlement agreements in each of

the Bitter, Acker, Collins, Coppock and Stamatov Actions. Each of these Settlement Agreements

is being produced herewith. The persons with knowledge of Plaintiff's efforts to mitigate are

Steven Prusky, Darin Judd, Esquire, Lauren Antonino, Esquire, the Trustees for the Bitter Trust,

the Collins Trust, the Coppock Trust, the Acker Trust, and the Stamatov Trust, and counsel for

those Trusts, Joe Wood, Esquire.


**ALAN L. FRANK LAW ASSOCIATES, P.C.**

BY: _____

ALAN L. FRANK, ESQUIRE
Attorney ID. # 34414
SAMANTHA A. MILLROOD, ESQUIRE
Attorney ID. # 84700
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
215-935-1000 - phone
215-935-1110 - fax
E-mail: afrank@alflaw.net

Attorney for Plaintiff Windsor Securities, LLC

DATED:July 11, 2016

7

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WINDSOR SECURITIES, LLC** | : |
| | : **Civil Action No. 16-cv-01533 (GBD)** |
| **Plaintiff** | : |
| | : |
| **v.** | : |
| | : |
| **ARENT FOX, LLP** | : |
| **and** | : |
| **JULIUS ROUSSEAU, III, ESQUIRE** | : **CERTIFICATE OF SERVICE** |
| | : |
| **Defendants** | : **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 11ᵗʰ day of July, 2016, a copy of Plaintiffs' Response to Defendants' First Set of Interrogatories with attachments were sent via UPS Overnight Mail and Email to the following:

Peter N. Wang, Esquire
Douglas S. Heffer, Esquire
Adam Gregory Pence, Esquire
Foley & Lardner LLP
90 Park Avenue
New York, New York, 10016
pwang@foley.com
dheffer@foley.com
apence@foley.com

ALAN L. FRANK LAW ASSOCIATES, P.C.

Alan L. Frank, Esquire
Samantha A. Millrood, Esquire
(Admitted *pro hac vice*)

1601 Gravesend Neck Rd., Suite 903
Brooklyn, NY 11229
T: 215.935.1000/F: 215.935.1110
E-mail: afrank@alflaw.net
                And
135 Old York Road
Jenkintown, PA 19046
T: 215.935.1000/F: 215.935.1110
E-mail: afrank@alflaw.net

Dated: July 11, 2016                    Attorneys for Plaintiff Windsor Securities, LLC

DAMAGES FOR WINDSOR V. ARENT FOX

## 1.    BITTER

Death Benefit under the Bitter Policy- $2,000,000
Amount Available under the policy because of interest-$2,030,904.11
Amount Paid to Insurer for Interpleader Attorneys fees -$17,500
Settlement - Windsor received $650,000

Amount lost under the policy because of contest of entitlement to death benefits- $1,380,904.11

## 2.    ACKER

Death Benefit under the Bitter Policy- $1,000,000
Amount Available under the policy because of interest-$1,135,928.80
Amount Paid to Insurer for Interpleader Attorneys fees -$15,103
Settlement - Windsor received $720,648.34

Amount lost under the policy because of contest of entitlement to death benefits- $415,280.46

## 3.    COLLINS

Death Benefit under the Bitter Policy- $2,000,000
Amount Available under the policy because of interest-$2,018,739.73
Amount Paid to Insurer for Interpleader Attorneys fees -$14,000
Settlement - Windsor received $816,334.54

Amount lost under the policy because of contest of entitlement to death benefits- $1,202,405.19

**4.    COPPOCK** (still alive no entitlement to death benefits until death of insured)
Death Benefit under policy - $1,000,000
settlement paid to Coppock - $12,000

**5.    STAMATOV** (still alive no entitlement to death benefits until death of insured)

Death Benefit under policy - $2,000,000
settlement paid to Coppock - $12,000

The statutory rate for prejudgment interest is 9% per annum. N.Y.C.P.L.R § 5004. Therefore, Plaintiff will be seeking interest from the date each of the above trusts defaulted on the premium finance loan.

# BITTER (this includes the arb and the Carol Bitter action)

| | |
|---|---|
| Arent Fox Fees | $2243.00 |
| | $38500.00 |
| | $19000.00 |
| | $29000.00 |
| | $29000.00 |
| | $4200.00 |
| | $17370.00 |
| | $65000.00 |
| | $61700.00 |

TOTAL ARENT FOX FEES PAID IN BITTER          $266,013.00

| | |
|---|---|
| Thompson Welch fees | $5392.95 |
| | $712.00 |
| | $30,330 |
| | $18066 |

TOTAL THOMPSON WELCH FEES PAID IN BITTER     $54,500.95

Antonino Firm fees

TOTAL ANTONINO FIM FEES PAID IN BITTER       $5800.00

| | |
|---|---|
| Costs | |
| Vital records | $25 |
| AAA | $7750 |
| | $27895 |
| | $15000 |
| | $15000 |
| | $24450 |
| | $23250 |
| Richard Brown | $5000 |
| Jane Rose Court Reporting | $3901.40 |
| | $250 |
| | $1816.25 |
| | $3127.75 |
| | $2848.25 |
| Sun Life Insurance | $250 |
| Attison Baker | $703.48 |
| Digital One | $327 |
| Bart Hillbrae | $20 |

TOTAL COSTS PAID IN BITTER                   $131,614.13

FEES/COSTS DAMAGES ASSOCIATED WITH BITTER ACTION     $457,928.08

## STAMATOV

Thompson Welch fees               $680.28
$3560
$5900
$400
$4000
$4310

TOTAL THOMPSON WELCH FEES PAID IN STAMATOV     $18,850.28

Antonino Firm fees              $530
$394
$118
$2282
$1090
$566
$3091
$600
$320
$1202
$709
$250
$745.81
$704
$250

TOTAL ANTONINO FIRM FEES PAID IN STAMATOV     $12,851.81

Costs
    Offit Kurman             $5231.50

TOTAL COSTS PAID in STAMATOV     $5213.50

FEES/COSTS DAMAGES ASSOCIATED WITH STAMATOV ACTION     $36,915.59

# COPPOCK

| | |
|---|---|
| Thompson Welch fees | $1920.34 |
| | $3750 |
| | $7500 |
| | $500 |
| | $96402 |
| | $1400 |
| | $8000 |

TOTAL THOMPSON WELCH FEES PAID IN COPPOCK        $119,472.34

| | |
|---|---|
| Antonino Firm Fees | $830 |
| | $221 |
| | $1305 |
| | $118 |
| | $3410 |
| | $906 |
| | $4957 |
| | $3325 |
| | $1000 |
| | $900 |
| | $2361 |
| | $7723 |
| | $1160 |
| | $540 |
| | $207 |
| | $585 |

TOTAL ANTONINO FIRM FEES PAID IN COPPOCK        $31,548.00

| | |
|---|---|
| Costs | |
| flights | $396.10 |

TOTAL COSTS PAID IN COPPOCK        $396.10

FEES/COSTS DAMAGES ASSOCIATED WITH COPPOCK ACTION        $151,416.44

# COLLINS

| | |
|---|---|
| Thompson Welch fees | $7627.50 |
| | $3135.25 |
| | $12775 |
| | $27000 |
| | $11000 |
| | $8850 |
| | $30000 |

TOTAL THOMPSON WELCH FEES PAID in COLLINS          $100,387.75

| | |
|---|---|
| Antonino Firm LLC | $5365.50 |
| | $3592 |
| | $2950 |
| | $7746 |
| | $5060 |
| | $1458 |
| | $1071 |
| | $2679 |
| | $9700 |
| | $10228 |
| | $5637 |
| | $10200 |
| | $3410 |
| | $5100 |
| | $1996 |
| | $7817 |
| | $6660 |
| | $1500 |
| | $1320 |
| | $4530 |
| | $993 |

TOTAL ANTONINO FIRM FEES PAID in COLLINS          $99,012.50

| | |
|---|---|
| Costs | |
| IT Acceleration | $258.48 |
| Flights | $228.60 |
| | $454.10 |
| | $15 |
| | $227.05 |
| | $27 |
| | $227.05 |

TOTAL COSTS PAID in COLLINS          $1,178.80
FEES/COSTS DAMAGES ASSOCIATED WITH COLLINS ACTION          $200,579.05

# ACKER

| | | |
|---|---|---|
| Thompson Welch fees | $18600 | |
| | $475 | |
| | $14155 | |
| | $20000 | |
| | $10000 | |
| | $10800 | |
| | $18000 | |
| TOTAL THOMPSON WELCH FEES PAID IN ACKER | | $92,030.00 |
| | | |
| Antonino Firm LLC | $5000 | |
| | $5813 | |
| | $4360 | |
| | $2870 | |
| | $7359 | |
| | $5290 | |
| | $1418 | |
| | $1071 | |
| | $2679 | |
| | $10800 | |
| | $13300 | |
| | $5646 | |
| | $10100 | |
| | $2330 | |
| | $5100 | |
| | $2241 | |
| | $7817 | |
| | $6201 | |
| | $450 | |
| | $1280 | |
| | $4260 | |
| | $1320 | |
| | $7310 | |
| TOTAL ANTONIO FIRM FEES IN ACKER | | $114,005.00 |
| | | |
| Costs | | |
| Technical Resource center | $3500 | |
| Flights | $19 | |
| | $29 | |
| | $227.05 | |
| | $369.27 | |
| Hotels | $360.42 | |
| | $360.42 | |
| JAMS | $3330 | |
| Karen Canoff, Esq | $12150 | |
| TOTAL COSTS IN ACKER | | $20,345.16 |
| FEES/COSTS DAMAGES ASSOCIATED WITH STAMATOV ACTION | | $226,380.16 |

ARENT FOX FEES PAID BY WINDSOR relating to premium financing          $112,776.85

HERRICK FEES PAID BY WINDSOR relating to premium financing          $144,168.11

6/30/2016

Account transactions
All accounts

| Num | Date Payee | Memo | Category | Amount |
|---|---|---|---|---|
| **Month Ending 9/30/2014** | | | | |
| 1383 | 9/1/2014 The Antonino Firm | 8/27/14; applied to report ... | LLC : Legal - Acker | (5,000.00) |
| | Total Month Ending 9/30/2014 | | | (5,000.00) |
| **Month Ending 10/31/2014** | | | | |
| 1397 | 10/22/2014 The Antonino Firm | apply $5k from retrainer | LLC : Legal - Acker | (5,813.00) |
| 1398 | 10/28/2014 Thompson, Welch, Soroko & Gilber | 10/20/14; bitter, collins, a... | LLC : Legal - Acker | (18,600.00) |
| | Total Month Ending 10/31/2014 | | | (24,413.00) |
| **Month Ending 12/31/2014** | | | | |
| 1406 | 12/5/2014 The Antonino Firm | 12/1/14; replace #1401 (l... | LLC : Legal - Acker | (4,360.00) |
| 1408 | 12/11/2014 The Antonino Firm | 12/11/14 was #7619 .. | LLC : Legal - Acker | (2,870.00) |
| 1401 | 12/15/2014 The Antonino Firm | 11/6/14; was $9202; LOST | LLC : Legal - Acker | 0.00 |
| | Total Month Ending 12/31/2014 | | | (7,230.00) |
| **Month Ending 1/31/2015** | | | | |
| 1414 | 1/27/2015 The Antonino Firm | 1/16/15; december Bitter,... | LLC : Legal - Acker | (7,359.00) |
| | Total Month Ending 1/31/2015 | | | (7,359.00) |
| **Month Ending 3/31/2015** | | | | |
| 1418 | 3/26/2015 The Antonino Firm | 3/3/15 | LLC : Legal - Acker | (5,290.00) |
| 1423 | 3/26/2015 The Antonino Firm | | LLC : Legal - Acker | (1,418.00) |
| 1423 | 3/26/2015 The Antonino Firm | 1/3 of time on houchins | LLC : Legal - Acker | (1,071.00) |
| | Total Month Ending 3/31/2015 | | | (7,779.00) |
| **Month Ending 4/30/2015** | | | | |
| 1431 | 4/14/2015 Thompson, Welch, Soroko & Gilber | 4/8/15 Acker | LLC : Legal - Acker | (475.00) |
| 1438 | 4/21/2015 The Antonino Firm | 4/1`4/15 | LLC : Legal - Acker | (2,679.00) |
| | Total Month Ending 4/30/2015 | | | (3,154.00) |
| **Month Ending 5/31/2015** | | | | |
| 1472 | 5/27/2015 The Antonino Firm | 5/19/15 through 5/8/15 | LLC : Legal - Acker | (10,800.00) |
| 1475 | 5/27/2015 Thompson, Welch, Soroko & Gilber | 5/18/15; Acker | LLC : Legal - Acker | (14,155.00) |
| | Total Month Ending 5/31/2015 | | | (24,955.00) |
| **Month Ending 6/30/2015** | | | | |
| 1482 | 6/10/2015 Technical Resource Center | 6/9/15 | LLC : Legal - Acker | (3,500.00) |
| 1485 | 6/25/2015 The Antonino Firm | 6/17/15 | LLC : Legal - Acker | (13,300.00) |
| 1487 | 6/25/2015 Thompson, Welch, Soroko & Gilber | 6/17/15 | LLC : Legal - Acker | (20,000.00) |
| | Total Month Ending 6/30/2015 | | | (36,800.00) |

6/30/2016

Account transactions
All accounts

| Num | Date Payee | Memo | Category | Amount |
|---|---|---|---|---|
| **Month Ending 7/31/2015** | | | | |
| | 7/10/2015 DELTA AIR LINES ATLANTA | flights to atlanta | LLC : Legal – Acker | (19.00) |
| | 7/14/2015 US AIRWAYS PHOENIX | flights to Phoenix Judd | LLC : Legal – Acker | (29.00) |
| | 7/14/2015 AA AIR TICKET SALE 4DALLAS | flights to Knoxville Antonino | LLC : Legal – Acker | (227.05) |
| | 7/15/2015 GOGOAIR.COM———877-350-003 | internet | LLC : Legal – Acker | (8.95) |
| | 7/15/2015 AA AIR TICKET SALE 4DALLAS | flights to knoxville Antonino | LLC : Legal – Acker | (227.05) |
| | 7/17/2015 ST. CECILIA ATLANTA | Habersham | LLC : Legal – Acker | (369.27) |
| 1496 | 7/17/2015 The Antonino Firm | 7/11/15 | LLC : Legal – Acker | (5,646.00) |
| | 7/20/2015 FAIRFIELD INN 2Z9 ATLANTA | sgp atlanta | LLC : Legal – Acker | (360.42) |
| | 7/20/2015 FAIRFIELD INN 2Z9 ATLANTA | judd atlanta | LLC : Legal – Acker | (360.42) |
| 1503 | 7/30/2015 Thompson, Welch, Soroko & Gilber | 7/23/15 | LLC : Legal – Acker | (10,000.00) |
| 1506 | 7/30/2015 JAMS | 7/24/15 | LLC : Legal – Acker | (3,330.00) |
| | Total Month Ending 7/31/2015 | | | (20,577.16) |
| **Month Ending 9/30/2015** | | | | |
| 1444 | 9/9/2015 The Antonino Firm | 8/31/15 | LLC : Legal – Acker | (10,100.00) |
| 1454 | 9/30/2015 Karen Canoff, Esq. | 9/23/15 | LLC : Legal – Acker | (12,150.00) |
| | Total Month Ending 9/30/2015 | | | (22,250.00) |
| **Month Ending 10/31/2015** | | | | |
| 1455 | 10/14/2015 The Antonino Firm | 10/5/15 | LLC : Legal – Acker | (2,330.00) |
| 1458 | 10/16/2015 The Antonino Firm | 10/9/15 | LLC : Legal – Acker | (5,100.00) |
| | Total Month Ending 10/31/2015 | | | (7,430.00) |
| **Month Ending 11/30/2015** | | | | |
| 1464 | 11/2/2015 Thompson, Welch, Soroko & Gilber | 10/27/15 | LLC : Legal – Acker | (10,800.00) |
| 1468 | 11/10/2015 The Antonino Firm | 11/6/15 | LLC : Legal – Acker | (2,241.00) |
| | Total Month Ending 11/30/2015 | | | (13,041.00) |
| **Month Ending 12/31/2015** | | | | |
| 1516 | 12/22/2015 Thompson, Welch, Soroko & Gilber | 12/15/15 | LLC : Legal – Acker | (18,000.00) |
| | Total Month Ending 12/31/2015 | | | (18,000.00) |
| **Month Ending 1/31/2016** | | | | |
| 1469 | 1/4/2016 The Antonino Firm | #15: 12/22/15 | LLC : Legal – Acker | (7,817.00) |
| | Total Month Ending 1/31/2016 | | | (7,817.00) |
| **Month Ending 2/29/2016** | | | | |
| 1524 | 2/4/2016 The Antonino Firm | | LLC : Legal – Acker | (6,201.00) |

6/30/2016

Account transactions
All accounts

| Num | Date Payee | Memo | Category | Amount |
|-----|------------|------|----------|--------|
| | Total Month Ending 2/29/2016 | | | (6,201.00) |
| Month Ending 5/31/2016 | | | | |
| 1536 | 5/17/2016 The Antonino Firm | april | LLC : Legal - Acker | (450.00) |
| 1536 | 5/17/2016 The Antonino Firm | march | LLC : Legal - Acker | (1,280.00) |
| 1536 | 5/17/2016 The Antonino Firm | january | LLC : Legal - Acker | (4,260.00) |
| 1536 | 5/17/2016 The Antonino Firm | feb | LLC : Legal - Acker | (1,320.00) |
| | Total Month Ending 5/31/2016 | | | (7,310.00) |
| Grand Total | | | | (219,316.16) |

6/30/2016

Account transactions
All accounts

| Num | Date Payee | Memo | Category | Amount |
|---|---|---|---|---|
| **Month Ending 11/30/2010** | | | | |
| 1122 | 11/10/2010 Arent Fox | 11/5/10; bit... | LLC : Legal - Bitter (Barnes litig... | (2,243.00) |
| Total Month Ending 11/30/2010 | | | | (2,243.00) |
| **Month Ending 2/28/2013** | | | | |
| 2932 | 2/7/2013 vital records | 2/7/13; for ... | LLC : Legal - Bitter (Barnes litig... | (25.00) |
| Total Month Ending 2/28/2013 | | | | (25.00) |
| **Month Ending 6/30/2013** | | | | |
| 1276 | 6/3/2013 Richard Brown, Attor... | 6/3/13; Bitt... | LLC : Legal - Bitter (Barnes litig... | (5,000.00) |
| 1278 | 6/19/2013 Arent Fox | 6/13/13 | LLC : Legal - Bitter (Barnes litig... | (38,500.00) |
| Total Month Ending 6/30/2013 | | | | (43,500.00) |
| **Month Ending 8/31/2013** | | | | |
| 1289 | 8/12/2013 Arent Fox | 8/6/13 for J... | LLC : Legal - Bitter (Barnes litig... | (19,000.00) |
| 1292 | 8/12/2013 Arent Fox | 8/6/13; Julty | LLC : Legal - Bitter (Barnes litig... | (29,000.00) |
| Total Month Ending 8/31/2013 | | | | (48,000.00) |
| **Month Ending 9/30/2013** | | | | |
| | 9/9/2013 AMERICAN ARBITRA... | WSI: paid b... | LLC : Legal - Bitter (Barnes litig... | (7,750.00) |
| Total Month Ending 9/30/2013 | | | | (7,750.00) |
| **Month Ending 10/31/2013** | | | | |
| | 10/16/2013 AMERICAN ARBITRA... | 7201: AME... | LLC : Legal - Bitter (Barnes litig... | (27,895.00) |
| Total Month Ending 10/31/2013 | | | | (27,895.00) |
| **Month Ending 12/31/2013** | | | | |
| 1318 | 12/16/2013 Arent Fox | 12/11/13; s... | LLC : Legal - Bitter (Barnes litig... | (29,000.00) |
| 1313 | 12/18/2013 Jane Rose Reporting | 12/11/13 | LLC : Legal - Bitter (Barnes litig... | (3,901.40) |
| Total Month Ending 12/31/2013 | | | | (32,901.40) |
| **Month Ending 1/31/2014** | | | | |
| 1320 | 1/2/2014 Jane Rose Reporting | 12/23/13 | LLC : Legal - Bitter (Barnes litig... | (250.00) |
| 1324 | 1/3/2014 Arent Fox | 12/30/13 | LLC : Legal - Bitter (Barnes litig... | (61,700.00) |
| 1319 | 1/31/2014 Sun Life Insurance C... | 12/18/13; r... | LLC : Legal - Bitter (Barnes litig... | (250.00) |
| Total Month Ending 1/31/2014 | | | | (62,200.00) |
| **Month Ending 2/28/2014** | | | | |
| 1326 | 2/10/2014 Atkinson-Baker, Inc. | 2/3/14: sgp... | LLC : Legal - Bitter (Barnes litig... | (703.48) |
| 1328 | 2/10/2014 Jane Rose Reporting | 2/4/14 aaa | LLC : Legal - Bitter (Barnes litig... | (1,816.25) |

6/30/2016

Account transactions
All accounts

| Num | Date Payee | Memo | Category | Amount |
|---|---|---|---|---|
| 1329 | 2/10/2014 Jane Rose Reporting | 2/4/14; AAA | LLC : Legal - Bitter (Barnes litig... | (3,127.75) |
| 1330 | 2/10/2014 Jane Rose Reporting | 2/4/14; AAA | LLC : Legal - Bitter (Barnes litig... | (2,848.25) |
|  | 2/11/2014 AMERICAN ARBITRA... | Windsor LL... | LLC : Legal - Bitter (Barnes litig... | (15,000.00) |
|  | 2/19/2014 AMERICAN ARBITRA... | 7201: AME... | LLC : Legal - Bitter (Barnes litig... | (15,000.00) |
| 1332 | 2/19/2014 Digital One | · 2/13/14 | LLC : Legal - Bitter (Barnes litig... | (327.00) |
| Total Month Ending 2/28/2014 |  |  |  | (38,822.73) |

Month Ending 3/31/2014

| | 3/1/2014 AMERICAN ARBITRA... | Windsor LL... | LLC : Legal - Bitter (Barnes litig... | (24,450.00) |
|---|---|---|---|---|
|  | 3/4/2014 BART MILLBRAE ST... | &&NR; expc... | LLC : Legal - Bitter (Barnes litig... | (20.00) |
| 1352 | 3/31/2014 Arent Fox | 3/26/14 | LLC : Legal - Bitter (Barnes litig... | (65,000.00) |
| Total Month Ending 3/31/2014 |  |  |  | (89,470.00) |

Month Ending 4/30/2014

| | 4/4/2014 AMERICAN ARBITRA... | from WS LLC | LLC : Legal - Bitter (Barnes litig... | (23,250.00) |
|---|---|---|---|---|
| Total Month Ending 4/30/2014 |  |  |  | (23,250.00) |

Month Ending 4/30/2015

| 1434 | 4/14/2015 Thompson, Welch, S... | 4/8/15 Barn... | LLC : Legal - Bitter (Barnes litig... | (5,392.95) |
|---|---|---|---|---|
| Total Month Ending 4/30/2015 |  |  |  | (5,392.95) |

Month Ending 5/31/2015

| 1478 | 5/27/2015 Thompson, Welch, S... | 5/18/15; co... | LLC : Legal - Bitter (Barnes litig... | (712.00) |
|---|---|---|---|---|
| Total Month Ending 5/31/2015 |  |  |  | (712.00) |

| Grand Total | | | | (382,162.08) |
|---|---|---|---|---|

6/30/2016

Account transactions
All accounts

| Num | Date Payee | Memo | Category | Amount |
|---|---|---|---|---|
| Month Ending 3/31/2015 | | | | |
| 1419 | 3/10/2015 Thompson, W... | 3/3/15 thru 1/31/15 | LLC : Legal - Bitter, Collins, Ac... | (30,330.00) |
| 1420 | 3/10/2015 Thompson, W... | 3/3/15 thru 2/28/15? | LLC : Legal - Bitter, Collins, Ac... | (18,066.00) |
| Total Month Ending 3/31/2015 | | | | (48,396.00) |
| | | | | |
| Month Ending 6/30/2016 | | | | |
| 1542 | 6/17/2016 The Antonino ... | 6/16/16; hathaway, cohen | LLC : Legal - Bitter, Collins, Ac... | (5,800.00) |
| Total Month Ending 6/30/2016 | | | | (5,800.00) |

Grand Total (54,196.00)

6/30/2016                                                                                            Page 1

Account transactions
All accounts

| Num | Date Payee | Memo | Category | Amount |
|---|---|---|---|---|
| Month Ending 10/31/2014 | | | | |
| 1397 | 10/22/2014 The Antonino Firm | | LLC : Legal - Collins | (5,366.50) |
| Total Month Ending 10/31/2014 | | | | (5,366.50) |
| Month Ending 12/31/2014 | | | | |
| 1406 | 12/5/2014 The Antonino Firm | | LLC : Legal - Collins | (3,592.00) |
| 1408 | 12/11/2014 The Antonino Firm | | LLC : Legal - Collins | (2,950.00) |
| 1407 | 12/16/2014 Thompson, Welc... | 12/11/14; Bitter, collins ac... | LLC : Legal - Collins | (7,627.50) |
| Total Month Ending 12/31/2014 | | | | (14,169.50) |
| Month Ending 1/31/2015 | | | | |
| 1414 | 1/27/2015 The Antonino Firm | | LLC : Legal - Collins | (7,746.00) |
| Total Month Ending 1/31/2015 | | | | (7,746.00) |
| Month Ending 3/31/2015 | | | | |
| 1418 | 3/26/2015 The Antonino Firm | | LLC : Legal - Collins | (5,060.00) |
| 1423 | 3/26/2015 The Antonino Firm | | LLC : Legal - Collins | (1,458.00) |
| 1423 | 3/26/2015 The Antonino Firm | 1/3 of time on houhcin | LLC : Legal - Collins | (1,071.00) |
| Total Month Ending 3/31/2015 | | | | (7,589.00) |
| Month Ending 4/30/2015 | | | | |
| 1430 | 4/14/2015 Thompson, Welc... | 4/18/15; Collins | LLC : Legal - Collins | (3,135.25) |
| 1438 | 4/21/2015 The Antonino Firm | | LLC : Legal - Collins | (2,679.00) |
| Total Month Ending 4/30/2015 | | | | (5,814.25) |
| Month Ending 5/31/2015 | | | | |
| 1472 | 5/27/2015 The Antonino Firm | | LLC : Legal - Collins | (9,700.00) |
| 1474 | 5/27/2015 Thompson, Welc... | 5/20/15; collins | LLC : Legal - Collins | (12,775.00) |
| Total Month Ending 5/31/2015 | | | | (22,475.00) |
| Month Ending 6/30/2015 | | | | |
| 1485 | 6/25/2015 The Antonino Firm | | LLC : Legal - Collins | (10,228.00) |
| Total Month Ending 6/30/2015 | | | | (10,228.00) |
| Month Ending 7/31/2015 | | | | |
| | 7/10/2015 DELTA AIR LINE... | flights to knoxville | LLC : Legal - Collins | (228.60) |
| | 7/14/2015 AA AIR TICKET ... | flights to Knoxville | LLC : Legal - Collins | (454.10) |
| | 7/14/2015 US AIRWAYS | ... flights to Phoenix; judd | LLC : Legal - Collins | (15.00) |
| | 7/14/2015 AA AIR TICKET ... | | LLC : Legal - Collins | (227.05) |
| 1494 | 7/14/2015 Thompson, Welc... | 7/8/15; was to be for $27,... | LLC : Legal - Collins | (27.00) |

6/30/2016

Account transactions
All accounts

| Num | Date Payee | Memo | Category | Amount |
|---|---|---|---|---|
| | 7/15/2015 AA AIR TICKET ... | | LLC : Legal - Collins | (227.05) |
| 1496 | 7/17/2015 The Antonino Firm | | LLC : Legal - Collins | (5,637.00) |
| 1499 | 7/21/2015 Thompson, Welc... | 7/14/15; replace 1494 | LLC : Legal - Collins | (27,000.00) |
| 1497 | 7/28/2015 IT Acceleration | 7/14/15; to rebuild hard dr... | LLC : Legal - Collins | (258.48) |
| 1502 | 7/30/2015 Thompson, Welc... | 7/23/15 | LLC : Legal - Collins | (11,000.00) |
| | Total Month Ending 7/31/2015 | | | (45,074.28) |
| | | | | |
| Month Ending 9/30/2015 | | | | |
| 1444 | 9/9/2015 The Antonino Firm | | LLC : Legal - Collins | (10,200.00) |
| | Total Month Ending 9/30/2015 | | | (10,200.00) |
| | | | | |
| Month Ending 10/31/2015 | | | | |
| 1455 | 10/14/2015 The Antonino Firm | | LLC : Legal - Collins | (3,410.00) |
| 1458 | 10/16/2015 The Antonino Firm | | LLC : Legal - Collins | (5,100.00) |
| | Total Month Ending 10/31/2015 | | | (8,510.00) |
| | | | | |
| Month Ending 11/30/2015 | | | | |
| 1463 | 11/2/2015 Thompson, Welc... | 10/27/15 | LLC : Legal - Collins | (8,850.00) |
| 1468 | 11/10/2015 The Antonino Firm | | LLC : Legal - Collins | (1,596.00) |
| | Total Month Ending 11/30/2015 | | | (10,446.00) |
| | | | | |
| Month Ending 12/31/2015 | | | | |
| 1518 | 12/22/2015 Thompson, Welc... | 12/15/15 | LLC : Legal - Collins | (30,000.00) |
| | Total Month Ending 12/31/2015 | | | (30,000.00) |
| | | | | |
| Month Ending 1/31/2016 | | | | |
| 1469 | 1/4/2016 The Antonino Firm | | LLC : Legal - Collins | (7,817.00) |
| | Total Month Ending 1/31/2016 | | | (7,817.00) |
| | | | | |
| Month Ending 2/29/2016 | | | | |
| 1524 | 2/4/2016 The Antonino Firm | | LLC : Legal - Collins | (6,660.00) |
| | Total Month Ending 2/29/2016 | | | (6,660.00) |
| | | | | |
| Month Ending 5/31/2016 | | | | |
| 1536 | 5/17/2016 The Antonino Firm | april | LLC : Legal - Collins | (1,500.00) |
| 1536 | 5/17/2016 The Antonino Firm | march | LLC : Legal - Collins | (1,320.19) |
| 1536 | 5/17/2016 The Antonino Firm | january | LLC : Legal - Collins | (4,530.00) |
| 1536 | 5/17/2016 The Antonino Firm | feb | LLC : Legal - Collins | (993.00) |
| | Total Month Ending 5/31/2016 | | | (8,343.19) |

6/30/2016

Account transactions
All accounts

| Num | Date Payee | Memo | Category | Amount |
|-----|-----------|------|----------|--------|
| Grand Total | | | | (200,438.72) |

Account transactions
All accounts

| Num | Date Payee | Memo | Category | Amount |
|---|---|---|---|---|
| 1458 | 10/16/2015 The Antonino Fi... | | LLC : Legal - Coppock | (900.00) |
| | Total Month Ending 10/31/2015 | | | (1,900.00) |
| **Month Ending 11/30/2015** | | | | |
| 1465 | 11/2/2015 Thompson, Wel... | 10/27/15 | LLC : Legal - Coppock | (1,400.00) |
| 1468 | 11/10/2015 The Antonino Fi... | | LLC : Legal - Coppock | (2,361.00) |
| | Total Month Ending 11/30/2015 | | | (3,761.00) |
| **Month Ending 12/31/2015** | | | | |
| 1517 | 12/22/2015 Thompson, Wel... | 12/15/15 | LLC : Legal - Coppock | (8,000.00) |
| | Total Month Ending 12/31/2015 | | | (8,000.00) |
| **Month Ending 1/31/2016** | | | | |
| 1469 | 1/4/2016 The Antonino Fi... | | LLC : Legal - Coppock | (7,723.00) |
| | Total Month Ending 1/31/2016 | | | (7,723.00) |
| **Month Ending 5/31/2016** | | | | |
| 1536 | 5/17/2016 The Antonino Fi... | april | LLC : Legal - Coppock | (1,160.00) |
| 1536 | 5/17/2016 The Antonino Fi... | march | LLC : Legal - Coppock | (540.00) |
| 1536 | 5/17/2016 The Antonino Fi... | january | LLC : Legal - Coppock | (207.00) |
| 1536 | 5/17/2016 The Antonino Fi... | feb | LLC : Legal - Coppock | (585.00) |
| | Total Month Ending 5/31/2016 | | | (2,492.00) |
| **Grand Total** | | | | (151,416.44) |

6/30/2016

Account transactions
All accounts

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| **Month Ending 12/31/2014** | | | | | |
| 1408 | 12/11/2014 | The Antonino Fi... | | LLC : Legal - Coppock | (830.00) |
| | Total Month Ending 12/31/2014 | | | | (830.00) |
| **Month Ending 1/31/2015** | | | | | |
| 1414 | 1/27/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (2,221.00) |
| | Total Month Ending 1/31/2015 | | | | (2,221.00) |
| **Month Ending 3/31/2015** | | | | | |
| 1418 | 3/26/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (1,305.00) |
| 1423 | 3/26/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (118.00) |
| | Total Month Ending 3/31/2015 | | | | (1,423.00) |
| **Month Ending 4/30/2015** | | | | | |
| 1433 | 4/14/2015 | Thompson, Wel... | 4/8/15 Coppock | LLC : Legal - Coppock | (1,920.34) |
| | Total Month Ending 4/30/2015 | | | | (1,920.34) |
| **Month Ending 5/31/2015** | | | | | |
| 1472 | 5/27/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (3,410.00) |
| 1477 | 5/27/2015 | Thompson, Wel... | 5/18/15; coppock | LLC : Legal - Coppock | (3,750.00) |
| | Total Month Ending 5/31/2015 | | | | (7,160.00) |
| **Month Ending 6/30/2015** | | | | | |
| 1485 | 6/25/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (906.00) |
| 1489 | 6/25/2015 | Thompson, Wel... | 7/16/15 | LLC : Legal - Coppock | (7,500.00) |
| | Total Month Ending 6/30/2015 | | | | (8,406.00) |
| **Month Ending 7/31/2015** | | | | | |
| | 7/10/2015 | DELTA AIR LIN... | fights to Atlanta | LLC : Legal - Coppock | (396.10) |
| 1496 | 7/17/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (4,957.00) |
| 1505 | 7/30/2015 | Thompson, Wel... | 7/23/15 | LLC : Legal - Coppock | (500.00) |
| | Total Month Ending 7/31/2015 | | | | (5,853.10) |
| **Month Ending 9/30/2015** | | | | | |
| 1444 | 9/9/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (3,325.00) |
| 1450 | 9/22/2015 | Thompson, Wel... | 9/14/15 | LLC : Legal - Coppock | (96,402.00) |
| | Total Month Ending 9/30/2015 | | | | (99,727.00) |
| **Month Ending 10/31/2015** | | | | | |
| 1455 | 10/14/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (1,000.00) |

6/30/2016

Account transactions
All accounts

| Num | Date Payee | Memo | Category | Amount |
|---|---|---|---|---|
| Month Ending 12/31/2014 | | | | |
| 1408 | 12/11/2014 The Antonino Firm | | LLC : Legal - Stamatov | (530.00) |
| Total Month Ending 12/31/2014 | | | | (530.00) |
| Month Ending 1/31/2015 | | | | |
| 1414 | 1/27/2015 The Antonino Firm | | LLC : Legal - Stamatov | (394.00) |
| Total Month Ending 1/31/2015 | | | | (394.00) |
| Month Ending 3/31/2015 | | | | |
| 1423 | 3/26/2015 The Antonino Firm | | LLC : Legal - Stamatov | (118.00) |
| 1418 | 3/26/2015 The Antonino Firm | | LLC : Legal - Stamatov | (2,285.00) |
| Total Month Ending 3/31/2015 | | | | (2,403.00) |
| Month Ending 4/30/2015 | | | | |
| 1432 | 4/14/2015 Thompson, Welch, ... 4/8/15 Stamatov | | LLC : Legal - Stamatov | (680.28) |
| Total Month Ending 4/30/2015 | | | | (680.28) |
| Month Ending 5/31/2015 | | | | |
| 1472 | 5/27/2015 The Antonino Firm | | LLC : Legal - Stamatov | (1,090.00) |
| 1476 | 5/27/2015 Thompson, Welch, ... 5/18/15; Stamatov | LLC : Legal - Stamatov | | (3,560.00) |
| Total Month Ending 5/31/2015 | | | | (4,650.00) |
| Month Ending 6/30/2015 | | | | |
| 1485 | 6/25/2015 The Antonino Firm | | LLC : Legal - Stamatov | (566.00) |
| 1488 | 6/25/2015 Thompson, Welch, ... 6/17/15 | | LLC : Legal - Stamatov | (5,900.00) |
| Total Month Ending 6/30/2015 | | | | (6,466.00) |
| Month Ending 7/31/2015 | | | | |
| 1496 | 7/17/2015 The Antonino Firm | | LLC : Legal - Stamatov | (3,091.00) |
| 1504 | 7/30/2015 Thompson, Welch, ... 7/23/15 | | LLC : Legal - Stamatov | (400.00) |
| Total Month Ending 7/31/2015 | | | | (3,491.00) |
| Month Ending 10/31/2015 | | | | |
| 1458 | 10/16/2015 The Antonino Firm | | LLC : Legal - Stamatov | (600.00) |
| 1455 | 10/14/2015 The Antonino Firm | | LLC : Legal - Stamatov | (320.00) |
| Total Month Ending 10/31/2015 | | | | (920.00) |
| Month Ending 11/30/2015 | | | | |
| 1468 | 11/10/2015 The Antonino Firm | | LLC : Legal - Stamatov | (1,202.00) |
| 1466 | 11/2/2015 Thompson, Welch, ... 10/27/15 | | LLC : Legal - Stamatov | (4,000.00) |

6/30/2016

Account transactions
All accounts

| Num | Date Payee | Memo | Category | Amount |
|---|---|---|---|---|
| Total Month Ending 11/30/2015 | | | | (5,202.00) |
| **Month Ending 12/31/2015** | | | | |
| 1515 | 12/22/2015 Thompson, Welch, ... | 12/15/15 | LLC : Legal - Stamatov | (4,310.00) |
| 1520 | 12/29/2015 Offit Kurman | 12/21/15: stama... | LLC : Legal - Stamatov | (5,213.50) |
| Total Month Ending 12/31/2015 | | | | (9,523.50) |
| **Month Ending 1/31/2016** | | | | |
| 1469 | 1/4/2016 The Antonino Firm | | LLC : Legal - Stamatov | (709.00) |
| Total Month Ending 1/31/2016 | | | | (709.00) |
| **Month Ending 5/31/2016** | | | | |
| 1536 | 5/17/2016 The Antonino Firm | april | LLC : Legal - Stamatov | (250.00) |
| 1536 | 5/17/2016 The Antonino Firm | feb | LLC : Legal - Stamatov | (745.81) |
| 1536 | 5/17/2016 The Antonino Firm | january | LLC : Legal - Stamatov | (704.00) |
| 1536 | 5/17/2016 The Antonino Firm | march | LLC : Legal - Stamatov | (250.00) |
| Total Month Ending 5/31/2016 | | | | (1,949.81) |
| **Month Ending 6/30/2016** | | | | |
| 1540 | 6/8/2016 Josepf Wood Attor... | 5/25/16 | LLC : Legal - Stamatov | (12,000.00) |
| Total Month Ending 6/30/2016 | | | | (12,000.00) |
| **Grand Total** | | | | (48,918.59) |