

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3401
pwang@foley.com EMAIL

CLIENT/MATTER NUMBER
078208-0109

June 20, 2017

<u>Via ECF</u>

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:   *Windsor Securities, LLC v. Arent Fox, et al.*,
        <u>Case No. 16-cv-01533 (GBD) (GWG)</u>

Dear Magistrate Judge Gorenstein:

    Pursuant to 2(B) of Your Honor's Individual Rules of Practice, Defendants write to inform the Court that its Motion to Compel has been fully briefed. Defendants submitted their Reply in Support of the Motion to Compel via ECF today, June 20, 2017.

    Defendants have also redacted portions of their reply memorandum of law that reference materials they previously sought a court order to seal, specifically Paragraphs 3-5 of the Declaration of Julius Rousseau, dated May 30, 2017, and Exhibit 14 to the Declaration of Douglas S. Heffer, dated May 30, 2017. *See* Letter Request to Seal, ECF No. 58. Defendants incorporate by reference this letter request. Unredacted courtesy copies are being provided to the Court and counsel for Windsor Securities, LLC.

                                    Respectfully submitted,

                                    */s/ Peter N. Wang, Esq.*
                                    Peter N. Wang, Esq.

BOSTON     JACKSONVILLE     MILWAUKEE     SAN DIEGO     TALLAHASSEE
BRUSSELS     LOS ANGELES     NEW YORK     SAN FRANCISCO     TAMPA
CHICAGO     MADISON     ORLANDO     SHANGHAI     TOKYO
DETROIT     MIAMI     SACRAMENTO     SILICON VALLEY     WASHINGTON, D.C.

4826-2419-6938.2