Peter N. Wang
Douglas S. Heffer
Adam G. Pence
Foley & Lardner LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WINDSOR SECURITIES, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>ARENT FOX, LLP and JULIUS ROUSSEAU, III,<br><br>Defendants. | Case No. 16-cv-01533 (GBD) (GWG)<br><br>**Oral Argument Requested** |

**NOTICE OF OBJECTIONS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support, dated September 15, 2017, and pursuant to Federal Rule of Civil Procedure 72(a), Defendants Arent Fox LLP and Julius Rousseau, III (collectively, "Defendants"), before the Honorable George B. Daniels, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY, on a date and time to be determined, object to the August 11, 2017 Opinion and Order of Magistrate Judge Gabriel W. Gorenstein (the "August 11 Order") denying Defendants' motion to compel Plaintiff Windsor Securities, LLC ("Windsor") to produce certain withheld documents relating to Windsor's legal representation by counsel contemporaneous with and subsequent to

Defendants, in response to Defendants' First Set of Requests for the Production of Documents and Things.

| | |
|---|---|
| Dated: New York, New York<br>September 15, 2017 | Respectfully submitted,<br><br>FOLEY & LARDNER LLP<br><br>By: /s/ *Peter N. Wang*<br>    Peter N. Wang (PW 9216)<br>    Douglas S. Heffer (DH 6082)<br>    Adam G. Pence (AP 8621)<br>    90 Park Avenue<br>    New York, New York 10016<br>    Tel: (212) 682-7474<br>    Fax: (212) 687-2329<br>    pwang@foley.com<br>    dheffer@foley.com<br>    apence@foley.com<br><br>    *Attorneys for Defendants*<br>    *Arent Fox, LLP and Julius Rousseau, III* |

4830-5172-8718.1