

**FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3418
dheffer@foley.com EMAIL

CLIENT/MATTER NUMBER
078208-0109

September 15, 2017

<u>Via ECF</u>

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Windsor Securities, LLC v. Arent Fox, et al.,*
Case No. 16-cv-01533 (GBD) (GWG)
<u>Defendants' Objections to August 11, 2017 Opinion and Order</u>

Dear Judge Daniels:

We represent Defendants Julius Rousseau, III and Arent Fox (collectively, "Defendants") in the above-referenced action. We write in regard to our recently filed Objections to Magistrate Judge Gabriel W. Gorenstein's August 11, 2017 Opinion and Order concerning Defendants' motion to compel the production of certain documents (Dkt. No. 66, hereinafter, the "Order"). Because the underlying motion papers incorporated exhibits or otherwise referenced materials designated as Confidential under this Court's Protective Order (Dkt. No. 28), certain filings were redacted on the public docket, pursuant to Defendants' sealing requests (Dkt Nos. 58, 65). Similarly, the Objections have been publicly filed in redacted form to protect these same materials, and Defendants respectfully request they remain under seal. Our office will be providing Chambers with unredacted courtesy copies of both the Objections and the underlying motion papers, and we will be providing opposing counsel with an unredacted copy of the Objections.

Additionally, we write pursuant to Rule III(D) of Your Honor's Individual Rules and Practice to request oral argument of Defendants' Objections to Magistrate Judge Gorenstein's Order.

Thank you for your consideration of this matter.

Sincerely,

*/s/ Douglas S. Heffer*
Douglas S. Heffer

DSH:eab

cc: Counsel for Windsor Securities, LLC (*via ECF*)

| | | | | |
|---|---|---|---|---|
| BOSTON | JACKSONVILLE | MILWAUKEE | SAN DIEGO | TAMPA |
| BRUSSELS | LOS ANGELES | NEW YORK | SAN FRANCISCO | TOKYO |
| CHICAGO | MADISON | ORLANDO | SILICON VALLEY | WASHINGTON, D.C. |
| DETROIT | MIAMI | SACRAMENTO | TALLAHASSEE | |

4829-1314-8751.1