

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY  10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3401
pwang@foley.com EMAIL

CLIENT/MATTER NUMBER
078208-0109

October 24, 2017

**Via ECF**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    *Windsor Securities, LLC v. Arent Fox, et al.*,
             Case No. 16-cv-01533 (GBD) (GWG)

Dear Magistrate Judge Gorenstein:

      Pursuant to 2(B) of Your Honor's Individual Rules of Practice, Defendants write to inform the Court that their Discovery Motion (Dkt. No. 88 and, hereinafter, the "Motion") has been fully briefed.  Defendants submitted their Reply in Support of the Motion via ECF today, October 24, 2017.

      Further, Defendants, respectfully, request oral argument on the Motion, according to Section 2(F) of Your Honor's Rules.

                          Respectfully submitted,

                          */s/ Peter N. Wang*
                          Peter N. Wang, Esq.

cc:    *Counsel for Windsor Securities, LLC*
       (via ECF)

| | | | | |
|---|---|---|---|---|
| BOSTON | JACKSONVILLE | MILWAUKEE | SAN DIEGO | TALLAHASSEE |
| BRUSSELS | LOS ANGELES | NEW YORK | SAN FRANCISCO | TAMPA |
| CHICAGO | MADISON | ORLANDO | SHANGHAI | TOKYO |
| DETROIT | MIAMI | SACRAMENTO | SILICON VALLEY | WASHINGTON, D.C. |

4834-8868-3337.1