

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY  10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

July 26, 2018

**Via ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:   *Windsor Securities, LLC v. Arent Fox, et al.*,
            Case No. 16-cv-01533 (GBD) (GWG)

Dear Magistrate Judge Gorenstein:

      On behalf of Arent Fox and Julius Rousseau III, we write in very brief reply to the letter filed by Windsor Securities, LLC ("Windsor") this morning.  (ECF No. 112).  That letter contains an important misstatement of fact; according to the letter, Windsor's expert (Sandra Stern) and Windsor "did not know how long Ms. Stern's deposition would last", and, therefore, the implication is that her preparation time was open-ended as she faced a lengthy deposition.  That is false.  In fact, it was Windsor's counsel who insisted that Ms. Stern's deposition be limited to a half day: her deposition was scheduled to begin at 9:00 a.m. and to conclude by no later than 1:00 p.m., at which time we were scheduled to depose Windsor's other expert, James Sinnott.  To suggest otherwise is badly misleading.  In light of that scheduling, which was done at Windsor's insistence, seeking reimbursement for preparation time of nearly 60 hours is all the more unreasonable.

      Respectfully submitted,

      */s/ Peter N. Wang*
      Peter N. Wang

Cc:  Alan Frank (via ECF)
     Samantha Millrood (via ECF)