# EXHIBIT "2"

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

WINDSOR SECURITIES, LLC

                        Plaintiff,        Case No.

       -against-                 16-cv-01533

ARENT FOX, LLP and JULIUS        (GBD)

ROUSSEAU, III,

                      Defendants.

-------------------------------------x

                    October 4, 2017

                    2:40 p.m.

       Continued deposition of WINDSOR SECURITIES, LLC by STEVEN PRUSKY, and STEVEN PRUSKY, individually, held at the offices of Foley & Lardner LLP, 90 Park Avenue, New York, New York, pursuant to Adjournment, before Mildred Cassese, a Registered Professional Reporter and Notary Public of the State of New York.

```
 1                         Prusky
 2          A.    I'm not sure that was my
 3    understanding.
 4                I'm not sure that was my
 5    understanding.  My understanding was somewhat
 6    different.
 7          Q.    Okay.  The panel did award you your
 8    principal and all -- and interest up to
 9    10 percent, which was the legal rate of interest,
10    correct?
11          A.    That's my best recollection.
12          Q.    And when you went into this deal to
13    begin with, what you were doing, as you testified
14    last time, was as a lending arrangement to get
15    your principal back, plus the interest, which at
16    the time you thought was 15 percent, but you came
17    to learn was capped at 10 percent, correct?
18          A.    That is correct.
19          Q.    And the panel awarded you that amount?
20          A.    That is correct.
21          Q.    And you and Mr. Rousseau discussed,
22    did you not, that, under those circumstances, you
23    really were the prevailing party and would be
24    entitled to make an application for your fees?
25          A.    I think we may be not disagreeing
```