# EXHIBIT "4"

# History & Recognition

## Industry Focused. Client Approved.

Arent Fox was founded in 1942 on a simple idea: high-quality legal counsel and personalized business advice could make all the difference. More than 75 years later, it's clear that the values of our founding partners laid the foundation for decades of success.



Founding Partners Al Arent and Henry Fox hold a partner meeting in 1952.

Today, with more than 400 attorneys, Arent Fox provides practical counsel and unique insight to a global roster of corporations, governments, and trade associations. And while we are proud to highlight our history of excellence, we always find ourselves looking forward.

Here's a sampling of our recent achievements.

PRESS RELEASE

### Human Rights Campaign Names Arent Fox a 'Best Place to Work'

NOVEMBER 10, 2017

Arent Fox LLP received a perfect score in a national benchmarking survey that tracks how well companies treat their LGBTQ employees. The firm is one of about 600 major US businesses to earn perfect marks in the 2018 workplace equality report on corporate policies and practices for LGBTQ workers.

PRESS RELEASE

## Arent Fox Trademark Team Once Again Named Among Nation's Best by World Trademark Review

FEBRUARY 5, 2018

PRESS RELEASE

## Fifty Arent Fox Attorneys Recognized Among Nation's Best by Legal 500 in 2018

MAY 30, 2018

PRESS RELEASE

## Chambers USA Ranks Thirty Attorneys Among Nation's Best

MAY 8, 2018

PRESS RELEASE

## Arent Fox Firmwide Managing Partner Cristina Carvalho Named Member of the Top 250 Women in IP List

APRIL 26, 2018

Case 1:16-cv-01533-GBD-GWG   Document 125-4   Filed 08/23/18   Page 4 of 4