FILED UNDER SEAL
PER COURT ORDER DATED 8/15/18
D.E. # 115

EXHIBIT "7"