EXHIBIT "20"

CONFIDENTIAL

# HERRICK

NEW YORK
NEWARK
PRINCETON

DAVID L. FOX
COUNSEL
Direct Tel:  212.592.5972
Direct Fax:  212.545.3479

Email: dfox@herrick.com

March 16, 2010

<u>VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED</u>

The Marcia G. Garcia Family Trust
c/o Anthony W. Imbimbo, CPA
3357 4th Avenue
San Diego, CA 92103

Marcia G. Garcia
964 Worthington Avenue
San Diego, CA 92114

Emily M. Garcia
964 Worthington Street
San Diego, CA 92114

Martha G. Garcia
964 Worthington Street
San Diego, CA 92114

Anthony W. Imbimbo
3357 4th Avenue
San Diego, CA 92103

Re: 1. Life Insurance Premium Financing Agreement Among Windsor Securities LLC ("Lender") and Anthony W. Imbimbo as the Trustee of The Martha G. Garcia Family Trust ("Trustee") and Martha G. Garcia ("Insured"), dated May 15, 2008, (the "Financing Agreement");
2. Security Agreement for Beneficiary Interest in Trust by and between Windsor Securities, LLC ("Lender") and Emily M. Garcia ("Beneficiary"), dated May 15, 2008, ("Security Agreement"); and
3. Assignment of Life Insurance Policy as Collateral by and between said Trustee as Owner and Lender as Assignee, dated May 15, 2008, ("the Assignment")

Dear Ms. Garcia and Mr. Imbimbo:

On November 2, 2009 we gave you notice by certified mail return receipt requested, at the above addresses that the above named Lender had declared you in default under the above Financing Agreement as a result of your failure to execute and deliver certain

HERRICK, FEINSTEIN LLP
A New York limited
liability partnership
including New York
professional corporations

2 PARK AVENUE, NEW YORK, NY 10016 • TEL 212.592.1400 • FAX 212.592.1500 • www.herrick.com
HF 5687308v.3 #99999/1000

PLAINTIFF 028710

The Marcia G. Garcia Family Trust
Marcia G. Garcia
Emily M. Garcia
Martha G. Garcia
Anthony W. Imbimbo
March 16, 2010
Page 2

assignments of insurance policies to Lender. A copy of that notice and the form of assignment is attached as Exhibit A. In that notice we also advised that you have 30 days to cure the default by executing and delivering an assignment in the form attached. We further advised you that in the event you choose not to cure the default, Lender intended to foreclose on the collateral described in the Financing Agreement and all the documents, instruments and agreements relating thereto.

Since that date, Mrs. Garcia has spoken to me via telephone and advised that she does not intend to make any effort to cure the default. In addition, Mr. Imbimbo on February 1, 2010 resigned as trustee, effective on March 3, 2010 and no successor trustee has been appointed, even though more than 30 days have elapsed. As a result, my client has no choice but to enforce its rights.

The collateral in which you granted Lender Security Interests is more fully described in the Security Agreement as: (a) The Beneficiary and Borrower's entire beneficial interests in the Trust, all instruments, certificates or other securities or investment property evidencing such beneficial interests and all proceeds thereof; and (b) the Beneficiary and Borrower's interests, if any, in and to the Policy and any related documents and security and the death benefit payable under the Policy and all proceeds thereof.

Under the Finance and Security Agreements above described (the "Agreements") and the California Uniform Commercial Code, ("UCC") Lender has the right to foreclose on the collateral and sell the same to the highest bidder. Alternatively, it is permitted under those Agreements and §9620 et. seq. of the UCC to retain the collateral in full satisfaction of the debt of the debtor. Because you have indicated that you have no interest in the collateral, Lender hereby proposes under §9621 of the UCC to retain the collateral in full satisfaction of the debt you owe. If you should consent, then, and, in such event, Lender will no longer have clams against you. To document your consent, the Lender asks you to sign and return the original of this letter where indicated below which by its terms consents to the Lender's proposal and transfers to the Lender all of your right, title and interest in the collateral. In doing so Lender asks that you consent to Lender's retention of the collateral pursuant to the agreements and § 9621. In addition, we enclose an Appointment of Trustee form for Emily M. Garcia to sign and return. In this form we ask Ms. Garcia to agree that Mr. Stephen Prusky of the Lender, Windsor Securities, LLC, be appointed trustee in place of Mr. Imbimbo. Your signing and returning the letter and this form will permit Windsor to effectuate the transfer of the polices and name new beneficiaries in accordance with the Agreement.

If you choose not to object to this proposal within 20 days from your receipt of this notification, then the Lender will be entitled to retain the collateral and treat it as Lender's

CONFIDENTIAL

HERRICK

The Marcia G. Garcia Family Trust
Marcia G. Garcia
Emily M. Garcia
Martha G. Garcia
Anthony W. Imbimbo
March 16, 2010
Page 3

property because under the law your failure to object permits the Lender to treat the collateral as having been transferred to Lender with all of your right, title and interest thereto. When that occurs the security interest and liens, if any, on the collateral will be discharged under the law and all subordinate interests will be terminated.

For your convenience we have attached copies of Sections 9620 to 9622 of the UCC, so that you will be fully aware of your rights under the statute. Please note that we have sent copies of this proposal to all lien holders and all those who may have any interest in the collateral. Please advise us immediately if you know of any person or entity that may be entitled to such notice. If we receive no objection, our client shall proceed to retain the collateral as its own property.

If you choose to sign and return the original of this letter and the Appointment of Trustee form this will greatly aid us in concluding these matters and enforcing our clients rights.

We have enclosed a prepaid self addressed Federal Express envelope for your use, together with copies of this letter and the Appointment of Trustee form for your files.

Thanks for your attention to these matters.

Very truly yours,

[signature]

Enclosures

cc: Steven G. Prusky, Managing Member, Windsor Securities LLC (w/o enclosures)

ACCEPTED AND AGREED

_____ 3/31/10
MARCIA G. GARCIA

_____ 3/3/10
EMILY M. GARCIA

CONFIDENTIAL

## Appointment of Trustee

I, Emily M. Garcia, Trustee of The Marcia G. Garcia Family Trust Irrevocable Trust Agreement, dated January 2, 2007, do hereby appoint Stephen Prusky of 25 East Athens Avenue, Ardmore, PA, as Trustee of The Marcia G. Family Trust IRREVOCABLE Trust Agreement dated January 2, 2007, said appointment to be effective March 26, 2010.

Dated: San Diego California
on the ___3___ day of March, 2010

*Emily M. Garcia* (signature)

Emily M. Garcia