# EXHIBIT "49"

Dee Wilk

**From:** Rousseau, Jule <Jule.Rousseau@arentfox.com>
**Sent:** Thursday, December 19, 2013 8:16 AM
**To:** 'mflwsl@comcast.net'
**Subject:** Re: Joe Aaron

Bear in mind a key point that I think you agree. If Barnes had not signed the COO you would have held a sale and purchased policy on credit bid. We didn't have to follow this course after he signed. Will add to brief today.

----- Original Message -----
From: Rousseau, Jule
Sent: Thursday, December 19, 2013 08:02 AM
To: 'mflwsl@comcast.net' <mflwsl@comcast.net>
Subject: Joe Aaron

You hear from him this week? Would be surprised if he quietly produces any docs. Maybe call him and ask, find out if he is free to testify if we need him and if he will talk to me.

Jule Rousseau
Arent Fox LLP
1675 Broadway
NYC 10019
212 484 3948 =

1



EXHIBIT
Rousseau
92
3-7-17