**EXHIBIT "50"**

**From:** Rousseau, Jule
**To:** Morris, Desiree M.; Mancuso, Peter G.
**Subject:** Fw: FW: Gregory Barnes as Trustee of V. Windsor Securities, LLC - Case 74-20-1300-0296
**Date:** Sunday, April 13, 2014 6:20:05 PM

Des

Need to search client docs for these names

Acker
Collins
Coppock.

---

**From:** sgp MFI [mailto:mfiwsl@comcast.net]
**Sent:** Sunday, April 13, 2014 05:58 PM
**To:** Rousseau, Jule
**Subject:** Re: FW: Gregory Barnes as Trustee of V. Windsor Securities, LLC - Case 74-20-1300-0296

and you have most of my files because the email chain I sent for bitter likely included most involving acker, Collins, etc

On April 13, 2014 4:55:14 PM EDT, "Rousseau, Jule" <Jule.Rousseau@arentfox.com> wrote:
> I need your files since we need to see how these were surrendered. Any email or ltr re the transfer.

---

**From:** sgp MFI [mailto:mfiwsl@comcast.net]
**Sent:** Sunday, April 13, 2014 03:44 PM
**To:** Rousseau, Jule; Mancuso, Peter G.
**Subject:** RE: FW: Gregory Barnes as Trustee of V. Windsor Securities, LLC - Case 74-20-1300-0296

right now the most important thing is protecting the other policies. one could die tomorrow and we'd have this to contend with. let's get that fixed asap!

On April 13, 2014 11:00:38 AM EDT, "Rousseau, Jule" <Jule.Rousseau@arentfox.com> wrote:
> Code also gives you this. To consider any other expenses you incurred:
>
>
> (1) Reasonable expenses, including the cost of insurance and
> payment of taxes or other charges, incurred in the custody,
> preservation, use, or operation of the collateral are chargeable to
> the debtor and are secured by the collateral.


EXHIBIT 60

JUDD 140437