# EXHIBIT "81"

Windsor Securities, LLC
25 East Athens Avenue
Ardmore, PA 19003

610-642-3100; 610-642-9709 (f)
mfiwsi@comcast

April 23, 2010

Robert S. Coppock
402 Ascot Court
Knoxville, TN 37923

Dear Mr. Coppock:

Please accept this letter as formal notification that pending our ownership of policy #VF51701030, we are releasing you from any future obligations of our financial agreement.

Sincerely,

Steven G. Prusky, Managing Member
Windsor Securities, LLC

FILE COPY

SGP:esh

enc.