# EXHIBIT "83"

November 12, 2014

rec'd 11/21/14

Windsor Securities, LLC
25 East Athens Avenue
Ardmore, PA 19003

Dear Mr. Prusky:

Please note that my mailing address has changed. Please see my updated address below.

I have obtained input from an attorney concerning the Trust's dealings with Windsor. It appears that the following occurred: (1) the Trust informed Windsor that it was not willing to repay the loan; (2) that event constituted a default by the Trust and Windsor was therefore entitled, under the Security Agreement, to have the Trust execute a change of ownership form that would allow Windsor to sell the policy in order to recover what it was owed; and (3) the Trust executed the change of ownership form with that understanding and for that reason.

I do not recall, and do not believe that there occurred any voluntary assignment of the policy in exchange for Windsor's agreement that the assignment of the policy would constitute a complete satisfaction and discharge of the loan. Nor, so far as I am aware, are there any communications or other documentation suggesting such an occurrence. Are you trying to claim that Windsor owns the policy, rather than being a secured lender with the right to sell the policy? If that is what you are claiming, the Trust strongly disagrees. I have been waiting to receive from Windsor a notice of sale so that I can make a determination as to whether the Trust and/or the Insured may wish to attend the sale and bid for the policy. I certainly hope you have not conducted such a sale without informing the Trust.

Sincerely yours,

Larry L. Davidson, Trustee
The Jane Ann Stamatov Family Insurance Trust
11019 Martindale Road
Westchester, IL 60154