# EXHIBIT "86"

Fax Server    3/28/2014 2:57:51 PM  PAGE   2/008   Fax Server
Case 1:16-cv-01533-GBD-GWG  Document 125-89  Filed 08/23/18  Page 2 of 7
Case3:15-cv-00080  Document1-4  Filed01/07/15  Page2 of 7

 **PHOENIX***   Phoenix Life Insurance Company (Phoenix)
PHL Variable Insurance Company (Phoenix)
Regular Mail: PO Box 8027, Boston MA 02266-8027
Overnight Mail: 30 Dan Rd., Suite 8027, Canton MA 02021-2809

**Designation of Owner**

Print and use black ink or type Information.

## Section 1 - Policy/Insured Information
Complete policy and Insured Information for an individual.

Policy/Contract Number(s)
**97524494**

| Insured Name(s) or Annuitant Name(s) | Date of Birth (mm/dd/yyyy) | Social Security Number |
|---|---|---|
| Jane Ann Stamatov | 09/08/1932 | 115- 24 -8276 |

| Street Address (include Apt. or Suite #) | City | State | ZIP Code |
|---|---|---|---|
| 27 Annadale St. | Armonk | NY | 10504 |

## Section 2 - Owner Change
Complete NEW Owner's Address and ONE Ownership Type section to change the owner. Use Section 4 – Additional Information for details.

**Owner's Address**    Complete NEW Owner's Address and residency.

| Street Address (include Apt. or Suite #) | City | State | ZIP Code |
|---|---|---|---|
| 25 EAST ATHENS AVENUE | ARDMORE | PA | 19003 |

Do any Owner(s) reside outside of the U.S.? ☐ Yes ☒ No  If "Yes", provide details.

**Ownership Type**    Check ONE of the following ownership types (A-G) to change the owner and complete the selected section. Upon completion of the checked section proceed to Section 3.

The ownership designation of each of the above numbered policies shall be changed so that the new owner shall be as shown below: Ownership rights shall be exercised by all primary owners, jointly, or survivors, while living and after their death by all contingent owners, jointly while living. The final owner shall become the owner after death of all other owners herein designated. (Please check and complete one subsection only. For sections C-G the new owner will also become the new Beneficiary). Use Section 4 – Additional Information for details.

I understand that if I reside in a community property or marital property state and have not named my spouse as the sole beneficiary, my spouse may need to consent to the non-spouse beneficiary designation. It is my responsibility to seek legal counsel with questions regarding this designation. Should spousal consent be required, the Company is not liable for any consequences resulting from my failure to obtain proper consent.

### ☐ A - Single Owner
Will the NEW Owner be the beneficiary? ☐ Yes ☐ No  (If "Yes", all previous beneficiary designations will be revoked. To name a beneficiary other than the owner and/or to name contingent beneficiaries please use form OL122).

| Primary Owner Name (First, Middle, Last) | Social Security No./Tax ID | Date of Birth (mm/dd/yyyy) | Relationship to Insured(s) |
|---|---|---|---|
| | | | |
| Contingent Owner Name (First, Middle, Last) | Social Security No./Tax ID | Date of Birth (mm/dd/yyyy) | Relationship to Insured(s) |
| | | | |

Final Owner: if nothing checked final owner shall be defined by the terms of the policy/contract. ☐ the Insured ☐ Estate of Survivor

### ☐ B - Multiple Owners
Will the NEW Owner(s) be the beneficiary? ☐ Yes ☐ No  (If "Yes", all previous beneficiary designations will be revoked. To name a beneficiary other than the owner and/or to name contingent beneficiaries please use form OL122).

| Co-Owner Name (First, Middle, Last) | Social Security No./Tax ID | Date of Birth (mm/dd/yyyy) | Relationship to Insured(s) |
|---|---|---|---|
| | | | |
| Co-Owner Name (First, Middle, Last) | Social Security No./Tax ID | Date of Birth (mm/dd/yyyy) | Relationship to Insured(s) |
| | | | |
| Co-Owner Name (First, Middle, Last) | Social Security No./Tax ID | Date of Birth (mm/dd/yyyy) | Relationship to Insured(s) |
| | | | |
| Co-Owner Name (First, Middle, Last) | Social Security No./Tax ID | Date of Birth (mm/dd/yyyy) | Relationship to Insured(s) |
| | | | |

Final Owner: if nothing checked final owner shall be defined by the terms of the policy/contract. ☐ the Insured ☐ Estate of Survivor

OL2346                                    2 of 5                                    P-9

JUDD 072260

Fax Server    3/28/2014 2:57:51 PM  PAGE   3/009   Fax Server
Case 1:16-cv-01533-GBD-GWG   Document 125-89   Filed 08/23/18   Page 3 of 7
Case3:15-cv-00080  Document1-4  Filed01/07/15  Page3 of 7

| ☐ C - Trust | Indicate name of Trust and Tax ID to be used for tax reporting purposes. Must complete Certification and Acknowledgement of Trust Agreement (OL4132). Use Section 4 – Additional Information for details. | | |
|---|---|---|---|
| Name(s) of Trust(s) | | Trust Tax ID | Trust Established (mm/dd/yyyy) |
| Name of Individual Trustee (First, Middle, Last) | | Social Security No./Tax ID | Date of Birth (mm/dd/yyyy) |
| Name of Individual Trustee (First, Middle, Last) | | Social Security No./Tax ID | Date of Birth (mm/dd/yyyy) |
| Name of Corporate Trustee | | Trust Tax ID | |

| Trust Beneficiary Name (First, Middle, Last) | Social Security No./Tax ID | Date of Birth (mm/dd/yyyy) | Relationship to Proposed Insured(s) |
|---|---|---|---|
| Trust Beneficiary Name (First, Middle, Last) | Social Security No./Tax ID | Date of Birth (mm/dd/yyyy) | Relationship to Proposed Insured(s) |
| Trust Beneficiary Name (First, Middle, Last) | Social Security No./Tax ID | Date of Birth (mm/dd/yyyy) | Relationship to Proposed Insured(s) |

| ☐ D - Partnership | List all partners and Tax ID used for tax reporting purposes. If there is a general partner, complete Partnership Authorization Form (OL4383). Use Section 4 – Additional Information for details. | |
|---|---|---|
| Name of Partnership | | Tax ID |
| Name(s) of All Partner(s) (First, Middle, Last) | | |
| Name(s) of All Partner(s) (First, Middle, Last) | | |
| Name(s) of All Partner(s) (First, Middle, Last) | | |
| Name(s) of All Partner(s) (First, Middle, Last) | | |

| ☒ E - Corporation | Provide name of Corporation and Tax ID for tax reporting purposes. Attach a Corporate Resolution Agreement. | | |
|---|---|---|---|
| Name of Corporation  Windsor Securities, LLC | Type of Corporation (check one)  ☐ C Corp    ☐ Close Corp  ☒ LLC    ☐ S Corp | Tax ID  20-3360800 | |
| Contact Name (First, Middle, Last)  Steven G. Prusky | | Work Phone #  (610) 642 - 8100 | |
| Is Corporate Resolution Agreement with authorization signatures attached? ................................................... ☒ Yes ☐ No | | | |

| ☐ F - Sole Proprietorship | | |
|---|---|---|
| Name of Sole Proprietor/Entity (First, Middle, Last) | Work Phone #  (   )   -- | Social Security No./Tax ID |

| ☐ G - Pension Plan | Provide name of Pension Plan and Tax ID for tax reporting purposes. Attach a Pension Plan Form (PT352). | |
|---|---|---|
| Name of Pension Plan | | Tax ID |
| Name of Trustee (First, Middle, Last) | | Work Phone #  (   )   -- -- |
| Has a Pension Plan form PT352 been completed and attached? ................................................... ☐ Yes ☐ No | | |

OL23-03                                    3 of 8                                    9/09

JUDD 072261

Fax Server          3/28/2014 2:57:51 PM  PAGE  4/009  Fax Server
Case 1:16-cv-01533-GBD-GWG  Document 125-89  Filed 08/23/18  Page 4 of 7
Case3:15-cv-00080  Document1-4  Filed01/07/15  Page4 of 7

I am aware that there may be tax consequences resulting from this transaction. Under penalty of perjury, I certify that my correct Social Security/ Tax Payer Identification number is shown on this form. (If Corporation indicate the name and title of the Officer).

## IMPORTANT INFORMATION ABOUT NEW CUSTOMER IDENTIFICATION PROCEDURES

The USA PATRIOT Act requires financial institutions to obtain, verify, and maintain information that identifies each person who opens a new account or is added to an existing account with the Company. To meet this Federal obligation the Company will ask individuals for their name, address, date of birth, including a driver's license or other government issued identification that will allow us to verify their identity. For certain entities, such as trusts, estates, corporations, partnerships, or other organizations, identifying documentation is also required. For both individuals and legal entities, the Company may include the use of third party sources to verify the information provided.

Complete Premium Payor Information below. Phoenix's records will be updated to ensure proper application of policy payments. This does not change existing EFT transactions.

## Section 3 - Premium Payment Information
Use Section 4 – Additional Information for details.

a. Premium Payor Name (print exactly as it will appear on all future wires and/ or checks)

WINDSOR SECURITIES, LLC

b. Payor Street Address (include Suite #)  |  City  |  State  ZIP Code

25 EAST ATHENS AVENUE    ARDMORE    PA   19003

c. Financial Institution payments will be received from (print full name)

VANGUARD

d. Check ONE of the following which best describes the relationship between the owner and Premium Payor name as identified above.

☐ Insured        ☒ Policy or Contract Owner      ☐ Spouse

☐ Child          ☐ Power of Attorney             ☐ Trustee (individual)

☐ Trustee (institutional)   ☐ Grantor            ☐ Premium Financing company

☐ Corporation (school, hospital, etc)

☐ Other (details) _____

e. Is the insured or Owner providing the source for funding premiums? ........................................ ☒ Yes ☐ No

If "Yes", check all sources of funding the premiums that apply:

☒ Current Income        ☐ Cash and Equivalents          ☐ Marketable Securities

☐ Non-Readily Marketable Securities   ☐ Retirement Accounts

☐ Other Assets (explain): _____

f. If "No", to question 3e, check the source for funding premiums and complete funding source information below:

☐ Premium Financing Program or Lender    ☐ Grantor of the trust (if other than the insured)

☐ Another individual and/or Entity, including a Trust or Policy Beneficiary, Spouse, Child, Power of Attorney

Name of Funding Source (Print Full Name) _____

Relationship to Insured/Owner _____

Street Address _____

(include Suite#, City, State and ZIP Code)

## Section 4 - Additional Information
Use space below for additional information and/or special requests.

JUDD 072262

Fax Server          3/28/2014 2:57:51 PM  PAGE  5/009    Fax Server
Case 1:16-cv-01533-GBD-GWG   Document 125-89   Filed 08/23/18   Page 5 of 7
Case3:15-cv-00080  Document1-4  Filed01/07/15  Page5 of 7

## Section 5 - CURRENT Signatures    If the CURRENT OWNER is an INDIVIDUAL, complete the following.

### CURRENT Individual Owner

| Current Owner (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
|---|---|---|---|---|
|  |  |  |  |  |
| Current Joint Owner (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
|  |  |  |  |  |

### CURRENT Non-Individual Owner    If the CURRENT OWNER is a NON-INDIVIDUAL, complete the following.

Full Name of Trust, Entity, Corporation or Other: The Jane Ann Stamatov Family Insurance Trust

Signing in the capacity as:  [X] Trustee  [ ] Partner

[ ] Officer _____   [ ] Other _____
(List corporate title)

| Name (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
|---|---|---|---|---|
| Larry L. Davidson | Gary L. Davidson  Lisa Patrullo  Trustee | | GA | 02/22/2010 |
| Name (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
|  |  |  |  |  |
| Name (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
|  |  |  |  |  |
| Name (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
|  |  |  |  |  |

## Section 6 - NEW Signatures

### NEW Owner    If the NEW OWNER is an INDIVIDUAL, complete the following.

| Current Owner (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
|---|---|---|---|---|
|  |  |  |  |  |
| Current Joint Owner (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
|  |  |  |  |  |

### NEW Non-Individual Owner    If the NEW OWNER is a NON-INDIVIDUAL, complete the following.

Full Name of Trust, Entity, Corporation: Windsor Securities LLC

Signing in the capacity as:  [ ] Trustee  [ ] Partner

[X] Officer  Managing Member  [ ] Other _____
(List corporate title)

| Name (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
|---|---|---|---|---|
| STEVEN G. PROSHY | Steven | | PA | 02/25/2010 |
| Name (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
|  |  |  |  |  |
| Name (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
|  |  |  |  |  |
| Name (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
|  |  |  |  |  |

JUDD 072263

Fax Server 9/29/2014 2:57:51 PM PAGE 7/008 Fax Server
Case 1:16-cv-01533-GBD-GWG Document 125-89 Filed 08/23/18 Page 6 of 7
Case3:15-cv-00080 Document1-4 Filed01/07/15 Page6 of 7

# CORPORATE RESOLUTION

I, the undersigned, Steven G. Prusky, a Member of Windsor Securities, LLC, a limited liability company organized and existing under the laws of the State of Nevada, do hereby certify that, at a meeting of the Members of said organization, held the 1ˢᵗ day of January, 2008, at which a quorum was present, the following resolutions were unanimously authorized, adopted, and recorded according to governing documents of said organization and are in full force and effect, to wit:

"BE IT RESOLVED that the following person(s), whose official capacity with said organization and signature(s) is set forth opposite his/her name, is/are authorized to establish and maintain accounts and thereafter to obligate the organization with respect to the purchase, sale, transfer, exchange and, in general the trading of any and all securities, without limitation, on such terms and conditions as such authorized officer may deem it to be in the best interest of this organization; and

| Name(s) | Title (s) | Signature (s) |
|---|---|---|
| Steven G. Prusky | Member | |
| Paul M. Prusky | Member | |
| | | |

BE IT FURTHER RESOLVED that said person(s) is/are authorized on behalf of the organization to sign any necessary documentation; to give written or oral instructions with respect to said transactions; to obligate the organization for the carrying out of any contract, arrangement, or transaction; to pay by case, checks and/or drafts such sums as may be necessary in connection with said accounts; to deliver securities to you or your agent, to order delivery thereof to any person, and/or to order the transfer record of securities to any name; to affix the organizational seal to legal documents; to endorse securities and/ or contracts in order to title thereto; to direct you to surrender securities to the proper agent for the purpose of effecting an exchange; to accept delivery of securities; and generally to take all actions considered desirable and necessary in connection with the accounts; and

BE IT FURTHER RESOLVED that the forgoing authorized powers and signatory(s) shall continue in full force and effect until revoked or modified by the Board of Directors, Trustees or Partners of said organization and written notice thereof is received by you, such notice setting forth a resolution adopted to effect said revocation or modification and authorizing the new signatory(s) and/or person(s) authorized to obligate the organization in securities transactions; provided that such notice shall not be effective prior to receipt thereof, and you are hereby authorized to rely upon the last certified resolution held by you, including specimen signature(s). Further, that the receipt of such notice in no way

JUDD 072264

cancels, modifies or otherwise amends any contracts, agreements or transactions between said organization and you already in effect prior to the date of receipt of said notice."

IN WITNESS WHEREOF, the undersigned has affixed his/her signature this 1st day of January, 2008.  The LLC has no seal.

_____
Member

_____
Member

JUDD  072265