# EXHIBIT "95"

Fax Server 7/28/2011 11:50:54 AM PAGE 3/004 Fax Server
Case 1:16-cv-01533-GBD-GWG Document 125-38 Filed 08/23/18 Page 2 of 2
Case 3:15-cv-00080 Document 1-5 Filed 01/07/15 Page 4 of 6



P.O. Box 8027
Boston, MA 02266-0827

**Statement of Values**
97524494
Date Prepared: July 28, 2011

## Relationship Details

| Name | Role |
|---|---|
| WINDSOR SECURITIES LLC | PRIMARY BENEFICIARY |
| JANE ANN STAMATOV | INSURED |
| WINDSOR SECURITIES LLC | OWNER |
| WINDSOR SECURITIES LLC | PAYOR |

## Mailing Addresses

| Name/Address | Role |
|---|---|
| JANE ANN STAMATOV<br>27 ANNADALE ST<br>ARMONK, NY 10504-1402 | INSURED |
| WINDSOR SECURITIES LLC<br>25 E ATHENS AVE<br>ARDMORE, PA 19003-2229 | OWNER/PAYR |
| WINDSOR SECURITIES LLC<br>25 E ATHENS AVE<br>ARDMORE, PA 19003-2229 | ALT ADDR 1 |

## Account Values

| Account Name | Current Premium Allocation | % of Total Account Value | Units | Unit Value | Interest Rate | Total Account Value |
|---|---|---|---|---|---|---|
| Interest Account | 100.0% | 100.0% | n/a | n/a | 4.65% | $83,963.12 |

## Death Benefit

**Insured** JANE ANN STAMATOV

| | |
|---|---|
| **Gross Death Benefit:** | $ 2,000,000.00 |
| **Net Death Benefit:** | $ 2,000,000.00 |

## Policy Value

| | |
|---|---|
| Total Account Value: | $ 83,963.12 |
| Surrender Charge: | - $ 98,509.11 |
| Net Surrender Value: | $ 0.00 |

Loan Interest Rate: 6.0%

## Riders

| Type | Insured/Annuitant | Coverage Amount | Expiration Date | Policy Level Maximum |
|---|---|---|---|---|
| GUARANTEED DEATH BENEFIT LIFE PLAN OPTION | | | 01/28/2013 | |

*This statement indicates the value of this contract as of the date specified. Should anyone suggest that you cancel or replace this policy, we recommend that you contact your advisor or Phoenix's Client Service Department.*
*For your convenience, current Statements of Value are now available on www.PhoenixWM.com.*

2

JUDD 072270

EXHIBIT D-003