# EXHIBIT "106"

1

2

3

4                                   UNITED STATES DISTRICT COURT

5                                 NORTHERN DISTRICT OF CALIFORNIA

6

7    WINDSOR SECURITIES, LLC,                      Case No.  15-cv-00075-WHO
            Plaintiff,
8                                                  **ORDER OF DISMISSAL UPON
            v.                                     SETTLEMENT**
9
     THE ROBERT S. COPPOCK                         Re: Dkt. No. 37
10   IRREVOCABLE LIFE INSURANCE
     TRUST, et al.,
11
            Defendants.
12

13          The parties to the action, by and through their counsel, have advised the Court that they have

14   agreed to a settlement.

15          IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings

16   scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court,

17   with proper notice to opposing counsel within thirty (30) days from the date below, that settlement has

18   not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for

19
     further proceedings. **IT IS SO ORDERED.**
20

21   Dated: January 14, 2016

22

23                                                 WILLIAM H. ORRICK
                                                   United States District Judge
24

25

26

27

28

United States District Court
Northern District of California

JUDD 072047