Peter N. Wang
Douglas S. Heffer
Adam G. Pence
Foley & Lardner LLP
90 Park Avenue
New York, New York  10016-1314
Tel:  (212) 682-7474
Fax:  (212) 682-2329

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

WINDSOR SECURITIES, LLC,

Plaintiff,

-against-

ARENT FOX, LLP and JULIUS
ROUSSEAU, III,

Defendants.

Case No.  16-cv-01533 (GBD) (GWG)

**ORAL ARGUMENT REQUESTED**

## NOTICE OF MOTION

TO:   Alan L. Frank, Esq.
      Samantha A. Millrood, Esq.
      ALAN L. FRANK
      LAW ASSOCIATES, P.C.
      135 Old York Road
      Jenkintown, PA 19046
      Phone: (215) 935-1000
      Fax: (215) 935-1110

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support

of the Motion for Partial Summary Judgment, the Rule 56.1 Statement of Facts, the Declarations

of Peter N. Wang, Julius Rousseau, III, and all the exhibits thereto, and all prior pleadings and

proceedings had herein, Defendants Arent Fox, LLP ("Arent Fox") and Julius Rousseau, III

(collectively, with Arent Fox, "Defendants"), will move this Court, before the Honorable George

B. Daniels, United States District Judge, at the United States Courthouse, Courtroom 11A, 500

Pearl Street, New York, New York 10007, at a time to be determined by the Court, pursuant to

Rule 56 of the Federal Rules of Civil Procedure, for an Order granting partial summary judgment

in favor of Defendants and 1) dismissing portions of the complaint filed by Plaintiff Windsor

Securities, LLC ("Windsor"), as set forth in the accompanying Memorandum of Law, (2)

directing Windsor to pay Defendants' outstanding costs and legal fees, and (3) awarding

Defendants any such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the schedule set by the Court,

answering papers, if any, shall be served and filed no later than September 11, 2018, and reply

papers, if any, shall be served and filed no later than September 25, 2018.

PLEASE TAKE FURTHER NOTICE that Defendants request oral argument on this

Motion.

Dated: New York, New York
      August 13, 2018

Respectfully submitted,

FOLEY & LARDNER LLP

By: _____
    Peter N. Wang (PW 9216)
    Douglas S. Heffer (DH 6082)
    Adam G. Pence (AP 8621)
    90 Park Avenue
    New York, New York 10016
    Tel: (212) 682-7474
    Fax: (212) 687-2329
    pwang@foley.com
    dheffer@foley.com
    apence@foley.com

*Attorneys for Defendants*
*Arent Fox, LLP and Julius Rousseau, III*