# EXHIBIT 11

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **WINDSOR SECURITIES, LLC** | : | |
| | : | **Civil Action No. 16-cv-01533 (GBD)** |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | |
| **ARENT FOX, LLP** | : | |
| **and** | : | |
| **JULIUS ROUSSEAU, III, ESQUIRE** | : | |
| | : | |
| **Defendants** | : | **JURY TRIAL DEMANDED** |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Plaintiff Windsor Securities, LLC, by and through its undersigned counsel, Alan L. Frank

Law Associates, P.C., hereby respond to the First Set of Interrogatories of Defendants Arent Fox

LLP ("Arent Fox") and Julius Rousseau, III ("Rousseau", and, collectively, with Arent Fox,

"Defendants"), as follows:

All responses provided herein are made without waiving and, on the contrary, with

preserving:

1.      All questions as to competency, relevancy, materiality, privilege and admissibility
of evidence, for any purpose, in any subsequent proceeding or the trial of this or any other
actions;

2.      The right to object on any ground, at any time, to a demand for further response to
this or any other request for production or discovery procedures involving or relating to the
subject matter of this Request for Production;

3.      The right to further supplement and/or amend these responses based upon the
discovery of additional information or documents;

4.      The right to object to the use of any documents or evidence by Defendants or any
other party in any subsequent proceedings, or the trial of this or any other action, on any ground;

5.      The attorney-client, work-product and expert privileges and, accordingly, any subsequent response or production should not constitute a waiver of said privilege(s);

6.      Plaintiffs also incorporate herein by reference all pleadings and responses to discovery filed and served by it in this action.

## I.   **GENERAL OBJECTIONS:**

1.      Plaintiffs object to each of Defendant's Discovery Requests to the extent it seeks:

      a.      Attorney - Work Product;

      b.      Privileged information, including but not limited to, information or documents which are subject to the attorney-client privilege;

      c.      Trade secrets and other confidential and/or proprietary information;

      d.      Documents and tangible things prepared in anticipation of litigation by Plaintiffs, Plaintiffs' attorneys, agents, or representatives; or

      e.      Information or documents otherwise not discoverable under the Federal Rules of Civil Procedure.

2.      Plaintiffs object to each of Defendants' discovery requests to the extent that the information sought is not relevant to the subject matter involved in this litigation nor reasonably calculated to lead to discovery of admissible evidence.

3.      Plaintiffs object to each discovery request to the extent that it is overly broad, unduly burdensome, intentionally harassing and oppressive and seeks information which is within the knowledge, control and/or custody of the Defendants.

4.      Plaintiffs object generally to each discovery request to the extent that it is brought in bad faith with the intent to cause unreasonable annoyance, embarrassment, oppression, burden and expense to Plaintiffs.

## II.     RESERVATION OF RIGHT TO SUPPLEMENT:

Plaintiffs are providing these responses and objections to Defendants' discovery requests. These responses and objections are made while discovery is ongoing. Plaintiff specifically reserves the right to supplement its responses and objections from time to time as material additions and/or changes occur.

## III.     RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

1.     State with specificity all damages You claim to have suffered based on Defendants' purported legal malpractice, as described in the Complaint, how You calculated those damages, and identify all persons with knowledge of those facts and all documents relating to those facts.

**ANSWER:**     Objection. Plaintiff objects to this request to the extent it seeks privileged information, including but not limited to, information which is subject to the attorney-client privilege and/or work-product doctrine. Without waiving these objections, and by way of further answer, Plaintiff's damages to date are as follows:

## 1.     BITTER

| | |
|---|---|
| Death Benefit under the Bitter Policy- | $2,000,000 |
| Amount Available under the policy because of interest- | $2,030,904.11 |
| Amount Paid to Insurer for Interpleader Attorneys fees - | $17,500 |
| Settlement - Windsor received | $650,000 |

Amount lost under the policy because of contest of entitlement to death benefits-  $1,380,904.11

Estimated Legal Fees/Costs Damages Associated with Bitter Action(s)     $457,928.08

(includes fees paid to Arent Fox and Welch Thompson and the Antonino Firms and costs)

3

2.      **ACKER**

Death Benefit under the Acker Policy-                          $1,000,000

Amount Available under the policy because of interest-          $1,135,928.80

Amount Paid to Insurer for Interpleader Attorneys fees -        $15,103

Settlement - Windsor received                                  $720,648.34

Amount lost under the policy because of contest of entitlement to death benefits-  $415,280.46

Estimated Legal Fees/Costs Damages Associated with the Acker Action          $226,380.16

(includes fees paid to Arent Fox and Welch Thompson and the Antonino Firms and costs)

3.      **COLLINS**

Death Benefit under the Collins Policy-                        $2,000,000

Amount Available under the policy because of interest-         $2,018,739.73

Amount Paid to Insurer for Interpleader Attorneys fees -       $14,000

Settlement - Windsor received                                 $816,334.54

Amount lost under the policy because of contest of entitlement to death benefits-  $1,202,405.19

Estimated Legal Fees/Costs Damages Associated with the Collins Action         $200,579.05

(includes fees paid to Arent Fox and Welch Thompson and the Antonino Firms and costs)

4.      **COPPOCK** (still alive no entitlement to death benefits until death of insured)

Death Benefit under Coppock policy                            $1,000,000

settlement paid to Coppock -                                 $12,000

Amount lost under the policy because of contest of entitlement to death benefits   $12,000

Estimated Legal Fees/Costs Damages Associated with the Coppock Action          $151,416.44

(includes fees paid to Arent Fox and Welch Thompson and the Antonino Firms and costs)

4

5.      **STAMATOV** (still alive no entitlement to death benefits until death of insured)

      Death Benefit under Stamatov policy -                    $2,000,000

      settlement paid to Stamatov -                       $12,000

Amount lost under the policy because of contest of entitlement to death benefits   $12,000

Estimated Legal Fees/Costs Damages Associated with the Collins Action      $36,915.59

(includes fees paid to Arent Fox and Welch Thompson and the Antonino Firms and costs)

6.      **ARENT FOX FEES PAID BY WINDSOR** relating to premium financing $112,776.85

7.      **HERRICK FEES PAID BY WINDSOR** relating to premium financing   $144,168.11

8.      **LEGAL FEES/COSTS FOR THE HATHAWAY MATTER** - to be determined

9.      **LEGAL FEES/COSTS FOR THE COHEN MATTER** - to be determined

10.     **LEGAL FEES/COSTS FOR THIS MATTER** (paid to various law firms including Alan L. Frank Law Associates, the Antonino Firm, and Welch Thompson)  - to be determined

11.     **INTEREST**- To be determined

The statutory rate for prejudgment interest is 9% per annum. N.Y.C.P.L.R § 5004. Therefore, Plaintiff will be seeking interest from the date each of the above trusts defaulted on their premium finance loan.

See attached memorandums which identify how the damages were calculated. By way of further answer, the above calculations are based on Windsor's allocation of attorney bills and fees paid by firm and client matter and were done by Mr. Prusky to the best of his knowledge, information and belief. Windsor specifically reserves the right to supplement/amend the

calculations/allocations to the extent needed based on additional information and/or analysis. The calculations are estimates based on invoices paid to date.

Further, attorney time, fees and costs continue to be incurred in this action as well as in other premium finance matters in which Arent Fox, LLP an Jule Rousseau, Esquire represented Windsor. For that reason, Windsor specifically reserves the right to supplement/amend the foregoing damages calculations/allocations to include these yet to be incurred fees and costs.

The persons with knowledge of Plaintiff's damages are Steven Prusky, Jule Rousseau, Darin Judd, Esquire, Lauren Antonino, Esquire, the Trustees for the Bitter Trust, the Collins Trust, the Coppock Trust, the Acker, Trust, and the Stamatov Trust, and counsel for those Trust, Joe Wood, Esquire and the Designees of Arent Fox, LLP, Herrick Feinstein LLP, Thompson Welch Soroko & Gilbert LLP, and the Antonino Firm, LLC.

Plaintiff is providing these responses and objections to Defendants' discovery requests. while discovery is ongoing and while Plaintiff continues to incur legal fees and costs which are an element of Plaintiff's damages. Therefore Plaintiff specifically reserves the right to supplement its response to this interrogatory as material additions and/or changes occur.

2.     State with specificity what steps You took to mitigate those purported damages, and identify all persons with knowledge of those facts and all documents relating to those facts.

**ANSWER:**     Objection. Plaintiff objects to this request to the extent it seeks privileged information, including but not limited to, information or documents which are subject to the attorney-client privilege and/or work-product doctrine, and seeks information which in the possession of the Defendants. Without waiving these objections, and by way of further answer,

6

and as explained more fully in Plaintiff's Complaint, Plaintiff first litigated its rights and entitlement to the death benefits under each of the Policies (Bitter, Acker, Collins, Coppock and Stamatov). However, following the adverse rulings in the Bitter, Acker, and Collins Actions, described in detail in Plaintiff's Complaint, and to avoid, minimize, or reduce the damage caused by the Defendants' acts and omissions, Windsor entered into settlement agreements in each of the Bitter, Acker, Collins, Coppock and Stamatov Actions. Each of these Settlement Agreements is being produced herewith. The persons with knowledge of Plaintiff's efforts to mitigate are Steven Prusky, Darin Judd, Esquire, Lauren Antonino, Esquire, the Trustees for the Bitter Trust, the Collins Trust, the Coppock Trust, the Acker Trust, and the Stamatov Trust, and counsel for those Trusts, Joe Wood, Esquire.

**ALAN L. FRANK LAW ASSOCIATES, P.C.**

BY: _____

ALAN L. FRANK, ESQUIRE
Attorney ID. # 34414
SAMANTHA A. MILLROOD, ESQUIRE
Attorney ID. # 84700
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
215-935-1000 - phone
215-935-1110 - fax
E-mail: afrank@alflaw.net

Attorney for Plaintiff Windsor Securities, LLC

DATED: July 11, 2016

7

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WINDSOR SECURITIES, LLC** | : |
| | : **Civil Action No. 16-cv-01533 (GBD)** |
| **Plaintiff** | : |
| | : |
| **v.** | : |
| | : |
| **ARENT FOX, LLP** | : |
| **and** | : |
| **JULIUS ROUSSEAU, III, ESQUIRE** | : **CERTIFICATE OF SERVICE** |
| | : |
| **Defendants** | : **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2016, a copy of Plaintiffs' Response to Defendants' First Set of Interrogatories with attachments were sent via UPS Overnight Mail and Email to the following:

Peter N. Wang, Esquire
Douglas S. Heffer, Esquire
Adam Gregory Pence, Esquire
Foley & Lardner LLP
90 Park Avenue
New York, New York, 10016
pwang@foley.com
dheffer@foley.com
apence@foley.com

ALAN L. FRANK LAW ASSOCIATES, P.C.

Alan L. Frank, Esquire
Samantha A. Millrood, Esquire
(Admitted *pro hac vice*)

1601 Gravesend Neck Rd., Suite 903
Brooklyn, NY 11229
T: 215.935.1000/F: 215.935.1110
E-mail: afrank@alflaw.net
And
135 Old York Road
Jenkintown, PA 19046
T: 215.935.1000/F: 215.935.1110
E-mail: afrank@alflaw.net
Attorneys for Plaintiff Windsor Securities, LLC

Dated: July 11, 2016

DAMAGES FOR WINDSOR V. ARENT FOX

## 1. BITTER

Death Benefit under the Bitter Policy- $2,000,000
Amount Available under the policy because of interest-$2,030,904.11
Amount Paid to Insurer for Interpleader Attorneys fees -$17,500
Settlement - Windsor received $650,000

Amount lost under the policy because of contest of entitlement to death benefits- $1,380,904.11

## 2. ACKER

Death Benefit under the Bitter Policy- $1,000,000
Amount Available under the policy because of interest-$1,135,928.80
Amount Paid to Insurer for Interpleader Attorneys fees -$15,103
Settlement - Windsor received $720,648.34

Amount lost under the policy because of contest of entitlement to death benefits- $415,280.46

## 3. COLLINS

Death Benefit under the Bitter Policy- $2,000,000
Amount Available under the policy because of interest-$2,018,739.73
Amount Paid to Insurer for Interpleader Attorneys fees -$14,000
Settlement - Windsor received $816,334.54

Amount lost under the policy because of contest of entitlement to death benefits- $1,202,405.19

**4.    COPPOCK** (still alive no entitlement to death benefits until death of insured)
Death Benefit under policy - $1,000,000
settlement paid to Coppock - $12,000

**5.    STAMATOV** (still alive no entitlement to death benefits until death of insured)

Death Benefit under policy - $2,000,000
settlement paid to Coppock - $12,000

The statutory rate for prejudgment interest is 9% per annum. N.Y.C.P.L.R § 5004. Therefore, Plaintiff will be seeking interest from the date each of the above trusts defaulted on the premium finance loan.

# BITTER (this includes the arb and the Carol Bitter action)

Arent Fox Fees                             $2243.00
                                           $38500.00
                                           $19000.00
                                           $29000.00
                                           $29000.00
                                           $4200.00
                                           $17370.00
                                           $65000.00
                                           $61700.00

TOTAL ARENT FOX FEES PAID IN BITTER         $266,013.00

Thompson Welch fees                        $5392.95
                                           $712.00
                                           $30,330
                                           $18066

TOTAL THOMPSON WELCH FEES PAID IN BITTER    $54,500.95

Antonino Firm fees

TOTAL ANTONINO FIM FEES PAID IN BITTER      $5800.00


Costs
Vital records                              $25
AAA                                        $7750
                                           $27895
                                           $15000
                                           $15000
                                           $24450
                                           $23250
Richard Brown                              $5000
Jane Rose Court Reporting                  $3901.40
                                           $250
                                           $1816.25
                                           $3127.75
                                           $2848.25
Sun Life Insurance                         $250
Attison Baker                              $703.48
Digital One                                $327
Bart Hillbrae                              $20

TOTAL COSTS PAID IN BITTER                  $131,614.13

FEES/COSTS DAMAGES ASSOCIATED WITH BITTER ACTION    $457,928.08

## STAMATOV

Thompson Welch fees

$680.28
$3560
$5900
$400
$4000
$4310

TOTAL THOMPSON WELCH FEES PAID IN STAMATOV          $18,850.28

Antonino Firm fees

$530
$394
$118
$2282
$1090
$566
$3091
$600
$320
$1202
$709
$250
$745.81
$704
$250

TOTAL ANTONINO FIRM FEES PAID IN STAMATOV          $12,851.81

Costs
Offit Kurman          $5231.50

TOTAL COSTS PAID in STAMATOV          $5213.50

FEES/COSTS DAMAGES ASSOCIATED WITH STAMATOV ACTION          $36,915.59

# COPPOCK

| | | |
|---|---|---|
| Thompson Welch fees | $1920.34 | |
| | $3750 | |
| | $7500 | |
| | $500 | |
| | $96402 | |
| | $1400 | |
| | $8000 | |

TOTAL THOMPSON WELCH FEES PAID IN COPPOCK            $119,472.34

| | | |
|---|---|---|
| Antonino Firm Fees | $830 | |
| | $221 | |
| | $1305 | |
| | $118 | |
| | $3410 | |
| | $906 | |
| | $4957 | |
| | $3325 | |
| | $1000 | |
| | $900 | |
| | $2361 | |
| | $7723 | |
| | $1160 | |
| | $540 | |
| | $207 | |
| | $585 | |

TOTAL ANTONINO FIRM FEES PAID IN COPPOCK            $31,548.00

| | |
|---|---|
| Costs | |
| flights | $396.10 |

TOTAL COSTS PAID IN COPPOCK            $396.10

FEES/COSTS DAMAGES ASSOCIATED WITH COPPOCK ACTION            $151,416.44

# COLLINS

| | | |
|---|---|---|
| Thompson Welch fees | $7627.50 | |
| | $3135.25 | |
| | $12775 | |
| | $27000 | |
| | $11000 | |
| | $8850 | |
| | $30000 | |
| **TOTAL THOMPSON WELCH FEES PAID in COLLINS** | | **$100,387.75** |
| Antonino Firm LLC | $5365.50 | |
| | $3592 | |
| | $2950 | |
| | $7746 | |
| | $5060 | |
| | $1458 | |
| | $1071 | |
| | $2679 | |
| | $9700 | |
| | $10228 | |
| | $5637 | |
| | $10200 | |
| | $3410 | |
| | $5100 | |
| | $1996 | |
| | $7817 | |
| | $6660 | |
| | $1500 | |
| | $1320 | |
| | $4530 | |
| | $993 | |
| **TOTAL ANTONINO FIRM FEES PAID in COLLINS** | | **$99,012.50** |
| Costs | | |
| IT Acceleration | $258.48 | |
| Flights | $228.60 | |
| | $454.10 | |
| | $15 | |
| | $227.05 | |
| | $27 | |
| | $227.05 | |
| **TOTAL COSTS PAID in COLLINS** | | **$1,178.80** |
| **FEES/COSTS DAMAGES ASSOCIATED WITH COLLINS ACTION** | | **$200,579.05** |

# ACKER

| | | |
|---|---|---|
| Thompson Welch fees | $18600 | |
| | $475 | |
| | $14155 | |
| | $20000 | |
| | $10000 | |
| | $10800 | |
| | $18000 | |
| TOTAL THOMPSON WELCH FEES PAID IN ACKER | | $92,030.00 |

| | | |
|---|---|---|
| Antonino Firm LLC | $5000 | |
| | $5813 | |
| | $4360 | |
| | $2870 | |
| | $7359 | |
| | $5290 | |
| | $1418 | |
| | $1071 | |
| | $2679 | |
| | $10800 | |
| | $13300 | |
| | $5646 | |
| | $10100 | |
| | $2330 | |
| | $5100 | |
| | $2241 | |
| | $7817 | |
| | $6201 | |
| | $450 | |
| | $1280 | |
| | $4260 | |
| | $1320 | |
| | $7310 | |
| TOTAL ANTONIO FIRM FEES IN ACKER | | $114,005.00 |

| | | |
|---|---|---|
| Costs | | |
| Technical Resource center | $3500 | |
| Flights | $19 | |
| | $29 | |
| | $227.05 | |
| | $369.27 | |
| Hotels | $360.42 | |
| | $360.42 | |
| JAMS | $3330 | |
| Karen Canoff, Esq | $12150 | |
| TOTAL COSTS IN ACKER | | $20,345.16 |
| FEES/COSTS DAMAGES ASSOCIATED WITH STAMATOV ACTION | | $226,380.16 |

ARENT FOX FEES PAID BY WINDSOR relating to premium financing    $112,776.85

HERRICK FEES PAID BY WINDSOR relating to premium financing    $144,168.11

6/30/2016

Account transactions
All accounts

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| **Month Ending 9/30/2014** | | | | | |
| 1383 | 9/1/2014 | The Antonino Firm | 8/27/14; applied to report ... | LLC : Legal - Acker | (5,000.00) |
| | Total Month Ending 9/30/2014 | | | | (5,000.00) |
| **Month Ending 10/31/2014** | | | | | |
| 1397 | 10/22/2014 | The Antonino Firm | apply $5k from retrainer | LLC : Legal - Acker | (5,813.00) |
| 1398 | 10/28/2014 | Thompson, Welch, Soroko & Gilber | 10/20/14; bitter, collins, a.... | LLC : Legal - Acker | (18,600.00) |
| | Total Month Ending 10/31/2014 | | | | (24,413.00) |
| **Month Ending 12/31/2014** | | | | | |
| 1406 | 12/5/2014 | The Antonino Firm | 12/1/14; replace #1401 (1... | LLC : Legal - Acker | (4,360.00) |
| 1408 | 12/11/2014 | The Antonino Firm | 12/11/14 was #7619 ... | LLC : Legal - Acker | (2,870.00) |
| 1401 | 12/15/2014 | The Antonino Firm | 11/6/14; was $9202; LOST | LLC : Legal - Acker | 0.00 |
| | Total Month Ending 12/31/2014 | | | | (7,230.00) |
| **Month Ending 1/31/2015** | | | | | |
| 1414 | 1/27/2015 | The Antonino Firm | 1/16/15; december  Bitter,.... | LLC : Legal - Acker | (7,359.00) |
| | Total Month Ending 1/31/2015 | | | | (7,359.00) |
| **Month Ending 3/31/2015** | | | | | |
| 1418 | 3/26/2015 | The Antonino Firm | | LLC : Legal - Acker | (5,290.00) |
| 1423 | 3/26/2015 | The Antonino Firm | 3/3/15 | LLC : Legal - Acker | (1,418.00) |
| 1423 | 3/26/2015 | The Antonino Firm | 1/3 of time on houchins | LLC : Legal - Acker | (1,071.00) |
| | Total Month Ending 3/31/2015 | | | | (7,779.00) |
| **Month Ending 4/30/2015** | | | | | |
| 1431 | 4/14/2015 | Thompson, Welch, Soroko & Gilber | 4/8/15 Acker | LLC : Legal - Acker | (475.00) |
| 1438 | 4/21/2015 | The Antonino Firm | 4/1  4/15 | LLC : Legal - Acker | (2,679.00) |
| | Total Month Ending 4/30/2015 | | | | (3,154.00) |
| **Month Ending 5/31/2015** | | | | | |
| 1472 | 5/27/2015 | The Antonino Firm | 5/19/15 through 5/8/15 | LLC : Legal - Acker | (10,800.00) |
| 1475 | 5/27/2015 | Thompson, Welch, Soroko & Gilber | 5/18/15; Acker | LLC : Legal - Acker | (14,155.00) |
| | Total Month Ending 5/31/2015 | | | | (24,955.00) |
| **Month Ending 6/30/2015** | | | | | |
| 1482 | 6/10/2015 | Technical Resource Center | 6/9/15 | | (3,500.00) |
| 1485 | 6/25/2015 | The Antonino Firm | 6/17/15 | | (13,300.00) |
| 1487 | 6/25/2015 | Thompson, Welch, Soroko & Gilber | 6/17/15 | | (20,000.00) |
| | Total Month Ending 6/30/2015 | | | | (36,800.00) |

Account transactions
All accounts

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| **Month Ending 7/31/2015** | | | | | |
| | 7/10/2015 | DELTA AIR LINES ATLANTA | flights to atlanta | LLC : Legal - Acker | (19.00) |
| | 7/14/2015 | US AIRWAYS PHOENIX | flights to Phoenix Judd | LLC : Legal - Acker | (29.00) |
| | 7/14/2015 | AA AIR TICKET SALE 4DALLAS | flights to Knoxville Antonino | LLC : Legal - Acker | (227.05) |
| | 7/15/2015 | GOGOAIR.COM 877-350-003 | internet | LLC : Legal - Acker | (8.95) |
| | 7/15/2015 | AA AIR TICKET SALE 4DALLAS | flights to knoxville Antonino | LLC : Legal - Acker | (369.27) |
| | 7/15/2015 | ST. CECILIA ATLANTA | Habersham | LLC : Legal - Acker | (227.05) |
| 1496 | 7/17/2015 | The Antonino Firm | 7/11/15 | LLC : Legal - Acker | (5,646.00) |
| | 7/20/2015 | FAIRFIELD INN 229 ATLANTA | ssp atlanta | LLC : Legal - Acker | (360.42) |
| | 7/20/2015 | FAIRFIELD INN 229 ATLANTA | judd atlanta | LLC : Legal - Acker | (360.42) |
| 1503 | 7/30/2015 | Thompson, Welch, Soroko & Gilber | 7/23/15 | LLC : Legal - Acker | (10,000.00) |
| 1506 | 7/30/2015 | JAMS | 7/24/15 | LLC : Legal - Acker | (3,330.00) |
| | | Total Month Ending 7/31/2015 | | | (20,577.16) |
| **Month Ending 9/30/2015** | | | | | |
| 1444 | 9/9/2015 | The Antonino Firm | 8/31/15 | LLC : Legal - Acker | (10,100.00) |
| 1454 | 9/30/2015 | Karen Canoff, Esq. | 9/23/15 | LLC : Legal - Acker | (12,150.00) |
| | | Total Month Ending 9/30/2015 | | | (22,250.00) |
| **Month Ending 10/31/2015** | | | | | |
| 1455 | 10/14/2015 | The Antonino Firm | 10/5/15 | LLC : Legal - Acker | (2,330.00) |
| 1458 | 10/16/2015 | The Antonino Firm | 10/9/15 | LLC : Legal - Acker | (5,100.00) |
| | | Total Month Ending 10/31/2015 | | | (7,430.00) |
| **Month Ending 11/30/2015** | | | | | |
| 1464 | 11/2/2015 | Thompson, Welch, Soroko & Gilber | 10/27/15 | LLC : Legal - Acker | (10,800.00) |
| 1468 | 11/10/2015 | The Antonino Firm | 11/6/15 | LLC : Legal - Acker | (2,241.00) |
| | | Total Month Ending 11/30/2015 | | | (13,041.00) |
| **Month Ending 12/31/2015** | | | | | |
| 1516 | 12/22/2015 | Thompson, Welch, Soroko & Gilber | 12/15/15 | LLC : Legal - Acker | (18,000.00) |
| | | Total Month Ending 12/31/2015 | | | (18,000.00) |
| **Month Ending 1/31/2016** | | | | | |
| 1469 | 1/4/2016 | The Antonino Firm | #15: 12/22/15 | LLC : Legal - Acker | (7,817.00) |
| | | Total Month Ending 1/31/2016 | | | (7,817.00) |
| **Month Ending 2/29/2016** | | | | | |
| 1524 | 2/4/2016 | The Antonino Firm | | LLC : Legal - Acker | (6,201.00) |

6/30/2016

Account transactions
All accounts

| Num | Date | Payee | Memo | Category | Amount |
|-----|------|-------|------|----------|--------|
| | Total Month Ending 2/29/2016 | | | | (6,201.00) |
| **Month Ending 5/31/2016** | | | | | |
| 1536 | 5/17/2016 | The Antonino Firm | april | LLC : Legal - Acker | (450.00) |
| 1536 | 5/17/2016 | The Antonino Firm | march | LLC : Legal - Acker | (1,280.00) |
| 1536 | 5/17/2016 | The Antonino Firm | January | LLC : Legal - Acker | (4,260.00) |
| 1536 | 5/17/2016 | The Antonino Firm | feb | LLC : Legal - Acker | (1,320.00) |
| | Total Month Ending 5/31/2016 | | | | (7,310.00) |
| **Grand Total** | | | | | (219,316.16) |

6/30/2016

Account transactions
All accounts

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| **Month Ending 11/30/2010** | | | | | |
| 1122 | 11/10/2010 | Arent Fox | 11/5/10; bik... | LLC : Legal - Bitter (Barnes litig.... | (2,243.00) |
| | | Total Month Ending 11/30/2010 | | | (2,243.00) |
| **Month Ending 2/28/2013** | | | | | |
| 2932 | 2/7/2013 | vital records | 2/7/13; for ... | LLC : Legal - Bitter (Barnes litig.... | (25.00) |
| | | Total Month Ending 2/28/2013 | | | (25.00) |
| **Month Ending 6/30/2013** | | | | | |
| 1276 | 6/3/2013 | Richard Brown, Attor... | 6/3/13; Bitt..... | LLC : Legal - Bitter (Barnes litig.... | (5,000.00) |
| 1278 | 6/19/2013 | Arent Fox | 6/13/13 | LLC : Legal - Bitter (Barnes litig.... | (38,500.00) |
| | | Total Month Ending 6/30/2013 | | | (43,500.00) |
| **Month Ending 8/31/2013** | | | | | |
| 1289 | 8/12/2013 | Arent Fox | 8/6/13 for J... | LLC : Legal - Bitter (Barnes litig.... | (19,000.00) |
| 1292 | 8/12/2013 | Arent Fox | 8/6/13; July | LLC : Legal - Bitter (Barnes litig.... | (29,000.00) |
| | | Total Month Ending 8/31/2013 | | | (48,000.00) |
| **Month Ending 9/30/2013** | | | | | |
| | 9/9/2013 | AMERICAN ARBITRA... | WSI; paid b... | LLC : Legal - Bitter (Barnes litig.... | (7,750.00) |
| | | Total Month Ending 9/30/2013 | | | (7,750.00) |
| **Month Ending 10/31/2013** | | | | | |
| | 10/16/2013 | AMERICAN ARBITRA... | 7201: AME... | LLC : Legal - Bitter (Barnes litig.... | (27,895.00) |
| | | Total Month Ending 10/31/2013 | | | (27,895.00) |
| **Month Ending 12/31/2013** | | | | | |
| 1313 | 12/11/2013 | | 12/11/13; s.... | LLC : Legal - Bitter (Barnes litig.... | (29,000.00) |
| 1318 | 12/16/2013 | Arent Fox | 12/23/13 | LLC : Legal - Bitter (Barnes litig.... | (3,901.40) |
| | 12/18/2013 | Jane Rose Reporting | 12/18/13; r... | LLC : Legal - Bitter (Barnes litig.... | (250.00) |
| | | Total Month Ending 12/31/2013 | | | (32,901.40) |
| **Month Ending 1/31/2014** | | | | | |
| 1320 | 1/2/2014 | Jane Rose Reporting | 12/23/13 | LLC : Legal - Bitter (Barnes litig.... | (250.00) |
| 1324 | 1/3/2014 | Arent Fox | 12/30/13 | LLC : Legal - Bitter (Barnes litig.... | (61,700.00) |
| 1319 | 1/31/2014 | Sun Life Insurance C... | 12/18/13; r... | LLC : Legal - Bitter (Barnes litig.... | (250.00) |
| | | Total Month Ending 1/31/2014 | | | (62,200.00) |
| **Month Ending 2/28/2014** | | | | | |
| 1326 | 2/10/2014 | Atkinson-Baker, Inc. | 2/3/14; sgp.... | LLC : Legal - Bitter (Barnes litig.... | (703.48) |
| 1328 | 2/10/2014 | Jane Rose Reporting | 2/4/14 aaa | LLC : Legal - Bitter (Barnes litig.... | (1,816.25) |

6/30/2016

Account transactions
All accounts

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| 1329 | 2/10/2014 | Jane Rose Reporting | 2/4/14; AAA | LLC : Legal - Bitter (Barnes litig... | (3,127.75) |
| 1330 | 2/10/2014 | Jane Rose Reporting | 2/4/14; AAA | LLC : Legal - Bitter (Barnes litig... | (2,848.25) |
|  | 2/11/2014 | AMERICAN ARBITRA... | Windsor LL... | LLC : Legal - Bitter (Barnes litig... | (15,000.00) |
|  | 2/19/2014 | AMERICAN ARBITRA... | 7201: AME... | LLC : Legal - Bitter (Barnes litig... | (15,000.00) |
| 1332 | 2/19/2014 | Digital One | 2/13/14 | LLC : Legal - Bitter (Barnes litig... | (327.00) |
| **Total Month Ending 2/28/2014** | | | | | **(38,822.73)** |
| **Month Ending 3/31/2014** | | | | | |
|  | 3/1/2014 | AMERICAN ARBITRA... | Windsor LL... | LLC : Legal - Bitter (Barnes litig... | (24,450.00) |
|  | 3/4/2014 | BART MILLBRAE ST... | &&NR; expc... | LLC : Legal - Bitter (Barnes litig... | (20.00) |
| 1352 | 3/31/2014 | Arent Fox | 3/26/14 | LLC : Legal - Bitter (Barnes litig... | (65,000.00) |
| **Total Month Ending 3/31/2014** | | | | | **(89,470.00)** |
| **Month Ending 4/30/2014** | | | | | |
|  | 4/4/2014 | AMERICAN ARBITRA... | from WS LLC | LLC : Legal - Bitter (Barnes litig... | (23,250.00) |
| **Total Month Ending 4/30/2014** | | | | | **(23,250.00)** |
| **Month Ending 4/30/2015** | | | | | |
| 1434 | 4/14/2015 | Thompson, Welch, S... | 4/8/15 Barn... | LLC : Legal - Bitter (Barnes litig... | (5,392.95) |
| **Total Month Ending 4/30/2015** | | | | | **(5,392.95)** |
| **Month Ending 5/31/2015** | | | | | |
| 1478 | 5/27/2015 | Thompson, Welch, S... | 5/18/15; co... | LLC : Legal - Bitter (Barnes litig... | (712.00) |
| **Total Month Ending 5/31/2015** | | | | | **(712.00)** |
| **Grand Total** | | | | | **(382,162.08)** |

6/30/2016

## Account transactions
### All accounts

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| **Month Ending 3/31/2015** | | | | | |
| 1419 | 3/10/2015 | Thompson, W... | 3/3/15 thru 1/31/15 | LLC : Legal - Bitter, Collins, Ac... | (30,330.00) |
| 1420 | 3/10/2015 | Thompson, W... | 3/3/15 thru 2/28/15? | LLC : Legal - Bitter, Collins, Ac... | (18,066.00) |
| Total Month Ending 3/31/2015 | | | | | (48,396.00) |
| **Month Ending 6/30/2016** | | | | | |
| 1542 | 6/17/2016 | The Antonino ... | 6/16/16; hathaway, cohen | LLC : Legal - Bitter, Collins, Ac... | (5,800.00) |
| Total Month Ending 6/30/2016 | | | | | (5,800.00) |
| **Grand Total** | | | | | (54,196.00) |

6/30/2016

Account transactions
All accounts

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| **Month Ending 10/31/2014** | | | | | |
| 1397 | 10/22/2014 | The Antonino Firm | | LLC : Legal - Collins | (5,366.50) |
| Total Month Ending 10/31/2014 | | | | | (5,366.50) |
| **Month Ending 12/31/2014** | | | | | |
| 1406 | 12/5/2014 | The Antonino Firm | | LLC : Legal - Collins | (3,592.00) |
| 1408 | 12/11/2014 | The Antonino Firm | | LLC : Legal - Collins | (2,950.00) |
| 1407 | 12/16/2014 | Thompson, Welc... | 12/11/14; Bitter, collins ac... | LLC : Legal - Collins | (7,627.50) |
| Total Month Ending 12/31/2014 | | | | | (14,169.50) |
| **Month Ending 1/31/2015** | | | | | |
| 1414 | 1/27/2015 | The Antonino Firm | | LLC : Legal - Collins | (7,746.00) |
| Total Month Ending 1/31/2015 | | | | | (7,746.00) |
| **Month Ending 3/31/2015** | | | | | |
| 1418 | 3/26/2015 | The Antonino Firm | | LLC : Legal - Collins | (5,060.00) |
| 1423 | 3/26/2015 | The Antonino Firm | | LLC : Legal - Collins | (1,458.00) |
| 1423 | 3/26/2015 | The Antonino Firm | 1/3 of time on houricin | LLC : Legal - Collins | (1,071.00) |
| Total Month Ending 3/31/2015 | | | | | (7,589.00) |
| **Month Ending 4/30/2015** | | | | | |
| 1430 | 4/14/2015 | Thompson, Welc... | 4/18/15; Collins | LLC : Legal - Collins | (3,135.25) |
| 1438 | 4/21/2015 | The Antonino Firm | | LLC : Legal - Collins | (2,679.00) |
| Total Month Ending 4/30/2015 | | | | | (5,814.25) |
| **Month Ending 5/31/2015** | | | | | |
| 1472 | 5/27/2015 | The Antonino Firm | | LLC : Legal - Collins | (9,700.00) |
| 1474 | 5/27/2015 | Thompson, Welc... | 5/20/15; collins | LLC : Legal - Collins | (12,775.00) |
| Total Month Ending 5/31/2015 | | | | | (22,475.00) |
| **Month Ending 6/30/2015** | | | | | |
| 1485 | 6/25/2015 | The Antonino Firm | | LLC : Legal - Collins | (10,228.00) |
| Total Month Ending 6/30/2015 | | | | | (10,228.00) |
| **Month Ending 7/31/2015** | | | | | |
| | 7/10/2015 | DELTA AIR LINE... | flights to knoxville | LLC : Legal - Collins | (228.60) |
| | 7/14/2015 | AA AIR TICKET ... | flights to Knoxville | LLC : Legal - Collins | (454.10) |
| | 7/14/2015 | US AIRWAYS ... | flights to Phoenix; Judd | LLC : Legal - Collins | (15.00) |
| | 7/14/2015 | AA AIR TICKET ... | | LLC : Legal - Collins | (227.05) |
| 1494 | 7/14/2015 | Thompson, Welc... | 7/8/15; was to be for $27,... | LLC : Legal - Collins | (27.00) |

6/30/2016

Account transactions
All accounts

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| 1496 | 7/15/2015 | AA AIR TICKET ... | | LLC : Legal - Collins | (227.05) |
| 1499 | 7/17/2015 | The Antonino Firm | | LLC : Legal - Collins | (5,637.00) |
| 1497 | 7/21/2015 | Thompson, Welc... | 7/14/15; replace 1494 | LLC : Legal - Collins | (27,000.00) |
| 1497 | 7/28/2015 | IT Acceleration | 7/14/15; to rebuild hard dr... | LLC : Legal - Collins | (258.48) |
| 1502 | 7/30/2015 | Thompson, Welc... | 7/23/15 | LLC : Legal - Collins | (11,000.00) |
| **Total Month Ending 7/31/2015** | | | | | **(45,074.28)** |
| **Month Ending 9/30/2015** | | | | | |
| 1444 | 9/9/2015 | The Antonino Firm | | LLC : Legal - Collins | (10,200.00) |
| **Total Month Ending 9/30/2015** | | | | | **(10,200.00)** |
| **Month Ending 10/31/2015** | | | | | |
| 1455 | 10/14/2015 | The Antonino Firm | | LLC : Legal - Collins | (3,410.00) |
| 1458 | 10/16/2015 | The Antonino Firm | | LLC : Legal - Collins | (5,100.00) |
| **Total Month Ending 10/31/2015** | | | | | **(8,510.00)** |
| **Month Ending 11/30/2015** | | | | | |
| 1463 | 11/2/2015 | Thompson, Welc... | 10/27/15 | LLC : Legal - Collins | (8,850.00) |
| 1468 | 11/10/2015 | The Antonino Firm | | LLC : Legal - Collins | (1,596.00) |
| **Total Month Ending 11/30/2015** | | | | | **(10,446.00)** |
| **Month Ending 12/31/2015** | | | | | |
| 1518 | 12/22/2015 | Thompson, Welc... | 12/15/15 | LLC : Legal - Collins | (30,000.00) |
| **Total Month Ending 12/31/2015** | | | | | **(30,000.00)** |
| **Month Ending 1/31/2016** | | | | | |
| 1469 | 1/4/2016 | The Antonino Firm | | LLC : Legal - Collins | (7,817.00) |
| **Total Month Ending 1/31/2016** | | | | | **(7,817.00)** |
| **Month Ending 2/29/2016** | | | | | |
| 1524 | 2/4/2016 | The Antonino Firm | | LLC : Legal - Collins | (6,660.00) |
| **Total Month Ending 2/29/2016** | | | | | **(6,660.00)** |
| **Month Ending 5/31/2016** | | | | | |
| 1536 | 5/17/2016 | The Antonino Firm | april | LLC : Legal - Collins | (1,500.00) |
| 1536 | 5/17/2016 | The Antonino Firm | march | LLC : Legal - Collins | (1,320.19) |
| 1536 | 5/17/2016 | The Antonino Firm | january | LLC : Legal - Collins | (4,530.00) |
| 1536 | 5/17/2016 | The Antonino Firm | feb | LLC : Legal - Collins | (993.00) |
| **Total Month Ending 5/31/2016** | | | | | **(8,343.19)** |

6/30/2016

Account transactions
All accounts

| Num | Date Payee | Memo | Category | Amount |
|---|---|---|---|---|
| Grand Total | | | | (200,438.72) |

6/30/2016

Account transactions
All accounts

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| 1458 | 10/16/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (900.00) |
| Total Month Ending 10/31/2015 | | | | | (1,900.00) |
| **Month Ending 11/30/2015** | | | | | |
| 1465 | 11/2/2015 | Thompson, Wel... | 10/27/15 | LLC : Legal - Coppock | (1,400.00) |
| 1468 | 11/10/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (2,361.00) |
| Total Month Ending 11/30/2015 | | | | | (3,761.00) |
| **Month Ending 12/31/2015** | | | | | |
| 1517 | 12/22/2015 | Thompson, Wel... | 12/15/15 | LLC : Legal - Coppock | (8,000.00) |
| Total Month Ending 12/31/2015 | | | | | (8,000.00) |
| **Month Ending 1/31/2016** | | | | | |
| 1469 | 1/4/2016 | The Antonino Fi... | | LLC : Legal - Coppock | (7,723.00) |
| Total Month Ending 1/31/2016 | | | | | (7,723.00) |
| **Month Ending 5/31/2016** | | | | | |
| 1536 | 5/17/2016 | The Antonino Fi... | april | LLC : Legal - Coppock | (1,160.00) |
| 1536 | 5/17/2016 | The Antonino Fi... | march | LLC : Legal - Coppock | (540.00) |
| 1536 | 5/17/2016 | The Antonino Fi... | january | LLC : Legal - Coppock | (207.00) |
| 1536 | 5/17/2016 | The Antonino Fi... | feb | LLC : Legal - Coppock | (585.00) |
| Total Month Ending 5/31/2016 | | | | | (2,492.00) |

Grand Total                                                                                                        (151,416.44)

6/30/2016

Account transactions
All accounts

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| **Month Ending 12/31/2014** | | | | | |
| 1408 | 12/11/2014 | The Antonino Fi... | | LLC : Legal - Coppock | (830.00) |
| Total Month Ending 12/31/2014 | | | | | (830.00) |
| **Month Ending 1/31/2015** | | | | | |
| 1414 | 1/27/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (2,221.00) |
| Total Month Ending 1/31/2015 | | | | | (2,221.00) |
| **Month Ending 3/31/2015** | | | | | |
| 1418 | 3/26/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (1,305.00) |
| 1423 | 3/26/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (118.00) |
| Total Month Ending 3/31/2015 | | | | | (1,423.00) |
| **Month Ending 4/30/2015** | | | | | |
| 1433 | 4/14/2015 | Thompson, Wel... | 4/8/15 Coppock | LLC : Legal - Coppock | (1,920.34) |
| Total Month Ending 4/30/2015 | | | | | (1,920.34) |
| **Month Ending 5/31/2015** | | | | | |
| 1472 | 5/27/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (3,410.00) |
| 1477 | 5/27/2015 | Thompson, Wel... | 5/18/15; coppock | LLC : Legal - Coppock | (3,750.00) |
| Total Month Ending 5/31/2015 | | | | | (7,160.00) |
| **Month Ending 6/30/2015** | | | | | |
| 1485 | 6/25/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (906.00) |
| 1489 | 6/25/2015 | Thompson, Wel... | 7/16/15 | LLC : Legal - Coppock | (7,500.00) |
| Total Month Ending 6/30/2015 | | | | | (8,406.00) |
| **Month Ending 7/31/2015** | | | | | |
| | 7/10/2015 | DELTA AIR LIN... | fights to Atlanta | | |
| 1496 | 7/17/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (396.10) |
| 1505 | 7/30/2015 | Thompson, Wel... | 7/23/15 | LLC : Legal - Coppock | (4,957.00) |
| | | | | LLC : Legal - Coppock | (500.00) |
| Total Month Ending 7/31/2015 | | | | | (5,853.10) |
| **Month Ending 9/30/2015** | | | | | |
| 1444 | 9/9/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (3,325.00) |
| 1450 | 9/22/2015 | Thompson, Wel... | 9/14/15 | LLC : Legal - Coppock | (96,402.00) |
| Total Month Ending 9/30/2015 | | | | | (99,727.00) |
| **Month Ending 10/31/2015** | | | | | |
| 1455 | 10/14/2015 | The Antonino Fi... | | LLC : Legal - Coppock | (1,000.00) |

6/30/2016

Account transactions
All accounts

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| **Month Ending 12/31/2014** | | | | | |
| 1408 | 12/11/2014 | The Antonino Firm | | LLC : Legal - Stamatov | (530.00) |
| Total Month Ending 12/31/2014 | | | | | (530.00) |
| **Month Ending 1/31/2015** | | | | | |
| 1414 | 1/27/2015 | The Antonino Firm | | LLC : Legal - Stamatov | (394.00) |
| Total Month Ending 1/31/2015 | | | | | (394.00) |
| **Month Ending 3/31/2015** | | | | | |
| 1423 | 3/26/2015 | The Antonino Firm | | LLC : Legal - Stamatov | (118.00) |
| 1418 | 3/26/2015 | The Antonino Firm | | LLC : Legal - Stamatov | (2,285.00) |
| Total Month Ending 3/31/2015 | | | | | (2,403.00) |
| **Month Ending 4/30/2015** | | | | | |
| 1432 | 4/14/2015 | Thompson, Welch, … | 4/8/15 Stamatov | LLC : Legal - Stamatov | (680.28) |
| Total Month Ending 4/30/2015 | | | | | (680.28) |
| **Month Ending 5/31/2015** | | | | | |
| 1472 | 5/27/2015 | The Antonino Firm | | LLC : Legal - Stamatov | (1,090.00) |
| 1476 | 5/27/2015 | Thompson, Welch, … | 5/18/15, Stamatov | LLC : Legal - Stamatov | (3,560.00) |
| Total Month Ending 5/31/2015 | | | | | (4,650.00) |
| **Month Ending 6/30/2015** | | | | | |
| 1485 | 6/25/2015 | The Antonino Firm | | LLC : Legal - Stamatov | (566.00) |
| 1488 | 6/25/2015 | Thompson, Welch, … | 6/17/15 | LLC : Legal - Stamatov | (5,900.00) |
| Total Month Ending 6/30/2015 | | | | | (6,466.00) |
| **Month Ending 7/31/2015** | | | | | |
| 1496 | 7/17/2015 | The Antonino Firm | | LLC : Legal - Stamatov | (3,091.00) |
| 1504 | 7/30/2015 | Thompson, Welch, … | 7/23/15 | LLC : Legal - Stamatov | (400.00) |
| Total Month Ending 7/31/2015 | | | | | (3,491.00) |
| **Month Ending 10/31/2015** | | | | | |
| 1458 | 10/16/2015 | The Antonino Firm | | LLC : Legal - Stamatov | (600.00) |
| 1455 | 10/14/2015 | The Antonino Firm | | LLC : Legal - Stamatov | (320.00) |
| Total Month Ending 10/31/2015 | | | | | (920.00) |
| **Month Ending 11/30/2015** | | | | | |
| 1468 | 11/10/2015 | The Antonino Firm | | LLC : Legal - Stamatov | (1,202.00) |
| 1466 | 11/2/2015 | Thompson, Welch, … | 10/27/15 | LLC : Legal - Stamatov | (4,000.00) |

6/30/2016

Account transactions
All accounts

| Num | Date | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| **Month Ending 11/30/2015** | | | | | |
| Total Month Ending 11/30/2015 | | | | | (5,202.00) |
| **Month Ending 12/31/2015** | | | | | |
| 1515 | 12/22/2015 | Thompson, Welch, ... | 12/15/15 | LLC : Legal - Stamatov | (4,310.00) |
| 1520 | 12/29/2015 | Offit Kurman | 12/21/15: stama.... | LLC : Legal - Stamatov | (5,213.50) |
| Total Month Ending 12/31/2015 | | | | | (9,523.50) |
| **Month Ending 1/31/2016** | | | | | |
| 1469 | 1/4/2016 | The Antonino Firm | | LLC : Legal - Stamatov | (709.00) |
| Total Month Ending 1/31/2016 | | | | | (709.00) |
| **Month Ending 5/31/2016** | | | | | |
| 1536 | 5/17/2016 | The Antonino Firm | april | LLC : Legal - Stamatov | (250.00) |
| 1536 | 5/17/2016 | The Antonino Firm | feb | LLC : Legal - Stamatov | (745.81) |
| 1536 | 5/17/2016 | The Antonino Firm | january | LLC : Legal - Stamatov | (704.00) |
| 1536 | 5/17/2016 | The Antonino Firm | march | LLC : Legal - Stamatov | (250.00) |
| Total Month Ending 5/31/2016 | | | | | (1,949.81) |
| **Month Ending 6/30/2016** | | | | | |
| 1540 | 6/8/2016 | Joseph Wood Attor.... | 5/25/16 | LLC : Legal - Stamatov | (12,000.00) |
| Total Month Ending 6/30/2016 | | | | | (12,000.00) |
| **Grand Total** | | | | | (48,918.59) |

Page 2

### *VERIFICATION*

I verify that the statements made in the attached Plaintiff's' Response to Defendant Arent Fox, LLP's First Set of Interrogatories and First Requests for Production of Documents are true and correct to the best of my knowledge, information, and belief.

I understand that false statements made herein are subject to the penalties for unsworn falsification to authorities.

Dated: 6 - July - 16

STEVEN PRUSKY
On behalf of Plaintiff Windsor Securities, LLC