# EXHIBIT 12

Case 1:16-cv-01533-GBD-GWG   Document 130-12   Filed 08/23/18   Page 2 of 13

Julius Rousseau, III, Esq.                                Windsor Securities vs. Arent Fox
                              March 7, 2017

Page 1

```
        IN THE UNITED STATES DISTRICT
    FOR THE SOUTHERN DISTRICT OF NEW YORK

                    ------

WINDSOR SECURITIES, LLC   : CIVIL ACTION
         vs.              :
ARENT FOX, LLP, et al.,   : NO. 16-cv-01533 (GBD)
                    ------
            Tuesday, March 7, 2017
                    ------
```

Videotape deposition of JULIUS ROUSSEAU, III, ESQUIRE, held at the law offices of FOLEY & LARDNER, LLP, 90 Park Avenue, New York, New York, beginning at 9:06 a.m., on the above date, before LANCE A. BRUSILOW, Registered Professional Reporter and Approved Reporter for the United States District Court.

------

brusilow + associates
1528 Walnut Street, Ste. 400
Philadelphia, PA 19102
215.772.1717
www.brusilow.com

------

Case 1:16-cv-01533-GBD-GWG   Document 130-12   Filed 08/23/18   Page 3 of 13

Julius Rousseau, III, Esq.                                    Windsor Securities vs. Arent Fox

March 7, 2017

Page 2

APPEARANCES

ALAN L. FRANK LAW ASSOCIATES, P.C.
BY:  ALAN FRANK, ESQUIRE
     SEAN A. MELUNEY, ESQUIRE
1601 Gravesend Neck Road, Ste. 903
Brooklyn, NY  11229
ph: 215.935.1000
(afrank@alflaw.net)
(smeluney@alflaw.net)
Counsel for Plaintiffs


FOLEY & LARDNER LLP
BY:  PETER N. WANG, ESQUIRE
     ADAM G. PENCE, ESQUIRE
     DOUGLAS S. HEFFER, ESQUIRE
90 Park Avenue
New York, NY 10016-1314
ph: 212.338.3575
(pwang@foley.com)
(apence@foley.com)
(dheffer@foley.com)
Counsel for Defendants


ARENT FOX LLP
BY:  HUNTER T. CARTER, ESQUIRE
1675 Broadway
New York, NY  10019-5820
ph:  212.484.3900
(carter.hunter@arentfox.com)
Counsel for Arent Fox LLP

ALSO PRESENT:
Steven Prusky
Derek Rose, Videographer

                      ------

Case 1:16-cv-01533-GBD-GWG   Document 130-12   Filed 08/23/18   Page 4 of 13

Julius Rousseau, III, Esq.                                    Windsor Securities vs. Arent Fox
                              March 7, 2017

Page 3

```
                    INDEX
WITNESS:  JULIUS ROUSSEAU, III, ESQUIRE
By Mr. Frank:                    Page 6

                   EXHIBITS
NO.            DESCRIPTION                     PAGE
1    Introduction                              xx

2    Defendants' Answer, Affirmative Defenses
     and Counterclaims                         77
5    Financing Agreement                       51
10   Email dated April 29, 2009, with
     attachment                                63

11   Email chain                               xx

12   Email dated July 16, 20090                114

14   Letter dated July 7, 2009                 120

15   Letter dated July 7, 2009                 120

16   Letter dated July 7, 2009                 120

17   Letter dated July 7, 2009                 120

18   Letter dated July 7, 2009                 120

20   Letter dated August 18, 2009              137

21   Letter dated August 26, 2009              137

22   Letter dated August 27, 2009              137

23   Letter dated August 27, 2009              137

27   Letter dated November 30, 2009            149

35   Email chain with attachments              12

39   Letter dated May 26, 2010                 39
40   Letter dated April 7, 2011                37
```

Case 1:16-cv-01533-GBD-GWG   Document 130-12   Filed 08/23/18   Page 5 of 13

Julius Rousseau, III, Esq.                                    Windsor Securities vs. Arent Fox

March 7, 2017

Page 214

 1   COO?
 2              MR. WANG:  Objection to the form
 3   of the question.
 4      A.  My recollection is -- and as I've said
 5   before -- Houchins told Steven that the COO had
 6   been signed and sent to PAC Life.  He told him
 7   that sometime in February of 2011, thereabouts.
 8           Steven didn't actually become the record
 9   owner.  I don't know that he knew that.  I
10   certainly didn't know that.  When we were getting
11   ready for the hearing and he realized that he had
12   not gotten that process, he said, what could we
13   have done?
14           I said, well, if you couldn't have gotten
15   that done, you would have had to go through a
16   foreclosure process and isn't that right.  I'm
17   going to probably ask you to testify that if you
18   didn't think he'd voluntarily given up the policy,
19   you were going to go to foreclose.
20           I suspect that I asked Steven that
21   question at the hearing and I suspect that Steven
22   said, absolutely, if I didn't think they were
23   cooperating and exercising their default sale
24   right in this regard, I would have done that.

Case 1:16-cv-01533-GBD-GWG   Document 130-12   Filed 08/23/18   Page 6 of 13

Julius Rousseau, III, Esq.                                    Windsor Securities vs. Arent Fox

March 7, 2017

Page 244

```
 1      A.   I don't recall specifically.  I know we
 2   talked at length from this date forward about
 3   where Windsor's position would be on the other
 4   cases.
 5           My recollection is that in our view, as
 6   his lawyers, once we looked at the manner in which
 7   we had taken title from him sending us the
 8   documents, our conclusion was that he was in a
 9   solid legal position as the owner of each policy
10   and would, should legally, under the terms of the
11   agreements, be entitled to the death proceeds.
12           We also -- and I know I advised him
13   specifically that you're likely to face
14   litigation.  You have a litigation risk.  You have
15   litigation expense. And this goes to what I told
16   you earlier:  That if you can settle these cases
17   for ten percent or less, you're doing well.
18      Q.   Did you ever answer the question "Or do
19   we have to make an offer or have a default sale?"
20      A.   I just told you what I recall.
21      Q.   Sitting here today, can you tell me if
22   you're of the view that Windsor had to make an
23   offer or have a default sale?
24                  MR. WANG:  I object to the
```

Case 1:16-cv-01533-GBD-GWG   Document 130-12   Filed 08/23/18   Page 7 of 13

Julius Rousseau, III, Esq.                                  Windsor Securities vs. Arent Fox

March 7, 2017

Page 251

```
 1   can't tell you -- I don't remember those letters
 2   word-for-order to tell you specifically.
 3       Q.  Do you have a recollection of forwarding
 4   this language or something close to it to Mr.
 5   Prusky?
 6       A.  I don't have a recollection of it, but I
 7   know that he and I talked about the language in
 8   detail, so I must have.
 9               MR. FRANK:  Sixty-three,
10       sixty-four, sixty-five, sixty-six, please.
11               (Exhibits Rousseau-63 through
12       Rousseau-66, inclusive, were marked for
13       identification)
14   BY MR. FRANK:
15       Q.  I think these letters are all
16   substantively identical, one to the next, dated
17   June 1, 2014.  They're addressed to the trustees
18   of Collins, Acker, Coppock and Stamatov.  Do you
19   remember seeing these letters?
20       A.  Yes.
21       Q.  Did you approve of the form of each of
22   these letters?
23       A.  My recollection is that Alan and I came
24   up with the form. We sent it to Steven. We talked
```

Case 1:16-cv-01533-GBD-GWG   Document 130-12   Filed 08/23/18   Page 8 of 13

Julius Rousseau, III, Esq.                                Windsor Securities vs. Arent Fox

March 7, 2017

Page 252

1   back and forth, and kind of the three of us agreed
2   that this was the language to be used.
3       Q.  Can you tell me why it took six weeks to
4   get from Mr. Prusky's request on the 15th of April
5   -- actually, the 14th the April -- indicating the
6   most important thing is to protect the other
7   policies and the fact that these didn't go out
8   until June 1, 2014?
9       A.  I don't recall why he waited until June
10  1st to send them out.  It may have been strategic.
11  It may have been tied to the motion to reconsider.
12  I really don't recall.
13      Q.  Did you urge him to send these
14  spring-cleaning letters, or was it the other way
15  around?
16      A.  My recollection is that what I told
17  Steven was, they're kind of like chicken soup:
18  Not gonna hurt to send them in any respect.  It
19  might help, possibly, but it certainly will do no
20  wrong, so do it.
21          But don't expect this is going to change
22  anything vis-a-vis their potential litigation
23  against you if they decide to lawyer-up and try to
24  pursue what Bitter had pursued.

Case 1:16-cv-01533-GBD-GWG   Document 130-12   Filed 08/23/18   Page 9 of 13

Julius Rousseau, III, Esq.                                    Windsor Securities vs. Arent Fox
March 7, 2017

Page 276

CERTIFICATION

------

      I hereby certify that the testimony and the proceedings in the aforegoing matter are contained fully and accurately in the stenographic notes taken by me and that the copy is a true and correct transcript of the same.

      Lance A. Brusilow
      Registered Professional Reporter
      Certified Realtime Reporter

      The foregoing certification does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying shorthand reporter.

------

I, Julius Rousseau, hereby certify that I have read the transcript of my deposition testimony, given under oath on March 7, 2017, that the transcript is a true, complete and correct record of my testimony, and that the answers on the record as given by me are true and correct, subject to the below errata.

_____
Julius Rousseau

Subscribed and sworn to before me
this  3  day of  MAY , 2017.

_____
Notary Public

JANET AMERASINGHE
NOTARY PUBLIC, STATE OF NEW YORK
LICENSE NO. 01AM4789617
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 06/30/20 19

Julius Rousseau – Deposition of March 7, 2017 – Transcript Errata

| Page/Line | Transcription | Change | Reason for Change |
|---|---|---|---|
| 15:18 | "ans" | "and" | Mistranscription |
| 18:11 | "an undergraduate" | "undergraduate" | Misstatement |
| 18:20 | "Hunter" | "Hunton" | Mistranscription |
| 38:17 | "deposition" | "representation" | Misstatement |
| 43:15 | "Elliot" | "Elliott" | Misspelling |
| 44:21, 23 | "Elliot" | "Elliott" | Misspelling |
| 45:8 | "Elliot" | "Elliott" | Misspelling |
| 50:23 | "e" | "of" | Mistranscription |
| 57:20 | "or" | "on" | Mistranscription |
| 65:17 | "was" | "were" | Misstatement |
| 72:8 | "begun" | "began" | Mistranscription |
| 82:9 | "wasn't" | "was" | Mistranscription |
| 86:4 | "is foreclosure" | "is a foreclosure" | Misstatement |
| 95:16 | "should" | "should take" | Mistranscription |
| 105:9 | "most safe" | "safest" | Misstatement |
| 106:17 | "take" | "take on the other policies" | Misstatement |
| 114:13 | "assignment" | "assignments" | Mistranscription |
| 123:17 | "whatever" | "based on whatever" | Misstatement |

| Page/Line | Transcription | Change | Reason for Change |
|---|---|---|---|
| 124:21 | "sell" | "sale" | Mistranscription |
| 125:7-13 | "What's here is here. I don't know. I know there were demand letters in which what you just state was included in what I think was the September letter to the trust, but it may or may not be in the letter. I don't see it, but I think we can all agree what's here is here." | "What's here is here in Exhibit 14" | Misstatement |
| 126:5-8 | "Well, we did it in the September letter, so I don't know, again, if we had a strategy. This letter was for one purpose, and I don't recall it at the time, so …" | "This letter was for one purpose, and I don't recall it at this time, so …" | Misstatement |
| 126:20 | "so I can't tell you." | "so I can't tell you. It is clear from that letter that we did offer a release to all parties, not just the borrower, in connection with the breach that appeared to have occurred, if the policy were transmitted to Windsor." | Misstatement |
| 129:23 | "is to" | "to" | Mistranscription |
| 133:6-9 | "A. Yes, you just read me that paragraph in exhibit fourteen. Fourteen didn't give them the option to accept it. And you didn't know why, but it didn't have that in there, right?" | "A. Yes, you just read me that paragraph in exhibit fourteen. Q. Fourteen didn't give them the option to accept it. And you didn't know why, but it didn't have that in there, right?" | Mistranscription |
| 134:3 | "sell" | "sale" | Mistranscription |
| 134:24-135:1 | "There is the subsequent letters. I believe they're dated September '09" | "No." | Misstatement |
| 136:7 | "sell" | "sale" | Mistranscription |
| 138:18-19 | "I believe it's there. We can look at the letters and see." | "Agreed" | Misstatement |

2

4840-6526-7783.1

| Page/Line | Transcription | Change | Reason for Change |
|---|---|---|---|
| 144:8 | "talking" | "taking" | Mistranscription |
| 146:22-23 | "Our recollection is the September letters" | "The closest language is in the July 7, 2009 letters where we offered in connection with the breach that had occurred to release all claims in return for the policy." | Misstatement |
| 149:7-12 | "Date, no. Time period, yes. I think there are other letters that we sent throughout the fall of 2009, and I may be getting some of the dates and places confused, but there was a series of things we were attempting to do for Windsor in that time period" | "The letters I have in mind were the July 7, 2009 letters." | Misstatement |
| 149:16-17 | "I recall letters in September, yes, but I say maybe it's August or October." | "The letters I have in mind were the July 7, 2009 letters." | Misstatement |
| 155:12 | "sell" | "sale" | Mistranscription |
| 156:16 | "it's" | "it was" | Misstatement |
| 160:3 | "difficult" | "different" | Mistranscription |
| 160:10 | "bear" | "bears" | Mistranscription |
| 162:8 | "aside" | "outside" | Mistranscription |
| 162:13 | "sell" | "sale" | Mistranscription |
| 172:9 | "To I suspect" | "No I suspect" | Mistranscription |
| 172:19 | "than" | "that" | Mistranscription |
| 172:21 | "September" | "sent" | Mistranscription |
| 176:11 | "know" | "knew" | Mistranscription |
| 177:16 | "it." | "it, or if it even received the form from Houchins." | Misstatement |
| 178:22 | "say" | "said" | Mistranscription |
| 182:6-7 | "would have" | "had" | Misstatement |
| 192:24 | "loan" | "the loan" | Mistranscription |
| 202:23 | "not an award" | "an award" | Misstatement |
| 206:19 | "were with" | "were" | Mistranscription |
| 208:20 | "in some cases kind of under" | "in some cases" | Misstatement |
| 217:10 | "skewed" | "executed" | Mistranscription |
| 222:17 | "case" | "cases" | Mistranscription |

3

| Page/Line | Transcription | Change | Reason for Change |
|---|---|---|---|
| 227:20 | "that was that" | "that was" | Mistranscription |
| 234:17 | "Aaron" | "Arent" | Mistranscription |
| 240:20 | "Aaron" | "Arent" | Mistranscription |
| 251:2 | "order" | "word" | Mistranscription |
| 261:6 | "Do" | "I do" | Mistranscription |
| 263:14 | "and we did" | " but we did not" | Misstatement |
| 265:11 | "it's" | "is" | Mistranscription |
| 265:15 | "how the" | "the" | Misstatement |

4840-6526-7783.1