# EXHIBIT 15

| | |
|---|---|
| From: | MFIWSI |
| To: | "lauren@antoninofirm.com" |
| Subject: | FW: Attorney Invoices |
| Date: | Tuesday, August 30, 2016 10:42:00 AM |

**From:** MFIWSI [mailto:mfiwsi@comcast.net]
**Sent:** Monday, July 11, 2016 5:22 PM
**To:** 'Darin T. Judd'
**Cc:** 'Wayne H. Gilbert'
**Subject:** RE: Attorney Invoices

Darin,

I have depositions this week and a custody trial next week.

If you can wait, let's talk after that.

Stamatov and Coppock, Acker and Collins are all done now, right?

If so, please send all final invoices ITMT so we can review bills start to finish.

Thanks

-sgp

**From:** Darin T. Judd [mailto:Darin@twsglaw.com]
**Sent:** Tuesday, July 05, 2016 9:22 PM
**To:** MFIWSI
**Cc:** Wayne H. Gilbert
**Subject:** RE: Attorney Invoices

Steven,

Is there a time this week you are available to discuss the issues over which you are concerned.
Please let me know.

Sincerely,

Darin

**From:** MFIWSI [mailto:mfiwsi@comcast.net]
**Sent:** Monday, June 27, 2016 11:15 AM
**To:** Darin T. Judd
**Cc:** Wayne H. Gilbert
**Subject:** RE: Attorney Invoices

Hey Darin,

I was putting out fires like crazy here and could not get back to Wayne before he left.
I am processing my frustrations with the bills, the results, and how certain issues were handled.
As but one example, you thought you had preserved an issue that we had agreed must be preserved if not used as our main argument. The Judge didn't think you had preserved it.
There's more as well.


DEFENDANT'S EXHIBIT # 5

PLAINTIFF 084552

I'm trying to get my thoughts together so I can cogently and calmly discuss them.

Regards
-sgp

---

**From:** Darin T. Judd [mailto:Darin@twsglaw.com]
**Sent:** Friday, June 24, 2016 2:00 PM
**To:** MFIWSI (mfiwsi@comcast.net)
**Cc:** Wayne H. Gilbert
**Subject:** Attorney Invoices

Dear Steven,

I am not aware if you have been able to discuss our bills with Wayne. As you know Wayne is out of the office in Guatemala, and he asked that I reach out to you and see if you would be interested in discussing any issues related to our bills with me. I stand ready to discuss any concerns or problems and would welcome the opportunity.

Best regards,

Darin

*Darin T. Judd*
*Thompson, Welch, Soroko & Gilbert LLP*
*3950 Civic Center Drive, Suite 300*
*San Rafael, California 94903*
*(415) 448-5000*
*(415) 448-5010 fax*

PRIVACY NOTICE: This material is intended only for the use of the individual to whom or the entity to which it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately by telephone, and please delete the original message. Thank you.

PLAINTIFF 084553