# EXHIBIT 17



Writer Direct Dial: 770.408.1229
Email: lauren@antoninofirm.com

June 22, 2015

Via Email to mfiwsi@comcast.net
Steve G. Prusky
Windsor Securities, LLC
25 East Athens Ave
Ardmore, PA 19003-2229

    Re:    Amendment to Retainer Agreement

Dear Steve:

This letter reflects our agreement to revise the retainer agreement, as amended by emails of August 20, 2014 and September 4, 2014, that is currently in place to reflect that you have asked me to pro hac in as co-counsel with Darin Judd and his firm in the *Acker* and *Collins* matters so that I can help Darin with the upcoming depositions. We have agreed that the retainer of $10,000 my firm is currently holding in escrow will be increased to $25,000 since a role in ongoing litigation is now involved and the volume of work has increased. I will file pro hacs as soon as the increased retainer is received.

At this time, the revised scope of engagement does not include serving as counsel in the trial of these matters. We can make the decision about whether it makes sense to have me continue to play an active role as co-counsel in these matters after discovery concludes. For now, we have agreed to amend the retainer agreement further should my services for the trial of these matters be requested, in which case we would need to agree to a mutually acceptable trial appropriate retainer, along with an expense retainer given that the trial would be in the Northern District of California. Darin Judd and his firm remain lead counsel, responsible for the California litigation.

Please indicate your agreement to these revised terms by signing below and returning a signed copy of this letter, along with a check for $15,000 made payable to The Antonino Firm IOLTA Account.

Sincerely,

*Lauren S. Antonino*

THE ANTONINO FIRM LLC

*The Antonino Firm* | *Six Concourse Parkway, Suite 2920, Atlanta, Georgia* | *30328*

ANTONINO 095767

Steve Prusky
June 22, 2015
Page 2 of 2

      I have read the foregoing and agree to this revision to be bound by same on behalf of Windsor and on behalf of myself, individually, as a guarantor of Windsor's obligations hereunder.

By: _____
Steve Prusky, individually
and on behalf of Windsor Securities, LLC

ANTONINO  095768