# EXHIBIT 19

Case 1:16-cv-01533-GBD-GWG   Document 130-19   Filed 08/23/18   Page 1 of 4

| | |
|---|---|
| From: | Rousseau, Jule [Jule.Rousseau@arentfox.com] |
| Sent: | 9/8/2014 7:06:12 PM |
| To: | 'Darin@twsglaw.com' [Darin@twsglaw.com]; 'mfiwsi@comcast.net' [mfiwsi@comcast.net]; Cryan, Michael S. [Michael.Cryan@arentfox.com] |
| Subject: | Re: Barnes; Bitter |

Darin

What is status? We have advised court and panel of settlement. Is it done? What needs to occur? Thx. Jule.

**From:** Joseph Wood [mailto:jhcwlaw@yahoo.com]
**Sent:** Friday, September 05, 2014 11:53 AM
**To:** Rousseau, Jule; 'Darin T. Judd' <Darin@twsglaw.com>
**Subject:** Re: Barnes; Bitter

I had been told that Windsor would get back to me by Tuesday. The remaining issue is minor and I had proposed a reasonable solution. I don't understand the delay.

JW

On Thursday, September 4, 2014 3:03 PM, "Rousseau, Jule" <Jule.Rousseau@arentfox.com> wrote:

Not sure of Darin's schedule.

Jule Rousseau
Partner

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5829
212.484.3948 Direct | 212.484.3990 Fax
jule.rousseau@arentfox.com | www.arentfox.com


-----Original Message-----
From: Joseph Wood [mailto:jhcwlaw@yahoo.com]
Sent: Thursday, September 04, 2014 5:59 PM
To: Rousseau, Jule
Subject: RE: Barnes; Bitter

Thanks for the update. Do you have a likely time at which that will happen?

JW
--------------------------------------------
On Thu, 9/4/14, Rousseau, Jule <Jule.Rousseau@arentfox.com> wrote:

Subject: RE: Barnes; Bitter



Confidential

AF0019239

To: "Joseph Wood" <jhcwlaw@yahoo.com>, "Cryan, Michael S." <Michael.Cryan@arentfox.com>, "'Darin T. Judd'" <Darin@twsglaw.com>
Date: Thursday, September 4, 2014, 2:45 PM

Darin Judd, who is
handling the Collins matter, will be in touch.

Jule Rousseau
Partner

Arent
Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5829
212.484.3948 Direct | 212.484.3990 Fax
jule.rousseau@arentfox.com
| www.arentfox.com


-----Original Message-----
From: Joseph Wood [mailto:jhcwlaw@yahoo.com]
Sent: Wednesday, September 03, 2014 8:49 PM
To: Cryan, Michael S.; Rousseau, Jule
Subject: Barnes; Bitter

Dear Counsel:

Settlement agreements?

JW

CONFIDENTIALITY NOTICE: This
e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.


CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message

and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

Confidential

AF0019241