# EXHIBIT 20

| | |
|---|---|
| **From:** | Darin T. Judd |
| **To:** | Joseph Wood |
| **Subject:** | RE: Barnes v. Windsor Securities, LLC; Bitter v. Windsor Securities, LLC |
| **Date:** | Wednesday, September 17, 2014 11:56:58 AM |

Dear Mr. Wood,

I am in a trial in Fresno, and will be available to discuss this matter tomorrow. What time is best to call you?

Darin

---

**From:** Joseph Wood [mailto:jhcwlaw@yahoo.com]
**Sent:** Tuesday, September 16, 2014 8:33 AM
**To:** Darin T. Judd
**Subject:** Barnes v. Windsor Securities, LLC; Bitter v. Windsor Securities, LLC

Dear Mr. Judd:

It appears that Windsor is backing out of what I had believed was an imminent settlement of the Barnes and Bitter actions. If that is not the case, please let me know immediately. Otherwise, I will advise the arbitration panel that we need to set a hearing on the Barnes fee award, will further advise the district court that mediation should be rescheduled in Bitter, and will recommence discovery therein. You may wish to point out to your client, in this regard, that the amount Windsor will almost certainly have to pay to Mrs. Bitter for attorney's fees and costs is already at $50,000 and will likely exceed $250,000 before the case is over. Finally, please advise whether you will be substituting in for Arent Fox on all pending matters.

Thank you.

HENNEFER FINLEY & WOOD, LLP

Joseph Wood



EXHIBIT
Judd 4
10-4-17

PLAINTIFF 073915