# EXHIBIT 22

Case 1:16-cv-01533-GBD-GWG   Document 130-22   Filed 08/23/18   Page 1 of 3

| | |
|---|---|
| **From:** | MFIWSI |
| **To:** | "Darin T. Judd"; lauren@antoninofirm.com; "Alan L. Frank" |
| **Subject:** | RE: Windsor |
| **Date:** | Wednesday, October 08, 2014 6:34:38 PM |

Thoughts?

-sgp

---

**From:** Darin T. Judd [mailto:Darin@twsglaw.com]
**Sent:** Wednesday, October 08, 2014 5:02 PM
**To:** MFIWSI; lauren@antoninofirm.com; Alan L. Frank
**Subject:** Fwd: Windsor

Please see Mr. Wood's response below.

Sent from my iPhone

Begin forwarded message:

> **From:** Joseph Wood <jhcwlaw@yahoo.com>
> **Date:** October 8, 2014 at 1:03:26 PM PDT
> **To:** "Darin T. Judd" <Darin@twsglaw.com>
> **Subject: Re: Windsor**
>
> Dear Mr. Judd:
>
> Again, I ethically cannot, and will not, "sort out" a single $1.5 million offer amoung my clients. Nor have I communicated a single $2.6 million offer. I have communicated four independent offers. Please address them as such. If you will not do so, I will assume that your client has rejected each of the four.
>
> Thank you.
>
> HENNEFER FINLEY & WOOD, LLP
>
>
> Joseph Wood
>
> -------------------------------------------------
> On Wed, 10/8/14, Darin T. Judd <Darin@twsglaw.com> wrote:
>
> Subject: Windsor
> To: "Joseph Wood (jhcwlaw@yahoo.com)" <jhcwlaw@yahoo.com>
> Date: Wednesday, October 8, 2014, 10:18 AM
>
> Mr. Wood, First I apologize for the
> delay in responding to your email of Friday, October 3,
> 2014. I am not sure why, but your email was redirected
> to our "spam" filter. I have checked with
> our technical support and I believe that the appropriate
> approvals are in place to avoid the delay in the



EXHIBIT Judd 8 10-4-17

ANTONINO 074141

ANTONINO 074142

future. I respect your comment
regarding conflicts of interest, and I will leave you to
sort that out among your clients. Please know that
Windsor views all settlement discussions as related, and
will leave any breakdown to you and your clients. Accordingly, we view your
proposal as a $2.6m offer versus our $1.5m. If you are fixed in your
position, then we can agree to proceed with both
cases. If you would like to continue discussions,
please let me know.
 I am still in a
bench trial in Fresno, CA. The estimate is to be there
through the end of the month. Accordingly, I will be
best reached through email, or on my cell phone (415)
717-7273. Sincerely, Darin T. Judd   Darin T. Judd
Thompson, Welch, Soroko & Gilbert LLP
3950 Civic Center Drive, Suite 300
San Rafael, California  94903 (415) 448-5000
(415) 448-5010 fax  PRIVACY NOTICE: This material
is intended only for the use of the individual to whom or
the entity to which it is addressed and may contain
information that is privileged, confidential, or exempt from
disclosure under applicable law. If you are not the intended
recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication is
prohibited. If you have received this communication in
error, please notify us immediately by telephone, and
please delete the original message. Thank you.