# EXHIBIT 36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO. 16-1533

-------------------------------------------------------------------------------------------------------------

**Windsor Securities, LLC**
Plaintiff,


**v.**

**Arent Fox, LLP**

And

**Julius Rousseau III, Esq.**

Defendants



## Expert Report

Prepared by

Charles S. Lunden, CPA/ABV, CFE, CLU, FLMI, CMA
Bederson LLP
234 Cheshire Circle
West Chester PA 19380
610-283-9406 (cell)


April 2, 2018

## <u>**TABLE OF CONTENTS**</u>

<u>PAGE</u>

I.      Introduction and Overview of Findings      1

II.     Procedures Performed      3

III.    Results      4

IV.     Certification      5

**Exhibits**

A      Summary of Damages

B      Bitter Policy

C      Acker Policy

D      Collins Policy

E      Coppock Policy

F      Stamatov Policy

G      Other Legal Fees

H      Qualifications of Charles S. Lunden

**Introduction**

In the litigation captioned *Windsor Securities, LLC. v Arent Fox LLP and Julius Rousseau III, Esq.,* counsel for the plaintiff, represented by Alan Frank Law Associates, has requested that Charles S. Lunden prepare an analysis of the damages allegedly sustained by the plaintiff. For purposes of my analysis, I have assumed liability on the part of the defendants, as alleged in the Complaint. My analysis was based on available documents provided by parties to the litigation, independent research, my education and my experience.  I reserve the right to update my report if additional information becomes available.  My firm is compensated for the time I spend on this project at the rate of $455 per hour.

**Background**

Windsor Securities, LLC ("Windsor") makes life insurance premium financing loans, and invests in life insurance policies in the life settlement segment of the investment marketplace.   It alleges that the legal work performed by the defendants caused it economic harm.   The plaintiffs allege that the defendants' actions or inactions caused Windsor to lose the full proceeds of three insurance policies, because an arbitration panel and other courts have determined Windsor was not entitled to the full proceeds, but only a portion, in security interests arising from the financing agreements.   They allege that had Windsor been advised of the requirements to properly transfer absolute ownership of the policies, without ambiguity, and to perfect entitlement to the death benefits of certain policies, under either the default sales rights or as set forth in Section 9620 of California Code, it would have been successful in refuting the Insurance Trustee's claims to entitlements to the death benefits.   Windsor alleges it also incurred legal fees that would have been avoided, had the appropriate guidance been provided when the investment process was initiated.

I have been asked to measure the economic harm to Windsor, to restore them to the economic position they otherwise would have enjoyed but for the alleged misconduct of the defendants.

**Procedures Performed**

1.  Read the following documents:

    - Complaint and exhibits;
    - Plaintiff's Response to First Set of Interrogatories, including Windsor's check register showing excess legal fees paid in connection with the ownership disputes with the Insurance Trusts;
    - Legal invoices from Arent Fox, for selected payments noted above
    - Insurance Financial Packages, including copies of the insurance policies, for each of the 5 policies in dispute;
    - Settlement Agreements reached with the Trustees of the 5 insurance policies.

2.  Consulted Dunn's Recovery of Damages for Lost Profits, 6th edition.

3.  Measured the loss on each policy, by comparing the face amount of the policies to the settlement amounts obtained in settlement of the ownership dispute, for those insurance policies that have matured, and the settlement payments made to avoid similar issues on two policies that have not yet matured, as set forth on Exhibits B to G.

4.  Measured the excess legal fees paid in connection with the ownership disputes with each policy Trustee, that would have been avoided, but for the alleged misconduct of the defendants, using the Windsor check registers referred to above.

5.  Measured the time lag for each element of harm, and the related prejudgment interest at 9% simple interest, the rate in New York disputes.

6.  Summarized the damages on Exhibit A.

7.  Searched a national commercial research database, EBSCOHOST, to summarize literature describing issues in the life settlement segment of the marketplace during the relevant timeframe.

**Results**

Research

No other conditions in the life settlement sector, between 2010 and 2016 were identified in the EBSCOHOST database research, which might require adjustment to the damage measurement analysis.

Assumptions

I have assumed that Windsor would have received the proceeds of the policies at maturity, 60 days after they matured, but for the alleged misconduct by the defendants. Accordingly, the prejudgment interest is measured at the full policy face amount, for the time before Windsor actually received a portion of those proceeds when they settled with the Trustees of the policies, and on the net amount of loss for the period of time after the Trust settlements were finalized.

**Damages**

Exhibit A summarizes the damages the plaintiff suffered as a result of the alleged misconduct of the defendants.

**CERTIFICATION**

I hold the within opinions to a reasonable degree of professional certainty.  This report is signed and certified by Charles S. Lunden.

_____

Charles S. Lunden

Exhibit A

**Windsor Securities LLC v Arent Fox LLP et al.**
**Summary of Damages**

| Policy | Direct Damages | Prejudgment Interest | Source |
|---|---|---|---|
| Bitter | 1,784,115 | 1,051,364 | Exhibit B |
| Acker | 498,668 | 312,181 | Exhibit C |
| Collins | 1,411,603 | 690,190 | Exhibit D |
| Coppock | 163,416 | 53,372 | Exhibit E |
| Stamatov | 60,919 | 18,573 | Exhibit F |
| Other Legal Fees | 103,269 | 83,514 | Exhibit G |
| Subtotal | 4,021,990 | 2,209,195 | |
| Total | 6,231,184 | | |

**Windsor Securities LLC v Arent Fox LLP et al.**
**Summary of Damages**
**Bitter Policy**

| | Direct Damages | Date | Interest Years | Prejudgment Interest to Trial | Formula | Source |
|---|---|---|---|---|---|---|
| Estimated Trial Date | | 3/31/2019 | | | | |
| | | | | | | |
| Policy Maturity | 2,000,000 | 2/23/2013 | 1.94 | 348,626 | A | Policy, Settlement Agreement, plus 60 Days |
| Settlement With Trust | (650,000) | 1/29/2015 | | | B | Bitter Settlement Agreement |
| Net Loss | 1,350,000 | 1/29/2015 | 4.18 | 508,030 | C=A+B | |
| Legal fees in 2010 | - | 6/30/2010 | 8.78 | - | | Check Summary, Answers to Interrogatories |
| Legal fees in 2013 | 160,071 | 6/30/2013 | 5.77 | 83,114 | | Check Summary, Answers to Interrogatories |
| Legal fees in 2014 | 213,743 | 6/30/2014 | 4.77 | 91,692 | | Check Summary, Answers to Interrogatories |
| Legal fees in 2015 | 54,501 | 6/30/2015 | 3.76 | 18,461 | | Check Summary, Answers to Interrogatories |
| Legal fees in 2016 | 5,800 | 6/30/2016 | 2.76 | 1,440 | | Check Summary, Answers to Interrogatories |
| Subtotal | 434,115 | | | 1,051,364 | D | |
| Direct Damages | 1,784,115 | | | | E=D+C | |

Exhibit C

**Windsor Securities LLC v Arent Fox LLP et al.**
**Summary of Damages**
**Acker Policy**

| | Direct Damages | Date | Interest Years | Prejudgement Interest to Trial | Formula | Source |
|---|---|---|---|---|---|---|
| Estimated Trial Date | | 3/31/2019 | | | | |
| Policy Maturity | 1,000,000 | 6/15/2014 | 1.78 | 160,467 | A | Policy, Settlement Agreement, plus 60 Days |
| Settlement With Trust | (720,648) | 3/25/2016 | | | B | Acker Settlement Agreement |
| Net Loss | 279,352 | 3/25/2016 | 3.02 | 76,047 | C=A+B | |
| Legal fees in 2013 | - | 6/30/2013 | 5.77 | - | | Check Summary, Answers to Interrogatories |
| Legal fees in 2014 | 36,643 | 6/30/2014 | 4.77 | 15,719 | | Check Summary, Answers to Interrogatories |
| Legal fees in 2015 | 161,345 | 6/30/2015 | 3.76 | 54,653 | | Check Summary, Answers to Interrogatories |
| Legal fees in 2016 | 21,328 | 6/30/2016 | 2.76 | 5,295 | | Check Summary, Answers to Interrogatories |
| Subtotal | 219,316 | | | 312,181 | D | |
| Direct Damages | 498,668 | | | | E=D+C | |

**Windsor Securities LLC v Arent Fox LLP et al.**
**Summary of Damages**
**Collins Policy**

| Estimated Trial Date | | 3/31/2019 | | Formula | | |
|---|---|---|---|---|---|---|
| | Direct Damages | Date | Interest Years | Prejudgment Interest to Trial | | Source |
| Policy Maturity | 2,000,000 | 8/19/2014 | 1.66 | 299,176 | A | Policy, Settlement Agreement, plus 60 Days |
| Settlement With Trust | (788,835) | 4/15/2016 | | | B | Collins Settlement Agreement |
| Net Loss | 1,211,165 | 4/15/2016 | 2.97 | 323,421 | C=A+B | |
| Legal fees in 2013 | - | 6/30/2013 | 5.77 | - | | Check Summary, Answers to Interrogatories |
| Legal fees in 2014 | 19,536 | 6/30/2014 | 4.77 | 8,381 | | Check Summary, Answers to Interrogatories |
| Legal fees in 2015 | 158,082 | 6/30/2015 | 3.76 | 53,548 | | Check Summary, Answers to Interrogatories |
| Legal fees in 2016 | 22,820 | 6/30/2016 | 2.76 | 5,665 | | Check Summary, Answers to Interrogatories |
| Subtotal | 200,438 | | | 690,190 | D | |
| Direct Damages | 1,411,603 | | | | E=D+C | |

Exhibit E

**Windsor Securities LLC v Arent Fox LLP et al.**
**Summary of Damages**
**Coppock Policy**

Estimated Trial Date          3/31/2019                    Formula

| | Direct Damages | Date | Interest Years | Prejudgment Interest to Trial | | Source |
|---|---|---|---|---|---|---|
| Policy Maturity | - | | | | A | |
| Settlement With Trust | 12,000 | 7/16/2016 | | | B | Coppock Settlement Agreement |
| Net Loss | 12,000 | 7/16/2016 | 2.71 | 2,931 | C=A+B | |
| Legal fees in 2013 | - | 6/30/2013 | 5.77 | - | | Check Summary, Answers to Interrogatories |
| Legal fees in 2014 | 830 | 6/30/2014 | 4.77 | 356 | | Check Summary, Answers to Interrogatories |
| Legal fees in 2015 | 140,371 | 6/30/2015 | 3.76 | 47,549 | | Check Summary, Answers to Interrogatories |
| Legal fees in 2016 | 10,215 | 6/30/2016 | 2.76 | 2,536 | | Check Summary, Answers to Interrogatories |
| Subtotal | 151,416 | | | 53,372 | D | |
| Direct Damages | 163,416 | | | | E=D+C | |

**Exhibit F**

**Windsor Securities LLC v Arent Fox LLP et al.**
**Summary of Damages**
**Stamatov Policy**
Estimated Trial Date          3/31/2019                          Formula

| | Direct Damages | Date | Interest Years | Prejudgment Interest to Trial | | Source |
|---|---|---|---|---|---|---|
| Policy Maturity | - | | | | A | |
| Settlement With Trust | 12,000 | 3/20/2016 | | | B | Stamatov Settlement Agreement |
| Net Loss | 12,000 | 3/20/2016 | 3.04 | 3,282 | C=A+B | |
| Legal fees in 2013 | - | 6/30/2013 | 5.77 | - | | Check Summary, Answers to Interrogatories |
| Legal fees in 2014 | 530 | 6/30/2014 | 4.77 | 227 | | Check Summary, Answers to Interrogatories |
| Legal fees in 2015 | 33,730 | 6/30/2015 | 3.76 | 11,426 | | Check Summary, Answers to Interrogatories |
| Legal fees in 2016 | 14,659 | 6/30/2016 | 2.76 | 3,639 | | Check Summary, Answers to Interrogatories |
| Subtotal | 48,919 | | | 18,573 | D | |
| Direct Damages | 60,919 | | | | E=D+C | |

**Windsor Securities LLC v Arent Fox LLP et al.**
**Summary of Damages**
**Other Legal Fees - Premium Finance**
Estimated Trial Date             3/31/2019

| | Direct Damages | Date | Interest Years | Prejudgment Interest to Trial | Source |
|---|---|---|---|---|---|
| Legal fees in 2008 | 28,022 | 6/30/2008 | 10.79 | 27,202 | Check Summary dated March 30, 2018, at 80% |
| Legal fees in 2009 | 47,731 | 6/30/2009 | 9.78 | 42,026 | Check Summary dated March 30, 2018, at 80% |
| Legal fees in 2010 | - | 6/30/2010 | 8.78 | - | Check Summary dated March 30, 2018 |
| Legal fees in 2011 | - | 6/30/2011 | 7.78 | - | Check Summary dated March 30, 2018 |
| Legal fees in 2012 | - | 6/30/2012 | 6.77 | - | Check Summary dated March 30, 2018 |
| Legal fees in 2013 | 27,515 | 6/30/2013 | 5.77 | 14,287 | Check Summary dated March 30, 2018 |
| Legal fees in 2014 | - | 6/30/2014 | 4.77 | - | Check Summary dated March 30, 2018 |
| Legal fees in 2015 | - | 6/30/2015 | 3.76 | - | Check Summary dated March 30, 2018 |
| Legal fees in 2016 | - | 6/30/2016 | 2.76 | - | Check Summary dated March 30, 2018 |
| Subtotal | 103,269 | | | 83,514 | |

Direct Damages          103,269

# Charles S. Lunden, CPA/ABV/CFF, CFE, CMA, CLU, FLMI

## Summary

27 years diverse experience in litigation consulting and valuation, and 37 years comprehensive experience in financial, tax, and corporate management services, specializing in audit and management consulting for various real estate, healthcare and insurance services.

## Professional Experience—Litigation Support

| | |
|---|---|
| **Partner- Bederson LLP** | 2004 - present |
| **Director of Economic Consulting, ARCCA Incorporated, Penns Park, PA** | 2001 - 2004 |
| **Director of Consulting Services, GenTerra Consulting** | 2000- 2001 |
| **Director, CBIZ Business Solutions** | 1995-2000 |
| **Self-Employed Litigation Consultant** | 1991-1995 |

Responsible for forensic accounting and economic consulting in the firm, focused on providing expert testimony and consulting services in the area of damage measurement, personal injury and wrongful death studies, business valuations, and accountant's malpractice.  Expertise in bankruptcy and reorganizations, fraud investigations, insurance disputes, healthcare fraud and abuse, measuring damages for new and unestablished businesses.  Experience in intellectual property disputes, construction delay damage cases, merger and acquisition disputes, lender liability issues, and employment disputes.

## Industry Experience

| | |
|---|---|
| **Executive Vice President, Corporate Life Insurance Company** | 1987-1991 |
| **Treasurer, Investors Insurance Company** | 1989-1990 |
| **CFO, Provident Indemnity Life Insurance Company** | 1985-1987 |

Responsible for financial reporting of two publicly traded insurance holding companies, with subsidiaries specializing in real estate, reinsurance, the sale of annuity products, and long term care health insurance products, and group health insurance.  Completed registration statements with Securities and Exchange Commission for initial public offering.  Responsible for presentation of financial information to decision makers, including board of directors and regulatory and taxing authorities, as well as shareholders. Significant merger and acquisition experience.  Member of Board of Directors.

| | |
|---|---|
| **Treasurer, Afuture Fund, Carlisle Asher Management Company** | 1988-1990 |

Responsible for financial reporting of a publicly traded no-load mutual fund, and its privately held registered investment advisor affiliate.  Completed registration statements with Securities and Exchange Commission for initial public offering.  Member of Board of Directors.

**Public Accounting Experience**

| | |
|---|---|
| **Manager, Ernst & Whinney,** | 1984-1985 |
| **Senior,  Ernst & Whinney,** | 1982-1984 |
| **Staff Accountant, Arthur Young & Co.** | 1980-1982 |

Responsible for performance of audits of private and publicly held companies, including insurance companies, hospitals, manufacturing companies and service organizations.  Measured damages in billion dollar Plywood antitrust class action case.

## Education

B.S., Economics, University of Pennsylvania, Wharton School of Business, 1980.
Graduated with Honors, Member of Beta Alpha Psi, Accounting Honor Society

## Professional Certifications

Certified Public Accountant - Commonwealth of Pennsylvania – 1982 *
Certified Management Accountant, 1981
Chartered Life Underwriter, 1985
Fellow of the Life Management Institute, 1984
Certified Fraud Examiner, 1997
Accredited in Business Valuations, 1998
Chartered Global Management Accountant, 2012
NASD Series 27 and 63 Securities Licenses, 2002**
Certified in Financial Forensics 2008
*  Inactive from 1986 to 1992
** Inactive since 2008

## Professional Affiliations

American Institute of Certified Public Accountants
Pennsylvania Institute of Certified Public Accountants
      Chairman, Business Valuation Committee
      Past Chairman, Forensic and Litigation Services Committee
      Member, Committee on Fiscal Responsibility
Association of Certified Fraud Examiners
Editorial Board, National Litigation Consultants' Review

**Articles**

Valuing Entities with Complex Capital Structures
New Jersey CPA Society, November 2014 Issue

Discounting Future Damages
Pennsylvania CPA Journal, Fall 2013

To Cite or Not To Cite, Techniques for Reports in Federal Estate Reports
NACVA Quick Read Website, November 2012

Discounts on Embedded Capital Gains for Real Estate
New Jersey CPA Society, September 2011 Issue

Theoretical Considerations from a Practical Valuator
National Litigation Consultants' Review, October 2010 Issue

Down But Not Out, Valuation Adjustments to IPO studies
The Value Examiner July 2009

Damages Case Law Update
National Litigation Consultants' Review, February 2009 Issue

Fair Value Accounting and the SEC Roundtable- Search for the Holy Grail
NJBIZ Accounting Spotlight, July 27, 2008

Owner's Compensation, S Corps and Economic Damages
National Litigation Consultants' Review, March 2007 Issue

The Discounting of Future Economic Damages, at What Rate?
National Litigation Consultants' Review, March 2004 Issue

### Presentations

**Option Pricing Models, Discounts for Marketability**
Pennsylvania Institute of Certified Public Accountants              January 2018

**Updates in Fair Value Accounting, Tools for the Toolkit**
PICPA Business Valuation and Forensic Conference              November 2017

**Current Issues in ESOP Valuations**
Pennsylvania Institute of Certified Public Accountants              August 2017

**Court Case Update, Numbers and Narrative**
National Conference, AGN, Pittsburgh PA              June 2017

**Risk Mitigation for Non Profit Board Members**
State Council of NJ Junior League, Morristown NJ              April 2017

**Bankruptcy, Matrimonial and Tax Court Case Update**
Pennsylvania Institute of Certified Public Accountants              April 2017

**QDRO Implementation Challenges**
New Jersey Association of Professional Mediators              December 2016

**Latest Research on S corp Valuation Issues**
Pennsylvania Institute of Certified Public Accountants              November 2016

**Central States Pension Issues, Valuation Court Case Updates**
National Conference, AGN, San Diego CA              May 2016

**Asymmetric Information Risk and the Elasticity of Demand**
Pennsylvania Institute of Certified Public Accountants              November 2015

**Sources of Fair Market Value Data**
Pennsylvania Institute of Certified Public Accountants              November 2015

**Forensic Litigation Hot Topics**
Pennsylvania Institute of Certified Public Accountants              November 2015

**2015 Gift and Estate Tax Court Case Update**              October 2015
Pennsylvania Institute of Certified Public Accountants- State Valuation Conference

**Economic Issues in Divorce, Marital or Business Dissolution**
The Laura Smith Radio Show WABC, New York              September 2015

4

**Social Media Implications and Economic Hot Topics**
NJ CLE conference, West Orange NJ                                September 2015

**Proving Theft of Trade Secret Damages**
New Jersey Law Institute In House Counsel, Florham Park, NJ     June 2015

**Expert Testimony in Bankruptcy**
National Conference, Association of Insolvency and Restructuring Advisors
Philadelphia PA                                                 June 2015

**Discounts for Lack Of Marketability and the Elasticity of Demand**
National Conference, AGN, Atlanta, GA                           May 2015
Pennsylvania Institute of Certified Public Accountants          January 2015
National Webinar, NACVA Conference                              December 2014

**Jarwick v Wilf, Shareholder Oppression Issues**
National Conference, AGN, Atlanta, GA                           May 2015
Pennsylvania Institute of Certified Public Accountants          November 2014

**Bankruptcy Valuation Update**
Inn of Court, New Jersey, North Division                        November 2014

**2014 Damages and Divorce Court Case Update**                  November 2014
Pennsylvania Institute of Certified Public Accountants- State Valuation Conference

**2014 Valuation Court Case Update**                            May 2014
National Conference, AGN, Colorado Springs, CO

**Tax Court Case Update**                                       November 2013
Pennsylvania Institute of Certified Public Accountants- State Valuation Conference

**Public Corruption Fraud Investigations**
PA Association of County Controllers, Harrisburg PA             November 2013
Government Auditors Conference, Allentown PA                    October 2013

**IRS Section 409A Valuations for Stock Option Purposes**       July 2013
Pennsylvania Institute of Certified Public Accountants

**2013 Federal Gift and Estate Tax Court Case Update**         May 2013
National Conference, AGN, Hot Springs, VA

**Update on Discounts for Future Damages**                      November 2012
Pennsylvania Institute of Certified Public Accountants

**Valuations for Forensic Accountants**                         June 2012
Central PA CPA Conference

**New Rules for Fair Value and Impairment Measurement**   November 2011
National Conference, AGN, Webinar

**Discounting Future Damages in Pennsylvania**   November 2011
Pennsylvania Institute of Certified Public Accountants- State Forensic and Litigation Conference

**Implications of the Gallagher Case**   November 2011
Pennsylvania Institute of Certified Public Accountants- State Valuation Conference

**Goodwill Impairment Accounting**   June 2011
Pennsylvania Institute of Certified Public Accountants

**2011 Estate Tax Court Case Update for Valuation Analysts**   May 2011
National Conference, AGN, Scottsdale, AZ

**Tools for the Valuator's Toolkit**   November 2010
National Conference, AGN, Webinar

**Expectations and Ethics**
PICPA State Forensic Conference   November 2010

**Charter School Fraud Schemes in Philadelphia**   July 2010
Pennsylvania Institute of Certified Public Accountants

**Tools for the Valuator's Toolkit**   June 2010
National Conference, AGN, Ashville, NC

**Equity Risk Premiums in Distressed Markets**
PICPA State Valuation Conference   November 2009

**Advanced Damage Measurement Principles**
PICPA State Forensic Conference   November 2008

**Fair Value Implementation Challenges**
Pennsylvania Institute of Certified Public Accountants   September 2008

**Advanced Topics in Damage Measurement Principles**   May 2008
National Conference, AGN, Seattle

**Benefits of Mediation in Insolvency Proceedings**
National Conference, Association of Insolvency and Restructuring Advisors
Chicago   June 2007

**Advanced Damage Measurement Principles**
PICPA State Forensic Conference                                    November 2006, 2008
                                                                   October 1996

**Controversies in Subchapter S Corp Valuations**
AGN North American Regional Meeting                                May 2006

**Anatomy of a Forensic Investigation Involving a Public Official**
Pennsylvania Institute of Certified Public Accountants             April 2006

**Accounting Shenanigans**
Philadelphia Association of Paralegals                             November 2002

**Claims Fraud**
Delechester Claims Association                                     October, 2002

**Current Developments in Managed Care Insurance in Pennsylvania**
Pennsylvania State Association of County Controllers               November 2001

**Fraud Issues for Government Auditors**
Eastern Association of County Auditors and Controllers             September, 2001

**Financial Reporting for HealthChoices**
Single County Authority Fiscal Officers Association                November 2000

**Best Practices in Business Valuations**
PICPA/Montgomery County Bar Association                            May 2000

**Risk Transfer Concepts**
Pennsylvania State Association of County Controllers               April, 2002, 2000

**Charles S. Lunden:**                           **LITIGATION EXPERIENCE**

| CASE | MATTER | COURT | TESTIMONY |
|------|--------|-------|-----------|
| Ryan Fell<br>v.<br>McCool Properties LLC, et al. | Alter Ego<br>Piercing the Corporate Veil | Court of Common Pleas<br>Chester County, PA | Trial<br>March 2018 |
| TDN Money Systems. Inc.,<br>V<br>Global Cash Access, Inc. | Damages<br>Breach of Contract | United States District Court for the<br>District of Nevada | Trial<br>December 2017 |
| IN Re:<br>NJ Headwear, Inc. | Valuation<br>Reorganization Value | United States Bankruptcy Court for<br>the District of New Jersey | Confirmation<br>Hearing<br>October 2017 |
| Ralph Furfaro et ux.<br>V<br>Durkin & Durkin, LLP et al. | Damages<br>Legal Malpractice | Superior Court of New Jersey<br>Morris County | Deposition<br>September 2017 |
| Spiniello Companies<br>v.<br>Lucas Builders Inc., et al. | Damages<br>Theft of Trade Secrets<br>Breach of Contract | United States District Court for the<br>District of New Jersey | Deposition<br>July 2017 |
| IN Re:<br>Voice Pulse, Inc.: | Valuation<br>Intangible Assets | United States Bankruptcy Court for<br>the District of New Jersey | Deposition<br>January 2017 |
| Dr. Russino<br>V<br>Women's Healthcare Group of PA | Damages<br>Wrongful Termination | Arbitration American Health<br>Lawyers Association<br>Blue Bell, Pennsylvania | Arbitration<br>December 2016 |
| Rehabilitation Planning Inc<br>v.<br>Coach USA Inc., et. al. | Damages<br><br>Defamation | Court of Common Pleas<br>Philadelphia, PA | Trial<br>December 2016 |
| TDN Money Systems. Inc.,<br>V<br>Global Cash Access, Inc. | Damages<br>Breach of Contract | United States District Court for the<br>District of Nevada | Deposition<br>June 2016 |

8

| CASE | MATTER | COURT | TESTIMONY |
|---|---|---|---|
| Attenuation Environmental Company<br>v.<br>Nuclear Regulatory Commission | Damages<br>Bad Faith, Breach of Contract | US Civilian Board of Contract Appeals<br>Washington DC | Trial<br>June 2016 |
| Opthalmology Surgical Associates, et al.<br>v.<br>Frank De Petro CPA, et al. | Liability and Damages<br>Accounting Malpractice | Superior Court of New Jersey;<br>Bergen County, NJ | Deposition<br>May 2016 |
| Natural Dairy Products Corporation<br>v.<br>Heritage Equipment Company et al. | Damages<br>Breach of Contract | Superior Court of Delaware<br>New Castle County | Trial<br>March 2016 |
| Why Not Investments<br>v.<br>Nasser Nasser et al. | Damages<br>Shareholder Dispute | Superior Court of New Jersey;<br>Hudson County, NJ | Trial<br>March 2016 |
| Frame<br>v.<br>Frame | Divorce | Court of Common Pleas<br>Chester County, PA | Hearing, March 2016 |
| Why Not Investments<br>v.<br>Nasser Nasser et al. | Damages<br>Shareholder Dispute | Superior Court of New Jersey;<br>Hudson County, NJ | Deposition<br>January 2016 |
| Brandow Automotive Group et al<br>v.<br>Reed Smith | Damages<br>Legal Malpractice | Court of Common Pleas<br>Montgomery County, PA | Trial<br>October 2015 |
| In re: K Capital Corporation<br>v.<br>Wayne Knight<br>2021 Love Point LLC et al. | Solvency | United States Bankruptcy Court for the District of Maryland | Deposition<br>July 2015 |
| GMA Manufacturing<br>v.<br>Thomas Lloyd et al. | Valuation<br>Damages<br>Breach of Contract | Court of Common Pleas<br>Montgomery County, PA | Trial<br>July 2015 |

9

| CASE | MATTER | COURT | TESTIMONY |
|---|---|---|---|
| Joe Capozzoli<br>v.<br>De Val Corporation | Damages<br>Shareholder Dispute | Arbitration<br>Philadelphia, PA | Hearing<br>October 2014 |
| Charles Goldstein, Chapter 7 Trustee for K Capital Corporation<br>V<br>Clifton Gunderson et al. | Accounting Malpractice<br>Solvency<br>Damages | Circuit Court for<br>Baltimore County | Deposition<br>June 2014 |
| Buck Foston's<br>v.<br>City of New Brunswick | Damages<br>Violation of Free Speech | United States District Court for the District of New Jersey | Trial<br>April 2014<br><br>Deposition<br>January 2014 |
| IN RE:<br>ZaZa, Inc.:<br><br>Cardo Windows<br>v.<br>Firas Emachah | Solvency<br>Damages | United States Bankruptcy Court for the District of New Jersey | Deposition<br>February 2014 |
| Osco Motors Inc.<br>v.<br>Quality Mark Inc. | Damages<br>Breach of Contract<br>Tortious Interference | Arbitration<br>Minneapolis, MN | Hearing<br>January 2014 |
| 20 Whitehorse Pike M LLC<br>v.<br>Borough of Lawnside et al. | Damages<br>Tortious Interference | United States District Court for the District of New Jersey | Deposition<br>December 2013 |
| Ron Kyle<br>v.<br>Apollomax LLC et al. | Damages<br>Breach of Contract | United States District Court for the District of Delaware | Trial<br>December 2013 |
| Vertucci<br>V<br>Stebco | Damages<br>Employment Dispute | Superior Court of New Jersey;<br>Morris County, NJ | Trial<br>November 2013 |

| CASE | MATTER | COURT | TESTIMONY |
|---|---|---|---|
| Lance Mead<br>v.<br>BNI | Damages<br>Value of a Franchise | Arbitration<br>Los Angeles CA | Hearing<br>September 2013 |
| Ron Kyle<br>v.<br>Apollomax LLC et al. | Damages<br>Breach of Contract | United States District Court for the District of Delaware | Hearing<br>September 2013 |
| Charles Stanziale Jr., on behalf of Integrated Packaging Corporation of New Jersey<br>v.<br>PepsiCo, Inc. | Damages<br>Breach of Contract | United States District Court for the District of New Jersey | Deposition<br>July 2013 |
| Sunoco Logistic Partners<br>v<br>Ron Russo | Damages<br>Breach of Contract<br>Employment Dispute | Court of Common Pleas<br>Chester County, PA | Trial<br>June 2013 |
| Vertucci<br>V<br>Stebco | Damages<br>Employment Dispute | Superior Court of New Jersey;<br>Morris County, NJ | Deposition<br>May 2013 |
| Ballarini<br>v<br>Emergency Management Physicians of York | Damages<br>Shareholder Dispute | Court of Common Pleas<br>York County, PA | Trial<br>May 2013 |
| Kyle<br>V<br>Appolomax | Damages<br>Shareholder Dispute | United States District Court for the District of Delaware | Deposition<br>April 2013 |
| National Casualty Company<br>V<br>Cohen, Phillips & Seiden et al. | Accounting Malpractice<br><br>Insurance Coverage Dispute | United States District Court for the Eastern District of New York | Deposition<br>July, August 2012 |

11

| CASE | MATTER | COURT | TESTIMONY |
|---|---|---|---|
| Regions Bank, et al<br>V<br>John Spitznagel et al. | Damages<br><br>Real Estate Dispute | In the Circuit Court for the 20th Judicial Circuit, in and for Lee County, Florida | Trial<br>April 2012<br><br>Deposition<br>March 2012 |
| Millwood Construction<br>Ackerman Pratt Custom Builders<br>V<br>Short Hills Deli | Lost Profit Damages<br><br><br>Fire Claim | Superior Court of New Jersey;<br>Camden County, NJ | Deposition<br>February 2012 |
| John Lyons et al.<br>v.<br>Baron Yeager Excavating | Economics<br><br>Personal Injury | Superior Court of New Jersey;<br>Mercer County, NJ | Trial<br>January 2012 |
| Educational Impact et al.<br>v.<br>Ohio Association of Elementary School Administrators et al. | Damages<br><br>Defamation | United States District Court for the Southern District of Ohio | Deposition<br>January 2012 |
| Leonetti's Frozen Foods.<br>v.<br>Maglio's Fresh Foods et. al. | Damages<br><br>Misappropriation of a Brand | Court of Common Pleas<br>Philadelphia, PA | Trial<br>December 2011 |
| Christopher Devone<br>v.<br>Richard Seifert | Valuation of Restricted stock,<br><br>Shareholder Dispute | Superior Court of New Jersey;<br>Burlington County, NJ | Deposition<br>December 2011 |
| Vincent A Green, et al.<br>v.<br>Advance Products and Brush Co. et. al. | Damages<br><br>Defamation | Court of Common Pleas<br>Philadelphia, PA | Trial<br>November 2011 |
| Industrial Technology Ventures LP<br>V<br>Pleasant T Rowland Trust et al. | Damages<br><br>Shareholder dispute | United States District Court for the Western District of New York | Deposition<br>November 2011 |
| Leonetti's Frozen Foods.<br>v.<br>Maglio's Fresh Foods et. al. | Damages<br><br>Unfair Competition | Court of Common Pleas<br>Philadelphia, PA | Trial<br>September 2011 |

| CASE | MATTER | COURT | TESTIMONY |
|---|---|---|---|
| John Spitznagle<br>V<br>Jon Rubinton et al. | Damages<br><br>Disclosure Issues<br>Real estate entity | United States District Court for the Middle District of Florida;<br>Fort Myers Division | Deposition<br>February 2011 |
| Jarwick et al<br>V<br>Wilf et al. | Accounting and Damages<br>Real Estate Dispute | Superior Court of New Jersey;<br>Morris County, NJ | Deposition<br>February 2011 |
| In RE: Kimco Birmingham | Solvency<br><br>Real estate entity | United States Bankruptcy Court for the<br>Eastern District of New York | Trial<br>January 2011 |
| Kaffrisen<br>V<br>Koltlikoff | Damages<br><br>Shareholder dispute | United States District Court for the Eastern District of Pennsylvania;<br>Philadelphia, PA | Deposition<br>January 2011 |
| Conestoga Bank<br>v.<br>Randazzo Property Group et al. | Real Estate<br>Damages, Construction<br>Lending | Superior Court of New Jersey;<br>Atlantic/Ocean County, NJ | Trial<br>January 2011 |
| In RE: Kimco Birmingham | Solvency<br>Real estate entity | United States Bankruptcy Court for the<br>Eastern District of New York | Deposition<br>November 2010 |
| Kaminer<br>v.<br>Kaminer | Valuation<br>Insurance Agency | Superior Court of New Jersey;<br>Camden County, NJ | Trial<br>October 2010 |
| Amptech Electric<br>v.<br>William Tucker | Shareholder Dispute<br>Valuation | Superior Court of New Jersey;<br>Gloucester County, NJ | Trial<br>August 2010 |
| Green Goblin, Inc. and<br>Sabertooth LLC<br>v.<br>Warren Simons | Damages | United States District Court for the Eastern District of Pennsylvania;<br>Philadelphia, PA | Deposition<br>July 2010 |

13

| CASE | MATTER | COURT | TESTIMONY |
|---|---|---|---|
| In RE: The Certo Group | Valuation | United States Bankruptcy Court for the District of New Jersey | Deposition June 2010 |
| Amptech Electric V William Tucker | Shareholder Dispute Valuation | Superior Court of New Jersey; Gloucester County, NJ | Deposition April 2010 |
| Mehmel et al. v Luchs et al. | Shareholder Dispute | Arbitration Wilmington, DE | Hearing March 2010 |
| Wayne Schuh v. Ceridian Corporation | Damages Breach of Contract | United States District Court for the Eastern District of Pennsylvania; Philadelphia, PA | Deposition March 2010 |
| Brandywine Promenade LLC v. REMEd et al. v Brandywine Realty Trust | Damages Breach of Contract | Superior Court of New Jersey; Burlington County, NJ | Deposition November 2009 |
| BG Balmer & Co v Frank Crystal & Company et. al. | Damages Breach of Contract | Court of Common Pleas Chester County, PA | Trial November 2009 |
| Thomas Hawkinson v Oak Lawn Harvey Davidson LLC | Damages Personal Injury | Circuit Court Of Illinois Cook County | Deposition July 2009 |
| Charles Alfonso v. Intercon Enterprises Kwan Woo Kim | Damages Breach of Contract | Court of Common Pleas Montgomery County, PA | Trial June 2009 |
| Datasphere v. Computer Horizons Corp. | Damages Breach of Contract | United States District Court for the District of New Jersey | Trial March 2009 |

14

| CASE | MATTER | COURT | TESTIMONY |
|------|--------|-------|-----------|
| Great American Opportunities, Inc. v Cherrydale Fundraising, LLC | Damages Unfair Competition | Chancery Court, Delaware | Trial January 2009 Depositions December 2008 |
| Circle of Friends ADHC Inc. v. Felix Nedler et al. | Valuation Shareholder Dispute | United States District Court for the Eastern District of Pennsylvania; Philadelphia, PA | Trial November 2008 |
| Datasphere v. Computer Horizons Corp. | Damages Breach of Contract | United States District Court for the District of New Jersey | Deposition June 2008 |
| F Ashtayani MD v. H Ashtayani MD | Damages Shareholder Dispute | Superior Court of New Jersey Bergen County | Deposition June 2008 |
| Jacob Stern & Company v. Jayant Oil , et al. | Damages Theft of Trade Secrets, Unfair Competition | Montgomery County, Pennsylvania | Trial May 2008 |
| PMT Investments LLC v. Giardina Finishing Systems, Inc. | Damages Breach of Contract | United States District Court for the Northern  District of Georgia | Deposition March 2008 |
| Weichert of Maryland v. Long & Foster, et al. | Damages Breach of Employment Contract, Unfair Competition | Montgomery County, Maryland | Trial March 2008 |
| Acme American Repairs V GK Alan Assoc Inc | Valuation Shareholder Dispute | Supreme Court of the State of New York County of Nassau | Trial February 2008 |

| CASE | MATTER | COURT | TESTIMONY |
|---|---|---|---|
| Weichert of Maryland v. Long & Foster, et al. | Damages Breach of Employment Contract, Unfair Competition | Montgomery County, Maryland | Deposition January 2008 |
| Dr. Seidner-Joseph v West Chester GI Associates | Valuation Surgical Center Shareholder Dispute | Arbitration American Health Lawyers Association Exton Pennsylvania | Hearing January 2008 |
| Centrix HR LLC. v. On-Site Staffing et al. | Damages Breach of Contract | United States District Court for the Eastern District of Pennsylvania; Philadelphia, PA | Trial October 2007 January 2010 |
| Parcels Corp v Joseph Cullen | Damages Breach of Contract | Chancery Court, Delaware New Castle County | Deposition October 2007 |
| Scientific Alloy Corporation v Phil Jacobs | Valuation Shareholder Dispute | Arbitration Newark New Jersey | Hearing October 2007 |
| Martha Eberhard, et al v American International Specialty Lines Insurance Company | Damages Bad Faith Insurance Claim | Arbitration Denver Colorado | Hearing April 2007 |
| Elliott & Frantz, Inc. v. Ingersoll-Rand Company | Damages Breach of Contract | United States District Court for the Eastern District of Pennsylvania; Philadelphia, PA | Trial January 2007 |
| Mainfine USA et al v D"Arco | Damages Breach of Contract | United States Bankruptcy Court for the District of New Jersey | Deposition October 2006 |
| In RE:  Meridian Benefit, Inc. | Insolvency | United States Bankruptcy Court for the District of New Jersey | Deposition September 2006 |

16

| CASE | MATTER | COURT | TESTIMONY |
|---|---|---|---|
| Nutzz.com LLC<br>v.<br>Vertrue, Inc. | Damages<br>Breach of Contract | Arbitration<br>New York, NY | Deposition<br>August 2006 |
| Ultra Chemical<br>v.<br>PMC Group Inc. | Damages<br>Breach of Contract | United States Bankruptcy Court for the District of New Jersey | Trial July 2006<br>Deposition<br>May 2006 |
| US Lubes<br>v.<br>Consolidated Motor Oils | Damages<br>Breach of Contract | Superior Court of New Jersey;<br>Middlesex County, NJ | Trial<br>May 2006 |
| Jasinski<br>v.<br>Paranac | Damages<br>Shareholder Dispute | Arbitration<br>Short Hills, New Jersey | Deposition<br>October 2005 |
| Penn Gear Chapter 7 Trustee<br>v.<br>Adelman Levine PC | Damages<br>Professional Malpractice | United States District Court for the Eastern District of Pennsylvania; Philadelphia, PA | Trial<br>May 2005 |
| Paul Frank et al.<br> v.<br>Empire Carpets et al. | Damages<br>Employment Dispute | Arbitration<br>Philadelphia, PA | Hearing<br>April 2005 |
| Steve Gebaloff<br>v.<br>Joe Marino & Marino Gebaloff & Mayer | Damages<br>Shareholder Dispute | Arbitration<br>Newark New Jersey | Hearings<br>May 2005<br>April 2005<br>March 2005 |
| Siana, Bellwoar, & McAndrew LLP<br>v.<br>Joseph E Vaughan, Patricia S Duffy and Kevin L. Connors | Damages<br>Shareholder Dispute | Arbitration<br>Philadelphia, PA | Hearing<br>March 2005 |
| Elliott & Frantz, Inc.<br>v.<br>Ingersoll-Rand Company | Damages<br>Breach of Contract | United States District Court for the Eastern District of Pennsylvania; Philadelphia, PA | Depositions<br>February and March 2005 |

17

| CASE | MATTER | COURT | TESTIMONY |
|---|---|---|---|
| WESCO Home Improvements<br>v<br> Transportation Insurance Company | Damages<br>Breach of Contract | Circuit Court Of Illinois<br>Cook County | Deposition<br>November 2004 |
| Jack Weiss<br>v.<br>P2P Business Development | Valuation of Business Interest<br>Shareholder Dispute | Arbitration<br>Kansas City, Kansas | Hearing<br>October 2004 |
| Meadowbrook Richman Inc.<br>            v<br>Associated Financial Corporation | Damages<br>Breach of Contract<br>Insurance Fraud | United States District Court;<br>Southern District of New York | Trial<br>January 2004 |
| Fried<br>v. Prolease Atlantic Corporation et.<br>al. | Damages<br>Breach of Employment<br>Contract | United States District Court for the<br>District of Maryland | Deposition<br>January 2004 |
| Wedgewood Village Pharmacy<br>v.<br>Drug Enforcement Agency et. al. | Irreparable Harm<br>Preliminary Injunction | United States District Court for the<br>District of New Jersey;<br>Camden, NJ | Hearing<br>November 2003 |
| Mash Enterprises et al.<br>v. Prolease Atlantic Corporation et.<br>al. | Damages<br>Breach of Contract | United States District Court for the<br>Eastern District of Pennsylvania;<br>Philadelphia, PA | Trial<br>November 2003 |

| CASE | MATTER | COURT | TESTIMONY |
|---|---|---|---|
| Defibaugh v. Defibaugh | Equitable Distribution | Mediation Panel<br>Philadelphia, PA | Hearings<br>October 2003 |
| Regal Custom Fixtures, Inc.,<br>v<br> Parisi Inc. et. al., | Damages<br>Breach of Contract | Superior Court Of New Jersey<br>Burlington County | Deposition<br>July, August 2003 |
| TA Title Insurance Company v<br>Thomas Havey & Co, CPAs | Adequacy of Financial Statement<br>Disclosures<br><br>Accountants Malpractice | Court of Common Pleas<br>Delaware County, PA | Trial<br>October 2002 |
| Lessig Nuclear Associates, P.A. and<br>Dr. Lessig v<br>Robert L. Meckelnburg, M.D.et. al. | Damages<br>Breach of Contract | Court of Common Pleas<br>Chester County, PA | Trial<br>July 2002 |
| Medical Management Concepts v.<br>Digirad Corporation et. al. | Damages<br>Breach of Contract | United States District Court for the<br>Eastern District of Pennsylvania;<br>Philadelphia, PA | Deposition<br>June 2002 |
| Gemini Business Machines<br>v.<br>Ascom Hasler Mailing Systems et. al. | Damages<br>Breach of Contract | Court of Common Pleas<br>Montgomery County, PA | Trial<br>May 2002 |
| United States of America Ex re<br>Deborah Riva Magid v. Barry<br>Wilderman PC and North Penn<br>Hospital | Medicare Fraud and Abuse | United States District Court for the<br>Eastern District of Pennsylvania;<br>Philadelphia, PA | Hearing<br>April 2002 |
| Meadowbrook Richman Inc.<br>v<br>Associated Financial Corporation | Damages<br>Breach of Contract<br>Insurance Fraud | United States District Court;<br>Southern District of New York | Deposition<br>November 2001 |

19

| CASE | MATTER | COURT | TESTIMONY |
|------|--------|-------|-----------|
| Defibaugh v. Defibaugh | Equitable Distribution | Court of Common Pleas Montgomery County, PA | Hearings October 2001, January 2002 July 2002 |
| In Re Frontier Insurance Group Securities Class Action | Adequacy of Disclosures in an SEC Filing | United States District Court for the Eastern District of New York | Hearing July 2001 |
| Bishop v. McLaughlin | Valuation of Business Interests Contract Dispute Lost Profit Damages | American Arbitration Association Philadelphia, PA | Hearing June 2001 |
| Silver v. Silver | Valuation of Business Interests over twenty years and Equitable Distribution | Arbitration Montgomery County, PA | Hearing January 2001 |
| Neuburger and Scott v. Equipment Leasing Company of America | Valuation and Damages | United States District Court for the Eastern District of Pennsylvania; Philadelphia, PA | Deposition November 2000 |
| Defibaugh v. Defibaugh | Equitable Distribution | Court of Common Pleas Montgomery County, PA | Trial August 2000 |
| In RE: Main Line Physicians Organization | Business Valuation Contract Dispute | Court of Common Pleas Philadelphia, PA | Trial July 2000 |
| United States of America Ex re Deborah Riva Magid v. Barry Wilderman PC and North Penn Hospital | Medicare Fraud and Abuse | United States District Court for the Eastern District of Pennsylvania; Philadelphia, PA | Deposition March 2000 April 2000 |
| Katz v. Food Sciences Corporation | Lost Profit Damages Contract Dispute | United States District Court for the Eastern District of Pennsylvania; Philadelphia, PA | Trial March 2000 |
| Kowanowski v. Regent National Bank | Lost Profit Damages Lender Liability | American Arbitration Association Philadelphia, PA | Hearing February 2000 |
| ATI Centers Inc. v. ATI Resources Inc., et. al. | Lost Profit Damages Breach of Contract | United States District Court for the Eastern District of Pennsylvania; Philadelphia, PA | Deposition January 2000 |

| CASE | MATTER | COURT | TESTIMONY |
|---|---|---|---|
| Trembowicz v. Arcidi et. al. | Valuation<br>Lost Profit Damages<br>Contract Dispute | Superior Court<br>Essex County , Massachusetts | Deposition and Trial<br>December 1999 |
| Corestates Bank N.A. v. Philadelphia Authority for Industrial Development et. al. | Mortgage Foreclosure | Court of Common Pleas<br>Philadelphia, PA | Trial<br>November 1999 |
| Donington Karcher et.al. v. Rosenberg Drucker et. al. | Lost Profit Damages<br>Professional Malpractice | United States Bankruptcy Court<br>District of New Jersey | Deposition<br>August 1999 |
| Jerry Borkon v. Walshire Assurance Company | Lost Profit Damages<br>Contract Dispute | American Arbitration Association<br>Philadelphia, PA | Hearing<br>August 1999 |
| Nova Telecom<br>v.<br>Best Rate Communications | Valuation<br>Lost Profit Damages<br>Contract Dispute | United States District Court for the District of Nevada | Deposition and Trial<br>March 1999 |
| Conduit and Foundation Corporation<br>v.<br>City of Cape Corral | Valuation<br>Lost Profit Damages<br>Construction Dispute | United States District Court for the Middle District of Florida | Deposition<br>November 1998 |
| In Re Frontier Insurance Group Securities Class Action | Adequacy of Disclosures in an SEC Filing | United States District Court for the Eastern District of New York | Deposition<br>September 1998 |
| Robert Billet Promotions Inc.<br>v.<br>IMI Corneilus, et. al. | Lost Profit Damages<br>Breach of Oral Contract | United States District Court for the Eastern District of Pennsylvania;<br>Philadelphia, PA | Daubert Hearing and Trial<br>April 1998 |
| Estate of Wayne Defontes | Valuation<br>Nursing Home | Orphans Court,<br>Baltimore County, Maryland | Trial<br>December 1996 |
| Frank Seidman and Kathleen Seidman<br>v.<br>American Mobile Systems, Inc. and Deloitte & Touche | Adequacy of Financial Statement Disclosure in an SEC Filing | United States District Court for the Eastern District of Pennsylvania;<br>Philadelphia, PA | Deposition<br>April 1996 |
| Tabas et. al. v. Tabas et. al. | Fraud- Rico | United States District Court for the Eastern District of Pennsylvania;<br>Philadelphia, PA | Deposition<br>March 1996 |

21

| CASE | MATTER | COURT | TESTIMONY |
|---|---|---|---|
| Suburban Federal Savings Bank v. First American Title Insurance Company | Computation of Damages Breach of Contract | United States District Court for the Eastern District of Pennsylvania; Philadelphia, PA | Trial and Deposition March 1996 |
| Joan Baxter v. G. Kliwinski | Business Interruption | UIM Arbitration Montgomery County PA | Arbitration Hearing February 1995 |
| Corporate Life Insurance Company v. Dan Wahl | Fraud Theft of Insurance Premiums | Court of Common Pleas; Allegheny County, PA | Trial November 1993 |
| Charles Mann v. Tom James Company | Computation of Damages Breach of Contract | United States District Court for the Eastern District of Pennsylvania; Philadelphia, PA | Trial June 1993 |
| Suburban Federal Savings Bank v. Maryland National Bank | Adequacy of Financial Statement Disclosures | United States District Court for the Eastern District of Pennsylvania; Philadelphia, PA | Deposition April 1993 |