# EXHIBIT 37

1

2  DARIN T. JUDD (SBN 160475)
   Djudd@twsglaw.com
3  ERIC MCFARLAND (SBN 214245)
   Emcfarland@twsglaw.com
4  THOMPSON, WELCH,
   SOROKO & GILBERT LLP
5  3950 Civic Center Drive, Suite 300
   San Rafael, CA 94903
6  Telephone:    415.448.5000
   Facsimile:    415.448.5010

7
   Attorneys for Defendant
8  WINDSOR SECURITIES, LLC

9
   HENNEFER FINLEY & WOOD, LLP
10 JOSEPH WOOD  [Calif. SBN 103596]
   275 Battery Street, Suite 200
11 San Francisco, California  94111
   Telephone: (415) 421-6100
12 Facsimile:  (415) 421-1815
   Email:  jhcwlaw@yahoo.com

13
   Attorneys for Plaintiff and Counterdefendant,
14 Carol M. Bitter

15              UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18

19 GREGORY P. BARNES, JR. TRUSTEE OF          Case No. 3:13-cv-01878-WHO
   JOHN L. BITTER IRREVOCABLE LIFE
20 INSURANCE TRUST,                           **STIPULATION AND ORDER TO
                                              RELEASE INTERPLEADER FUNDS**
21               Plaintiff,

22 v.

23 WINDSOR SECURITIES LLC; PACIFIC            Judge: Hon. William H. Orrick
   LIFE INSURANCE COMPANY; and DOE,
24
                 Defendants.
25

26

27

28
   Case No. 3:13-cv-01878-WHO

WHEREAS, the claims in this case involve life insurance policy number VF51701770 (the "POLICY") on the life of John L. Bitter, Jr. (the "INSURED"), issued on or about February 8, 2008, by the Pacific Life Insurance Company ("PACIFIC LIFE"), which Policy carried a death benefit of $2,000,000 (the "DEATH BENEFIT PROCEEDS");

WHEREAS, on or about April 8, 2008, GREGORY BARNES ("BARNES"), acting as the trustee of the John L. Bitter Irrevocable Life Insurance Trust (the "BITTER TRUST") the original owner of the POLICY, CAROL M. BITTER ("BITTER"), the INSURED, and WINDSOR SECURITIES LLC ("WINDSOR") entered into certain written agreements related to the POLICY;

WHEREAS, on or about February 13, 2013, BARNES filed a Complaint in the Superior Court of California, County of Sonoma, Case No. SCV 253206, against WINDSOR, PACIFIC LIFE, and Doe 1 through Doe 20, seeking a declaration that BARNES was entitled to recover at least part of the DEATH BENEFIT PROCEEDS (the "BARNES ORIGINAL COMPLAINT");

WHEREAS, on or about March 29, 2013, PACIFIC LIFE filed a Cross-Complaint against WINDSOR, the BITTER TRUST, and Does 1 through 20 (the "PACIFIC LIFE CROSS-COMPLAINT") in the Superior Court of California, County of Sonoma. As part of the Cross-Complaint, PACIFIC LIFE proffered a deposit of $2,030,904.11 (the "INTERPLEADER FUNDS") with the Court, which INTERPLEADER FUNDS are comprised of the DEATH BENEFIT PROCEEDS from the POLICY, and accrued interest, and PACIFIC LIFE sought to recover its attorneys fees incurred in the litigation from the INTERPLEADER FUNDS;

WHEREAS, on or about Apri124, 2013, WINDSOR filed a notice of removal in the Superior Court of California, County of Sonoma, removing the BARNES ORIGINAL COMPLAINT and PACIFIC LIFE CROSS-COMPLAINT to the United States District Court for the Northern District of California (the "COURT"), Case No. 3:13-cv-01878-WHO (the "BARNES-WINDSOR COURT ACTION");

1

2  WHEREAS, BARNES, as the trustee of the BITTER TRUST, BITTER, individually and

3 as the executor of the Estate of John L. Bitter, Jr. (the "BITTER ESTATE"), and WINDSOR

4 have asserted various claims and defenses against each other, which claims are currently pending

5 in the BARNES-WINDSOR COURT ACTION before this COURT;

6  WHEREAS, on or about June 6, 2013, BARNES, WINDSOR and PACIFIC LIFE

7 filed with the COURT a Stipulation Permitting Interpleader Stake with respect to the

8 INTERPLEADER FUNDS;

9  WHEREAS, on or about June 10, 2013, the COURT entered an Order Granting

10 Stipulation Permitting Interpleader Stake with respect to the INTERPLEADER FUNDS;

11  WHEREAS, on or about June 26, 2013, BARNES, WINDSOR and PACIFIC

12 LIFE filed with the COURT a Stipulation Discharging PACIFIC LIFE and directing distribution

13 Of $17,500 in attorneys' fees to PACIFIC LIFE from the INTERPLEADER FUNDS;

14  WHEREAS, on or about July 2, 2013, the COURT entered an Order Granting

15 Stipulation Discharging PACIFIC LIFE and directing distribution of $17,500 in attorneys' fees

16 to PACIFIC LIFE from the INTERPLEADER FUNDS;

17  WHEREAS BARNES as the trustee of the BITTER TRUST, BITTER, individually and

18 as the executor of the Estate of John L. Bitter, Jr. (the "BITTER ESTATE"), and WINDSOR

19 have entered into a Settlement Agreement and Release dated January 29, 2015 ("SETTLEMENT

20 AGREEMENT"); and

21  WHEREAS, BARNES and WINDSOR  stipulate and agree that the INTERPLEADER

22 FUNDS, including but not limited to any and all interest accrued thereon, less any fees and

23 expenses deducted or to be deducted by the COURT, shall be paid over in trust via check made

24 payable to the Joseph Wood Attorney-Client Trust Account, and sent to Joseph Wood, Hennefer

25 Finley & Wood, LLP, 275 Battery Street, Suite 200, San Francisco, CA 94111, counsel for

26 BARNES, to receive and disburse a portion of the INTERPLEADER FUNDS in accordance with

27 the terms of the SETTLEMENT AGREEMENT.

28

IT IS STIPULATED AND AGREED:

1.     The INTERPLEADER FUNDS, including but not limited to any and all interest accrued thereon, less any fees and expenses deducted or to be deducted by the COURT, shall be paid over in trust via check made payable to the Joseph Wood Attorney-Client Trust Account, and sent to Joseph Wood, Hennefer Finley & Wood, LLP, 275 Battery Street, Suite 200, San Francisco, CA 94111, counsel for BARNES, to receive and disburse a portion of the INTERPLEADER FUNDS in accordance with the terms of the SETTLEMENT AGREEMENT.

**IT IS SO STIPULATED:**

Dated:  February 11, 2015                    **THOMPSON, WELCH, SOROKO & GILBERT LLP**


By: _/S/_____
        DARIN T. JUDD
        Attorneys for Respondent
        WINDSOR SECURITIES, LLC


Dated:  February 11, 2015                    **HENNEFER FINLEY & WOOD LLP**


By: _/S/_____
        JOSEPH WOOD
        Attorneys for Plaintiff
        GREGORY P. BARNES, JR. TRUSTEE OF
        JOHN L. BITTER IRREVOCABLE LIFE
        INSURANCE TRUST


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _February 13, 2015_

_____
WILLIAM H. ORRICK
United States District Judge

Darin T. Judd (CA SBN 160475)
Russell F. Rowen (CA SBN 058178)
THOMPSON WELCH SOROKO & GILBERT LLP
3950 Civic Center Drive, Suite 300
San Rafael, California 94903
Telephone:     (415) 448-5000
Facsimile:     (415) 448-5010
Email:         djudd@twsglaw.com

Lauren S. Antonino *(Appearance Pro Hac Vice)*
THE ANTONINO FIRM LLC
Six Concourse Parkway, Suite 2920
Atlanta, Georgia 30328
Telephone:     (770) 408-1229
Facsimile:     (866) 372-5586
Email:         lauren@antoninofirm.com

Attorneys for Defendant, Cross-Claimant, and Cross-Defendant
WINDSOR SECURITIES, LLC

Joseph Wood (SBN 103596)
HENNEFER FINLEY & WOOD, LLP
275 Battery Street, Suite 200
San Francisco, CA 94111
Telephone:     (415) 421-6100
Facsimile:     (415) 421-1815
Email:         jwood@hennefer-wood.com; jhcwlaw@yahoo.com

Attorneys for Defendant, Cross-Defendant, and Cross-Claimant
RONALD M. GOSS, as Trustee of the Joe E. Acker Family
Insurance Trust

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MINDY GOSS, as Trustee of the Joe E. Acker Family Insurance Trust [incorrectly named herein as the "Joe E. Acker Family Trust"], a Georgia resident; and WINDSOR SECURITIES, LLC, a Nevada limited liability company [incorrectly named herein as a "Delaware company"],<br><br>Defendants. | Case No.        3:14-cv-04651-WHO<br><br><br>**AMENDED JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE SETTLEMENT CONFERENCE** |
| AND RELATED CROSS-CLAIMS. | |

Defendant, Cross-Defendant, and Cross-Claimant WINDSOR SECURITIES, LLC, and Defendant, Cross-Defendant, and Cross-Claimant RONALD M. GOSS, as Trustee of the Joe E. Acker Family Insurance Trust hereby jointly submit the following:

1.      On January 25, 2016, the parties RONALD MARK GOSS, as Trustee of the Joe E. Acker Family Insurance Trust, WINDSOR SECURITIES, LLC, each through their respective legal counsel authorized the filing of a "Further Joint Case Management Statement" thereby advising the Court that "the parties have reached a settlement in this matter."

2.      On January 27, 2016, the Court ordered that the matter be placed on the Dismissal Docket, based upon the finding that: "The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement. *See* Dkt. No. 105." [*See* Dkt. No.107.] The settlement agreed to on January 27, 2016 included the specific dollar amounts and the timing of all payments each party would receive from the Interpleader funds.

3.      On February 22, 2016, the parties through their attorneys submitted a Joint Stipulation to extend the order of Dismissal upon Settlement to March 14, 2016. [*See* Dkt. No.108.] In this joint stipulation the parties once again confirmed to the Court: "The parties have agreed to a settlement and have been performing the tasks related thereto to complete the settlement and for distribution of the funds interplead with this Court."    [*See* Dkt. No.108, ¶2.] The Court accepted the stipulation and extended the Order of Dismissal to March 14, 2016. [*See* Dkt. No.109.]

4.      On March 14, 2016, the attorneys for Windsor Securities filed an Ex Parte Application to further extend the Order of Dismissal Upon Settlement until March 21, 2016, to allow the parties to complete the settlement and for distribution of the funds interplead with this Court. [*See* Dkt. No.112.]

5.      On March 21, 2016, the attorneys for Windsor Securities filed a Further Case Management Conference Statement requesting a Mandatory Settlement Conference through the Court. [*See* Dkt. No.115.] On March 22, 2016, the Court ordered the parties to a Mandatory Settlement Conference through Hon. Judge Jon S. Tigar. [*See* Dkt. No.117.] Thereafter, on March 29, 2016, the Court ordered the parties to a Mandatory Settlement Conference through Magistrate Judge Donna Ryu.

[*See* Dkt. No.118.]  On March 30, 2016, Magistrate Judge Ryu scheduled a Mandatory Settlement Conference for April 25, 2016.  [*See* Dkt. No.118.]

6.      On April 7, 2016, the parties filed with the Court a "Stipulation and Order [Proposed] to Release Interpleader Funds that confirmed a signed Settlement Agreement and Release dated March 28, 2016.  [*See* Dkt. No.120.]  On April 11, 2016, the Court granted the order to release the Interpleader Funds based upon the parties' settlement.  [*See* Dkt. No.121.]

7.      On April 15, 2016, legal counsel for Windsor Securities, LLC notified that clerk for Magistrate Judge Ryu that the parties had settled the case and would not be appearing for the Mandatory Settlement Conference.

8.      Based upon the preceding, the parties request that the Court vacate the Mandatory Settlement Conference scheduled for April 25, 2016.

IT IS SO STIPULATED.

Dated:  April 22, 2016

Respectfully submitted,
THOMPSON, WELCH, SOROKO & GILBERT, LLP


By:_____/S/_____
       Darin T. Judd
       Attorneys for Defendant, Cross-Claimant, and
       Cross-Defendant
       WINDSOR SECURITIES, LLC


Dated:  April 22, 2016

HENNEFER FINLEY & WOOD, LLP


By:_____/S/_____
       Joseph Wood
       Attorneys for Defendant, Cross-Defendant, and
       Cross-Claimant
       RONALD GOSS, as Trustee of the Joe E. Acker
       Family Insurance Trust


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _April 22_____, 2016

_____
Hon. Donna M. Ryu
United States District Magistrate Judge

**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE SETTLEMENT CONFERENCE**

**ATTESTATION OF FILER**

I, Darin T. Judd, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: April 22, 2016

THOMPSON, WELCH, SOROKO & GILBERT, LLP

By: _____/S/_____
Darin T. Judd
Attorneys for Defendant, Cross-Claimant, and Cross-Defendant
WINDSOR SECURITIES, LLC

**AMENDED JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE SETTLEMENT CONFERENCE**

Darin T. Judd (SBN 160475)
darin@twsglaw.com
Amy Leung (SBN 280318)
amy@twsglaw.com
THOMPSON, WELCH, SOROKO & GILBERT, LLP
3950 Civic Center Drive, Suite 300
San Rafael, CA 94903
Telephone:     (415) 448-5000
Facsimile:     (415) 448-5010

Lauren S. Antonino *(Appearance Pro Hac Vice)*
THE ANTONINO FIRM LLC
Six Concourse Parkway, Suite 2920
Atlanta, Georgia 30328
Telephone:     (770) 408-1229
Facsimile:     (866) 372-5586
Email:          lauren@antoninofirm.com

Attorneys for Defendant, Cross-Claimant, and Cross-Defendant
WINDSOR SECURITIES, LLC

HENNEFER FINLEY & WOOD, LLP
JOSEPH WOOD [Calif. SBN 103596]
275 Battery Street, Suite 200
San Francisco, California 94111
Telephone: (415) 421-6100
Facsimile: (415) 421-1815

Attorneys for Defendant, Cross-Claimant, and Cross-Defendant
MARIA ANA GORDILLO, as Trustee of the Erwin A. Collins Family Insurance Trust – 2008

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC LIFE INSURANCE COMPANY<br><br>          Plaintiff,<br><br>    vs.<br><br>MARIA ANA GORDILLO, as Trustee of the Erwin A. Collins Family Insurance Trust – 2008; and WINDSOR SECURITIES, LLC, a Nevada limited liability company,<br><br>          Defendants. | Case No.     3:14-cv-03713 WHO<br><br>**AMENDED JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE SETTLEMENT CONFERENCE** |

Case No. 3:13-cv-03713-WHO

**AMENDED JOINT STIPULATION & [~~PROPOSED~~] ORDER TO VACATE SETTLEMENT CONFERENCE**

1

1  Defendant, Cross-Defendant, and Cross-Claimant WINDSOR SECURITIES, LLC, and

2  Defendant, Cross-Defendant, and Cross-Claimant MARIA ANA GORDILLO, as Trustee of the

3  Erwin A. Collins Family Insurance Trust – 2008 hereby jointly submit the following:

4         1.      On January 25, 2016, the parties MARIA ANA GORDILLO, as Trustee of the

5  Erwin A. Collins Family Insurance Trust – 2008, WINDSOR SECURITIES, LLC, each through

6  their respective legal counsel authorized the filing of a "Further Joint Case Management

7  Statement" thereby advising the Court that "the parties have reached a settlement in this matter."

8         2.      On January 27, 2016, the Court ordered that the matter be placed on the Dismissal

9  Docket, based upon the finding that: "The parties to the action, by and through their counsel,

10 have advised the Court that they have agreed to a settlement. *See* Dkt. No. 78." [*See* Dkt.

11 No.80.] The settlement agreed to on January 25, 2016 included the specific dollar amounts and

12 the timing of all payments each party would receive from the Interpleader funds.

13        3.      On February 22, 2016, the parties through their attorneys submitted a Joint

14 Stipulation to extend the order of Dismissal upon Settlement to March 14, 2016. [*See* Dkt.

15 No.81.] In this joint stipulation the parties once again confirmed to the Court: "The parties have

16 agreed to a settlement and have been performing the tasks related thereto to complete the

17 settlement and for distribution of the funds interplead with this Court." [*See* Dkt. No.81, ¶2.]

18 The Court accepted the stipulation and extended the Order of Dismissal to March 14, 2016. [*See*

19 Dkt. No.82.]

20        4.      On March 14, 2016, the attorneys for Windsor Securities filed an Ex Parte

21 Application to further extend the Order of Dismissal Upon Settlement until March 21, 2016, to

22 allow the parties to complete the settlement and for distribution of the funds interplead with this

23 Court. [*See* Dkt. No.85.]

24        5.      On March 21, 2016, the attorneys for Windsor Securities filed a Further Case

25 Management Conference Statement requesting a Mandatory Settlement Conference through the

26 Court. [*See* Dkt. No.88.] On March 22, 2016, the Court ordered the parties to a Mandatory

27 Settlement Conference through Hon. Judge Jon S. Tigar. [*See* Dkt. No.90.] Thereafter, on

28 Case No. 3:13-cv-03713-WHO

**AMENDED JOINT STIPULATION & [~~PROPOSED~~] ORDER TO VACATE SETTLEMENT CONFERENCE**

March 29, 2016, the Court ordered the parties to a Mandatory Settlement Conference through Magistrate Judge Donna Ryu. [*See* Dkt. No.91.] On March 30, 2016, Magistrate Judge Ryu scheduled a Mandatory Settlement Conference for April 25, 2016. [*See* Dkt. No.92.]

6. On April 15, 2016, the parties filed with the Court a "Stipulation and Order [Proposed] to Release Interpleader Funds that confirmed a signed Settlement Agreement and Release dated April 15, 2016. [*See* Dkt. No.93.] On April 18, 2016, the Court granted the order to release the Interpleader Funds based upon the parties' settlement. [*See* Dkt. No.94.]

7. On April 15, 2016, legal counsel for Windsor Securities, LLC notified that clerk for Magistrate Judge Ryu that the parties had settled the case and would not be appearing for the Mandatory Settlement Conference.

8. Based upon the preceding, the parties request that the Court vacate the Mandatory Settlement Conference scheduled for April 25, 2016.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 22, 2016  THOMPSON, WELCH, SOROKO & GILBERT, LLP


By: _____/S/_____
　　Darin T. Judd
　　Attorneys for Defendant, Cross-Claimant,
　　and Cross-Defendant
　　WINDSOR SECURITIES, LLC

Dated: April 22, 2016  HENNEFER FINLEY & WOOD, LLP


By: _____/S/_____
　　Joseph Wood
　　Attorneys for Defendant, Cross-Defendant,
　　and Cross-Claimant
　　MARIA ANA GORDILLO, as Trustee of
　　the Erwin A. Collins Family Insurance
　　Trust – 2008

Case No. 3:13-cv-03713-WHO

**AMENDED JOINT STIPULATION & [~~PROPOSED~~] ORDER TO VACATE SETTLEMENT CONFERENCE**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __April 22_____, 2016            _____
                                         Hon. Donna M. Ryu
                                         United States District Magistrate Judge

AMENDED JOINT STIPULATION & [PROPOSED] ORDER TO VACATE SETTLEMENT
CONFERENCE

4

# **ATTESTATION OF FILER**

I, Darin T. Judd, hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: April 22, 2016

THOMPSON, WELCH, SOROKO & GILBERT, LLP


By: _____/S/_____
       Darin T. Judd
       Attorneys for Defendant, Cross-Claimant, and Cross-Defendant
       WINDSOR SECURITIES, LLC

Darin T. Judd (SBN 160475)
Russell F. Rowen (SBN 58178)
THOMPSON WELCH SOROKO & GILBERT, LLP
3950 Civic Center Drive, Suite 300
San Rafael, CA 94903
Telephone:     (415) 448-5000
Facsimile:      (415) 448-5010
Email:          djudd@twsglaw.com
                rrowen@twsglaw.com

Attorneys for Plaintiff
WINDSOR SECURITIES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WINDSOR SECURITIES, LLC, a Nevada limited liability company,<br><br>       Plaintiff,<br><br>   vs.<br><br>THE ROBERT S. COPPOCK IRREVOCABLE LIFE INSURANCE TRUST; and ELIZA L. COPPOCK, as Trustee of the Robert S. Coppock Irrevocable Life Insurance Trust - 2008,<br><br>       Defendants. | Case No.        3:15-cv-00075-WHO<br><br>**EX PARTE APPLICATION AND ORDER TO FURTHER EXTEND THE ORDER OF DISMISSAL UPON SETTLEMENT** |

Plaintiff WINDSOR SECURITIES, LLC, hereby applies and requests as follows:

1.      On January 14, 2016, this Court entered an Order of Dismissal Upon Settlement (Dkt. No. 38) in this action.

2.      The parties have agreed to a settlement and have been performing the tasks related thereto to complete the settlement.

3.      On February 24, 2016, this Court entered an Order to Extend the Order of Dismissal Upon Settlement until March 14, 2016 (Dkt. No. 40) in this action.

4.      The parties have agreed upon the final terms in the written settlement agreement and WINDSOR SECURITIES, LLC, has signed and submitted the executed document to legal counsel for the Trustee of the Robert S. Coppock Irrevocable Life Insurance Trust, and WINDSOR SECURITIES, LLC, is awaiting the execution and delivery of the written settlement agreement by ELIZA L.

COPPOCK, Trustee of the Robert S. Coppock Irrevocable Life Insurance Trust – 2008.

      5.      Subject to the Court's approval, WINDSOR SECURITIES, LLC, requests that the Court extend the Order of Dismissal Upon Settlement until March 21, 2016, to allow the parties to complete the settlement and for distribution of the funds interplead with this Court.

                                      Respectfully submitted,

Dated: March 16, 2016            THOMPSON, WELCH, SOROKO & GILBERT, LLP

                         By: /s/ Darin T. Judd
                            Darin T. Judd
                            Attorneys for Plaintiff
                            WINDSOR SECURITIES, LLC

      **PURSUANT TO THE EX PARTE APPLICATION, IT IS SO ORDERED.**

Dated: _____March 17_____, 2016

                          Hon. William H. Orrick
                          United States District Judge

**WINDSOR SECURITIES LLC**

Date: _____

By: _____

Name:  Steven G. Prusky

Title:  President/Director

      MFIP (Delaware) Manager

**ROBERT S. COPPOCK, as Trustee of the**
**Robert S. Coppock Irrevocable Life**
**Insurance Trust**

Date: _____ 6 / 8 / 2016 _____

By: _____ Robert S Coppock _____

Name:  ROBERT S. COPPOCK

Title:  Trustee

**Robert S. Coppock**

Date: _____ 6-8-16 _____

Name: _____ Robert S Coppock _____

CONFIDENTIAL

PLAINTIFF  019026

APPROVED AS TO FORM:

THOMPSON, WELCH, SOROKO & GILBERT LLP

Date: July 1 2016

By: _____

Name: Darin T. Judd

Attorneys for WINDSOR SECURITIES LLC

HENNEFER FINLEY & WOOD, LLP

Date: JUNE 29, 2016

By: _____

Name: Joseph Wood

Attorneys for ROBERT S. COPPOCK, as Trustee of the Robert S. Coppock Irrevocable Life Insurance Trust

- 12 -

PLAINTIFF  019027

Darin T. Judd (SBN 160475)
Russell F. Rowen (SBN 58178)
THOMPSON WELCH SOROKO & GILBERT, LLP
3950 Civic Center Drive, Suite 300
San Rafael, CA 94903
Telephone:     (415) 448-5000
Facsimile:      (415) 448-5010
Email:          djudd@twsglaw.com
                rrowen@twsglaw.com

Attorneys for Plaintiff
WINDSOR SECURITIES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WINDSOR SECURITIES, LLC, a Nevada limited liability company,<br><br>              Plaintiff,<br><br>    vs.<br><br>JANE ANN STAMATOV FAMILY INSURANCE TRUST; and LARRY L. DAVIDSON as Trustee of the Jane Ann Stamatov Family Insurance Trust,<br><br>          Defendants. | Case No.          3:15-cv-00080-WHO<br><br>**EX PARTE APPLICATION AND ORDER TO FURTHER EXTEND THE ORDER OF DISMISSAL UPON SETTLEMENT** |

Plaintiff WINDSOR SECURITIES, LLC, hereby applies and requests as follows:

1.      On January 14, 2016, this Court entered an Order of Dismissal Upon Settlement (Dkt. No. 35) in this action.

2.      The parties have agreed to a settlement and have been performing the tasks related thereto to complete the settlement.

3.      On February 24, 2016, this Court entered an Order to Extend the Order of Dismissal Upon Settlement until March 14, 2016 (Dkt. No. 37) in this action.

4.      The parties have agreed upon the final terms in the written settlement agreement and WINDSOR SECURITIES, LLC, has signed and submitted the executed document to legal counsel for the Trustee of the Jane Ann Stamatov Family Insurance Trust, and WINDSOR SECURITIES, LLC, is awaiting the execution and delivery of the written settlement agreement by LARRY L. DAVIDSON,

Trustee of the Jane Ann Stamatov Family Insurance Trust.

    5.    Subject to the Court's approval, WINDSOR SECURITIES, LLC, hereby requests that the Court extend the Order of Dismissal Upon Settlement until March 21, 2016, to allow the parties to complete the settlement and for distribution of the funds interplead with this Court.

                                        Respectfully submitted,

Dated: March 14, 2016                   THOMPSON, WELCH, SOROKO & GILBERT, LLP


                                        By: /s/ Darin T. Judd
                                           Darin T. Judd
                                           Attorneys for Plaintiff
                                           WINDSOR SECURITIES, LLC


        **PURSUANT TO THE EX PARTE APPLICATION, IT IS SO ORDERED.**

Dated: ___March 17___, 2016
                                        _____
                                        Hon. William H. Orrick
                                        United States District Judge

EX PARTE APPLICATION AND ORDER TO
FURTHER EXTEND THE ORDER OF DISMISSAL UPON SETTLEMENT



**WINDSOR SECURITIES LLC**

Date: ——

By: ——

Name:  Steven G. Prusky

Title:  President/Director

       MFIP (Delaware) Manager

**LARRY L. DAVIDSON, as Trustee of the
Jane Ann Stamatov Family Insurance Trust**

Date: 03-20-2016

By: _Larry L. Davidson_

Name:  LARRY L. DAVIDSON

Title:  Trustee

**Jane Ann Stamatov**

Date:

By:

Name:  John Stamatov

Title:  Power of Attorney

- 9 -

CONFIDENTIAL

PLAINTIFF  019004



**WINDSOR SECURITIES LLC**

Date: _____

By: _____

Name: Steven G. Prusky

Title: President/Director

MFIP (Delaware) Manager

**LARRY L. DAVIDSON, as Trustee of the
Jane Ann Stamatov Family Insurance Trust**

Date: _____

By: _____

Name: LARRY L. DAVIDSON

Title: Trustee

**Jane Ann Stamatov**

Date: 29 Mar 2016

By: _J.L. Stamatov P.O.A. for Jane Stamatov_

Name: John Stamatov

Title: Power of Attorney

- 9 -

**APPROVED AS TO FORM:**

THOMPSON, WELCH, SOROKO & GILBERT LLP

Date: 3-4-2016

By: _____

Name: Darin T. Judd

Attorneys for WINDSOR SECURITIES LLC

HENNEFER FINLEY & WOOD, LLP

Date: _____

By: _____

Name: Joseph Wood

Attorneys for LARRY L. DAVIDSON, as Trustee of the Jane Ann Stamatov Family Insurance Trust

- 10 -

CONFIDENTIAL

PLAINTIFF 019006