# EXHIBIT 41

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HANCOCK INSURANCE COMPANY (U.S.A.), | Case No. 14-cv-04651-WHO |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATION AND SUSPENDING DISCOVERY** |
| MINDY GOSS, et al., | Re: Dkt. No. 44 |
| Defendants. | |

Pending before the Court is Windsor's motion for summary judgment, which was argued on August 12, 2015. Ordinarily, the Court's order on that motion would have issued by now. But because of the real party in interest issue raised in Windsor's reply brief, which the parties and the Court have been addressing, the order has not issued. *See* Dkt. Nos. 49-53, 55-58.

Also pending is the parties' Stipulation to extend discovery dates. Dkt. No. 44. It makes no sense to continue discovery until the order on the motion for summary judgment has issued, so discovery is STAYED pending that order, and the Stipulation is DENIED. A week after the order on the summary judgment motion has issued, the Court will hold a telephonic Case Management Conference to discuss the trial date and all scheduling issues related to it.

**IT IS SO ORDERED**.

Dated: September 3, 2015

WILLIAM H. ORRICK
United States District Judge