# EXHIBIT 43

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: September 29, 2015 | Time: 20 minutes<br>2:18 p.m. to 2:38 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 14-cv-04651-WHO<br>and 14-cv-3713-WHO | Case Name: John Hancock Insurance Company v. Goss<br>Pacific Life Insurance Co. v. Gordillo | |

**Attorney for Trusts:** Joseph Wood
**Attorneys for Windsor:** Darin T. Judd and Lauren Antonio

**Deputy Clerk:** Jean Davis          **Court Reporter:** n/a

## PROCEEDINGS

Telephonic Case Management Conference conducted. The Court has reviewed the parties' statements regarding the issues remaining to be decided in the case. The trial date and associated deadlines are vacated.

The Trusts are directed to file motions for summary judgment, and the following briefing deadlines are set:

    Motions and opening briefs due:    October 27, 2015
    Responses/opposition briefs due:    November 10, 2015
    Reply briefs due:    November 17, 2015
    Hearing to be conducted:    December 2, 2015 at 2:00 p.m.

The parties may rely on, but are not limited to, the evidence and Order entered on defendant's motions for summary judgment. Counsel are not proscribed from raising new issues but should not re-argue ones directly addressed in prior motions.

No further discovery will be conducted at this time. The Court will provide direction as to further discovery necessary to resolve any trailing issues that are not disposed of by the ruling on the motions for summary judgment.

The parties are directed to meet and confer on the amount owed to Windsor for premium payments, interest, and costs of collection within 7 days. The parties may file a stipulation and proposed order reflecting any final agreements reached regarding those issues. Issues that cannot be resolved as part of the meet and confer may be addressed in the summary judgment briefing or will be taken up subsequent to the ruling on the motions for summary judgment.