# EXHIBIT 46

Darin T. Judd (SBN 160475)
Russell F. Rowen (SBN 058178)
THOMPSON, WELCH, SOROKO & GILBERT, LLP
3950 Civic Center Drive, Suite 300
San Rafael, CA 94903
Telephone: (415) 448-5000
Facsimile: (415) 448-5010
Email: darin@twsglaw.com
rrowen@twsglaw.com

Lauren S. Antonino *(Appearance Pro Hac Vice)*
THE ANTONINO FIRM LLC
Six Concourse Parkway, Suite 2920
Atlanta, Georgia 30328
Telephone: (770) 408-1229
Facsimile: (866) 372-5586
Email: lauren@antoninofirm.com

Attorneys for Defendant, Cross-Defendant, and Cross-Claimant
WINDSOR SECURITIES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MINDY GOSS, as Trustee of the Joe E. Acker Family Insurance Trust [incorrectly named herein as the "Joe E. Acker Family Trust"], a Georgia resident; and WINDSOR SECURITIES, LLC, a Nevada limited liability company [incorrectly named herein as a "Delaware company"],<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:14-cv-04651-WHO<br><br>**DECLARATION OF ERIC HARKINS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**Date: December 2, 2015**<br>**Time: 2:00 pm**<br>**Courtroom: 2, 17th Floor**<br>**The Honorable William H. Orrick** |

I, Eric Harkins, declare:

1. I serve as an accounting and operations manager for Windsor Securities LLC,

-1-

*DECLARATION OF ERIC HARKINS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT*
CASE NO. 3:14-cv-04651-WHO

-2-

("Windsor"). I am over the age of twenty-one years, and I make this declaration of my own personal knowledge. If called as a witness, I would and could testify under oath to the truth of the following statements:

2. In 2010, I worked directly with Steven Prusky. I assisted Mr. Pusky on numerous occasions with correspondence relating to insurance premium financing Windsor had engaged in through insurance brokers Eugene Houchins III ("Houchins) and/or his father, Eugene Houchins II ("Houchins Sr.") and their companies. In 2010, this correspondence included sending letters and documents to Trustees and others associated with insurance policies whose premiums were financed through Windsor.

3. I have reviewed the letters dated March 23, 2010, attached as **Exhibit F** to the Declaration of Steven Prusky. To the best of my personal knowledge, I typed these letters in from drafts Mr. Prusky handwrote and then printed and mailed these letters in the normal course of business in March of 2010. [True and correct copies of the March 23, 2010 letters are also attached hereto as **Exhibit F**.]

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this 10th day of November, 2015, at Ardmore, Pennsylvania.

                                                  **/S/**
                                                  Eric HARKINS

# **EXHIBIT F**

**Windsor Securities, LLC**
25 East Athens Avenue
Ardmore, PA 19003

610-642-3100; 610-642-9709 (f)
mfiwsi@comcast

March 23, 2010

Mr. Joseph Acker
2140 Double Branches Road
Comer, GA 30629

Dear Mr. Acker:

Please accept this letter as formal notification that pending our ownership of policy #93783751, we are releasing you from any future financial obligations of our financial agreement.

Sincerely,

Steven G. Prusky, Managing Member
Windsor Securities, LLC

*Printed on fresh*
*Says AA/RP*
*(post office Box)*

EXHIBIT F--00001

**Windsor Securities, LLC**
25 East Athens Avenue
Ardmore, PA 19003

610-642-3100; 610-642-9709 (f)
mfiwsi@comcast

March 23, 2010

Mr. Mark Goss
725 Esco Road
Comer, GA 30629

RE: Joe E. Acker Policy #93783751 Absolute / Gift Assignment

Dear Mr. Goss,

Pursuant to my February letter to you and my letter to Mr. Acker, please consider this formal notification that we are releasing the Trust and the insured, Joseph Acker, from any financial obligations stemming from our Financial Agreement.

We want to confirm that it is our understanding that you have signed the Change of Ownership because you would rather irrevocably surrender ownership and be freed of financial obligations past and future, than pay off your loan to Windsor. We also want to confirm that this assignment is effective immediately upon its processing by the Insurance Company and is irrevocable. With its processing there will be no more financial obligations between Windsor and the Trust, nor between Windsor and the insured, excluding financial obligations contemplated by a breach of contract.

Sincerely,

Steven G. Prusky
Windsor Se...

*[handwritten notes: Printed from Dish / file says / mailed AA/RP / (post box)]*

EXHIBIT F--00002