# EXHIBIT 51

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC LIFE INSURANCE COMPANY,

Plaintiff,

v.

MARIA ANA GORDILLO, et al.,

Defendants.

Case No. 14-cv-03713-WHO

**ORDER DENYING STIPULATION AND SUSPENDING DISCOVERY**

Re: Dkt. No. 44

Pending before the Court are Windsor's motions for summary judgment in two related cases, which were argued on August 12, 2015. Ordinarily, the Court's order on those motions would have issued by now. But because of the real party in interest issue raised in Windsor's reply brief in the related case, *John Hancock Ins. Co. v. Goss, et al.*, 14-cv-4651, which the parties and the Court have been addressing, the order has not issued. *See* Case No. 14-cv-4651-WHO, Dkt. Nos. 49-53, 55-58.

The parties' Stipulation to extend discovery dates is pending. Dkt. No. 44. It makes no sense to continue discovery until both orders on the motions for summary judgment have issued, so discovery is STAYED pending that order, and the Stipulation is DENIED. A week after the order on the summary judgment motion has issued, the Court will hold a telephonic Case Management Conference to discuss the trial date and all scheduling issues related to it.

**IT IS SO ORDERED**.

Dated: September 4, 2015

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California