# EXHIBIT 56

Darin T. Judd (SBN 160475)
Russell F. Rowen (SBN 058178)
THOMPSON, WELCH, SOROKO & GILBERT, LLP
3950 Civic Center Drive, Suite 300
San Rafael, CA 94903
Telephone: (415) 448-5000
Facsimile: (415) 448-5010
Email: darin@twsglaw.com
rrowen@twsglaw.com

Lauren S. Antonino *(Appearance Pro Hac Vice)*
THE ANTONINO FIRM LLC
Six Concourse Parkway, Suite 2920
Atlanta, Georgia 30328
Telephone: (770) 408-1229
Facsimile: (866) 372-5586
Email: lauren@antoninofirm.com

Attorneys for Defendant, Cross-Defendant, and Cross-Claimant
WINDSOR SECURITIES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA ANA GORDILLO, AS TRUSTEE OF THE ERWIN A. COLLINS FAMILY INSURANCE TRUST – 2008; AND WINDSOR SECURITIES, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br><br>Defendants. | Case No. 3:14-cv-03713-WHO<br><br>**DECLARATION OF ERIC HARKINS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**Date: December 2, 2015**<br>**Time: 2:00 pm**<br>**Courtroom: 2, 17th Floor**<br>**The Honorable William H. Orrick** |
| AND RELATED CROSS-ACTIONS | |

I, Eric Harkins, declare:

1. I serve as an accounting and operations manager for Windsor Securities LLC, ("Windsor"). I am over the age of twenty-one years, and I make this declaration of my own personal knowledge. If called as a witness, I would and could testify under oath to the truth of the following

-1-

*DECLARATION OF ERIC HARKINS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT*
*CASE NO. 3:14-cv-03713-WHO*

statements:

2. In 2010, I worked directly with Steven Prusky. I assisted Mr. Pusky on numerous occasions with correspondence relating to insurance premium financing Windsor had engaged in through insurance brokers Eugene Houchins III ("Houchins) and/or his father, Eugene Houchins II ("Houchins Sr.") and their companies. In 2010, this correspondence included sending letters and documents to Trustees and others associated with insurance policies whose premiums were financed through Windsor.

3. I have reviewed the letters dated May 18, 2010, attached as **Exhibit Q** to the Declaration of Steven Prusky. To the best of my personal knowledge, I typed these letters in from drafts Mr. Prusky handwrote and then printed and mailed these letters in the normal course of business in May of 2010. [True and correct copies of the May 18, 2010 letters are also attached hereto as **Exhibit Q**.]

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this 10th day of November, 2015, at Ardmore, Pennsylvania.

                         **/S/**
                         Eric HARKINS

-2-

*DECLARATION OF ERIC HARKINS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT*
**CASE NO. 3:14-cv-03713-WHO**

# EXHIBIT Q

Case 16-cv-01528-JBB-CMC Document 630 Filed 11/28/23 Page 54 of 6

**Windsor Securities, LLC**
25 East Athens Avenue
Ardmore, PA 19003

610-642-3100; 610-642-9709 (f)
mfiwsi@comcast

May 18, 2010

Ms. Maria A. Gordillo, Trustee
The Erwin A. Collins Family Insurance Trust -- 2008
346 Crestview Circle
Roswell, GA 30075

RE: Erwin A. Collins Policy #VF51701320 Ownership Change

Dear Ms. Gordillo,

Please accept this letter as formal notification that pending our ownership of policy #VF51701320, we are releasing the Trust and the insured, Erwin Collins, from any future financial obligations of our financial agreement.

We want to confirm that it is our understanding that you have signed the Change of Ownership because you would rather irrevocably surrender ownership and be freed of financial obligations, than pay off your loan to Windsor. We also want to confirm that this assignment is effective immediately upon its processing by the Insurance Company and is irrevocable. With its processing there will be no more financial obligations between Windsor and the Trust, nor between Windsor and the insured, excluding financial obligations contemplated by a breach of contract.

Sincerely,


Steven G. Prusky, Managing Member
Windsor Securities, LLC


SGP:esh

enc.

**Windsor Securities, LLC**
25 East Athens Avenue
Ardmore, PA 19003

---

610-642-3100; 610-642-9709 (f)
mfiwsi@comcast

May 18, 2010

Mr. Erwin Collins
311 Suburban Road
Knoxville, TN 37923

Dear Mr. Collins:

    Please accept this letter as formal notification that pending our ownership of Pacific Life policy #VF51701320, we are releasing you from any future financial obligations of our financial agreement.

Sincerely,


Steven G. Prusky, Managing Member
Windsor Securities, LLC


SGP:esh

enc.