# EXHIBIT 8

Darin T. Judd (SBN 160475)
Russell F. Rowen (SBN 058178)
THOMPSON, WELCH, SOROKO & GILBERT, LLP
3950 Civic Center Drive, Suite 300
San Rafael, CA 94903
Telephone:   (415) 448-5000
Facsimile:   (415) 448-5010
Email:       darin@twsglaw.com
             rrowen@twsglaw.com

Attorneys for Defendant, Cross-Defendant, and Cross-Claimant
WINDSOR SECURITIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MINDY GOSS, as Trustee of the Joe E. Acker Family Insurance Trust [incorrectly named herein as the "Joe E. Acker Family Trust"], a Georgia resident; and<br>WINDSOR SECURITIES, LLC, a Nevada limited liability company [incorrectly named herein as a "Delaware company"],<br><br>Defendants.<br><br>MINDY GOSS, as Trustee of the Joe E. Acker Family Insurance Trust,<br><br>Cross-Claimant/Cross-Defendant,<br><br>vs.<br><br>WINDSOR SECURITIES, LLC, a Nevada limited liability company,<br><br>Cross-Defendant/Cross-Claimant. | Case No. 3:14-cv-04651-WHO<br><br>**DECLARATION OF STEVEN PRUSKY IN SUPPORT OF WINDSOR SECURITIES, LLC'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: August 12, 2015<br>Time: 2:00 pm<br>Courtroom: 2, 17th Floor<br>The Honorable William H. Orrick |

-1-
DECLARATION OF STEVEN PRUSKY IN SUPPORT OF WINDSOR SECURITIES, LLC'S MOTION FOR
SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT
CASE NO. 3:14-cv-04651-WHO

amount accrues at $73.74 per day.

7. Accordingly, the total amount of interest due to Windsor is $196,264.26 as of July 8, 2015.

8. After Windsor was informed the Insurance Trust would not pay the loan when due, it elected to exercise the Default Sale provision in the Premium Financing Agreement. Attached hereto as Exhibit B is the Change of Ownership (Absolute Assignment) ("COO") then executed by the Insurance Trust and provided to Windsor. Windsor sent the COO to and registered it with John Hancock, which returned it to Windsor. At no time did the Insured, the Insurance Trust, the original trustee, successor trustee, or anyone else connected to this action object to this transfer and assignment. Further, at no point did the Insured, the Insurance Trust, the original trustee or successor trustee, or anyone else connected to this action object to or otherwise attempt to rescind the form appointing Windsor as the owner and beneficiary of the Policy.

9. Attached hereto as Exhibit C is an Agent Summary Report, confirming the Change of Ownership or Absolute Assignment was provided by John Hancock to the servicing agent, the Eugene Houchins II and III/EEH group, on May 21, 2010.

10. On or about July 18, 2014, Windsor submitted a Statement of Claim for Death Benefit to John Hancock for the Policy Death Benefit Proceeds, a copy of which is attached hereto as Exhibit D.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this _8th_ day of July, 2015, at _Ardmore, PA_.

Steven Prusky

-3-
DECLARATION OF STEVEN PRUSKY IN SUPPORT OF WINDSOR SECURITIES, LLC'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT
CASE NO. 3:14-cv-04651-WHO