ALAN L. FRANK ●*+□
KYLE M. KULZER*+
SAMANTHA A. MILLROOD*+
EVAN L. FRANK *+♫△
CHRISTOPHER R. KING*+‡□
SUSAN B. PLINER*+
JORDAN E. FRANK *+
JACLYN H. FRANK *+♫
JEFFREY J. GOLDIN *+

PARALEGALS
DEBRA E. MCGUCKIN
DEE A. WILK
DAWN M. WELSH
LISBETH LOZADA

● Certified by the NJ Supreme Court
  as a Civil Trial Attorney
* MEMBER PA BAR
+ MEMBER NJ BAR
□ MEMBER NY BAR
♫ MEMBER FL BAR
‡ MEMBER DE BAR
△ REGISTERED PATENT ATTORNEY

# ALAN L. FRANK
# LAW ASSOCIATES, P.C.
Attorneys at Law

135 OLD YORK ROAD
JENKINTOWN, PA 19046
(215) 935-1000
FAX NO. (215) 935-1110

NEW JERSEY OFFICE

1103 LAUREL OAK ROAD
SUITE 140
VOORHEES, NJ 08043

CENTER CITY PHILADELPHIA OFFICE

1515 MARKET STREET
SUITE 1200
PHILADELPHIA, PA 19102

DELAWARE OFFICE

ALAN L. FRANK LAW ASSOCIATES, P.A. (DE)
1007 N. ORANGE STREET
4TH FLOOR, THE MILL
WILMINGTON, DE 19801
(302) 300-4317

OF COUNSEL
DAVID M. D'ORLANDO *+
ROBERT E. BROOKMAN *+□

E-MAIL ADDRESS:
afrank@alflaw.net

May 20, 2019

**_VIA ECF_**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      **RE:**    *Windsor Securities, LLC v. Arent Fox, et al., Case No. 16-cv-1533(GBD)(GWG)*

Dear Judge Daniels:

      We represent the Plaintiff Windsor Securities, LLC ("Windsor") in the above referenced matter, and write to request a telephone conference with the Court pertaining to the wording contained in the draft Settlement Agreement.

                                Respectfully,

                                  ALAN L. FRANK

ALF:daw
cc:    Peter N. Wang, Esq. (Via ECF)